1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

COPY

LATARSHIA LEE,                    )
                                  )
            Plaintiff,            )  CIVIL ACTION FILE
                                  )
      vs.                         )  NO.: CV418-090
                                  )
CITY OF WALTHOURVILLE and         )
DAISY S. PRAY, Individually,      )
                                  )
_____    Defendants.           )


DEPOSITION OF

LATARSHIA LEE


January 9, 2019

1:38 p.m.


7 East Congress Street
Suite 611A
Savannah, Georgia


Mynjuan P. Jones, RPR, CCR-B-1422


## Gilbert & Jones

—— Certified Court Reporters ——

P. O. Box 1894-31521
1607 Norwich Street
Brunswick, GA 31520

gilbertandjones1@bellsouth.net
912.264.1670

P. O. Box 14515-31416
7505 Waters Avenue, F3
Savannah, GA 31406

2

```
 1              APPEARANCES OF COUNSEL

 2    On behalf of the Plaintiff:

 3         CHARLES HERMAN, Esq.
           Charles Herman Law
 4         7 East Congress Street
           Suite 611A
 5         Savannah, Georgia  31401

 6                .                .

 7    On behalf of the Defendants:

 8         PATRICIA T. PAUL, Esq.
           Oliver Maner
 9         218 West State Street
           Savannah, Georgia  31401

10

11              .         .

12                      - - -  .

13

14

15

16

17

18

19

20

21

22

23

24

25
```

GILBERT & JONES

**3**

**INDEX TO EXAMINATIONS**

| Examination | Page |
|---|---|
| Examination by Ms. Paul | 5 |
| Examination by Mr. Herman | 63 |
| Examination by Ms. Paul | 65 |

- - -

**INDEX TO EXHIBITS**

| Exhibit | Description | Page |
|---|---|---|
| Exhibit X27 | Document titled Full-Time Police Officer | 31 |
| Exhibit X28 | Officer time sheets, tickets written, and e-mails | 43 |
| Exhibit X29 | Job description and documents from employment file | 54 |

(Original Exhibits X27 through X29 have been attached to the original transcript.)

GILBERT & JONES

**4**

1   (Reporter disclosure made pursuant to
2   Article 10.B. of the Rules and Regulations of
3   the Board of Court Reporting of the Judicial
4   Council of Georgia.)
5        LATARSHIA LEE,
6   having been first duly sworn, was examined and
7   testified as follows:
8        MS. PAUL:  This is the deposition of
9   Latarshia Lee, taken in the case of Latarshia
10  Lee versus City of Walthourville and Daisy S.
11  Pray, individually, pending in the United States
12  District Court, for the Southern District of
13  Georgia, Savannah Division, bearing Civil Action
14  Number CV418-090.
15       Ms. Lee, my name is Patty Paul.  We just
16  met.  This deposition is being taken for the
17  purpose of cross-examination and for all
18  purposes permissible under the Federal Rules of
19  Civil Procedure.
20       Can we stipulate as to the qualifications
21  of the court reporter?
22       MR. HERMAN:  Yes.
23            EXAMINATION
24  BY MS. PAUL:
25  Q.   Ms. Lee, as I said, I'm Patty Paul.  We

GILBERT & JONES

**5**

1   just met.  I'm here to take your deposition today.
2   This really is not going to last all that long I
3   don't think.
4        If at any point you want to stop me, tell
5   me you'd like a break, please do that.  If you want
6   to grab a Coke, whatever, let me know and I'll be
7   most happy to stop.
8   A.   Yes, ma'am.
9   Q.   This court reporter, as able as she is, is
10  not able to take down nods of the head or other kinds
11  of nonverbal responses.
12       It's important for you to say everything
13  out loud using words rather than a grunt or something
14  like that.  Okay?
15  A.   Yes, ma'am.
16  Q.   If at any point you don't hear a question
17  or you want me to rephrase or repeat my question or
18  speak louder, whatever, you just stop me, tell me,
19  and I will do that.
20       If you don't stop me, I'm going to presume
21  that you heard my question and that your answer was
22  responsive to the question that I asked.  Is that
23  okay?
24  A.   Yes, ma'am.
25  Q.   Will you state your full name, please.

GILBERT & JONES

**6**

1   A.   Latarshia Marsha Lee.
2   Q.   How do you spell Latarshia?
3   A.   L-a-t-a-r-s-h-i-a.
4   Q.   Have you ever spelled it with a c-h-i-a?
5   A.   Yes, I have.
6   Q.   Why are there various spellings of your
7   name?
8   A.   I grew up spelling it with a C.  On my
9   birth certificate it's an S.
10  Q.   Have you been known by any other names?
11  A.   No.
12  Q.   I ask this of everybody.  Sitting here
13  today are you under the influence of any kind of
14  medications, anything which might affect your ability
15  to hear and understand my questions?
16  A.   No, ma'am.
17  Q.   Where do you live?
18  A.   I live in Columbia, South Carolina.
19  Q.   What is your address?
20  A.   1405 Legion Drive.
21  Q.   How long have you lived there?
22  A.   Not very long, maybe two months.
23  Q.   What is your ZIP code?
24  A.   29229.
25  Q.   Where did you live before there?

GILBERT & JONES

**7**

1    A.    Before I lived there, it was 10 Melrose
2    Court.
3    Q.    Where was that?
     A.    Columbia, South Carolina.
5    Q.    How long did you live there?
6    A.    I lived there for six months.
7    Q.    Where did you live before then?
8    A.    I lived in Hinesville.
9    Q.    At what address?
10   A.    912 Rachel Lane.
11   Q.    How long did you live there?
12   A.    About a year.
13   Q.    Where did you live before there?
14   A.    70 Shelby Rae, and that was in Ludowici.
15   Q.    How long did you live there?
16   A.    I lived there for two years.
17   Q.    Where are you from?
18   A.    I'm from Waycross, Georgia.
19   Q.    Where did you go to school?
20   A.    I went to school in Brunswick, Georgia,
21   Glynn Academy.
22   Q.    Did you graduate from high school?
23   A.    No.  I went back and got my high school
24   diploma.
25   Q.    Was that a GED?

**8**

1    A.    It was a high school diploma.
2    Q.    When did you obtain that?
3    A.    February -- I want to say February 3rd,
4    2011.
5    Q.    Do you have any educational background
6    post high school?
7    A.    I went to the police academy in Savannah,
8    Georgia.
9    Q.    When did you go there?
10   A.    2012.
11   Q.    How old are you?
12   A.    I'm 40.
13   Q.    Are you married?
14   A.    No, ma'am.
15   Q.    Have you ever been married?
16   A.    No, ma'am.
17   Q.    With whom do you live?
18   A.    Me and my children.
19   Q.    What type of work did you do before going
20   to the police academy in 2012?
21   A.    Security.
22   Q.    Tell me the names of companies you worked
23   for in security.
24   A.    I worked for Sizemore.  I worked for
25   Vescom.

**9**

1    Q.    Vescom?
2    A.    Vescom, V-e-s-c-o-m.
3    Q.    What locations did you work for when you
4    were with Sizemore?
5    A.    Sizemore, I worked the Brunswick area off
6    of 341. That's all I know.  I don't know the road.
7    Q.    How long did you work for Sizemore?
8    A.    I worked for Sizemore for two years.
9    Q.    Where did you work when you worked with
10   Vescom?
11   A.    I worked in the Brunswick area,
12   Georgia-Pacific.
13   Q.    How long did you work for them?
14   A.    I worked for them three years.
15   Q.    Where else did you work before going to
16   the police academy in 2012?
17   A.    I was with Vescom.  Because I was still
18   with Vescom when I went to the police academy.
19   Q.    Between Vescom and Sizemore, I think
20   that's a total of five years.  So did you only work
21   for a total of about five years before going to the
22   police academy in 2012?
23   A.    I worked for a nursing facility, Magnolia
24   Manor.  I worked for them for four years.
25   Q.    What did you do for them?

**10**

1    A.    I was a resident assistant.
2    Q.    Do you have any kind of CNA or other kind
3    of medical training?
4    A.    No, ma'am.
5    Q.    Where is Magnolia Manor?
6    A.    St. Simons Island in Brunswick, Georgia.
7    Q.    Did you work anywhere else you can
8    recall -- strike that.
9          Did you work for any other companies which
10   you can recall before you went to the police academy
11   in 2012 other than what we've already discussed?
12   A.    No, ma'am.
13   Q.    What are you doing now?
14   A.    I work for Pathway.  It's department --
15   it's behavior -- department of mental health.  I work
16   for the Pathway House.
17   Q.    Where is that located?
18   A.    It's located in Columbia, South Carolina.
19   Q.    What do you do for them?
20   A.    I'm a BHA.
21   Q.    What does that mean?
22   A.    Behavior health assistant.
23   Q.    What kind of training did you have to
24   obtain to be a BHA?
25   A.    Oh, my goodness.  I had to -- I did so

**11**

1    much.  I had to take training to learn how to deal

2    with the mentally ill.

3    Q.    Where did you obtain that training?

      A.    In Columbia, South Carolina.

5    Q.    Where?

6    A.    Department of mental health.

7    Q.    How long was that training?

8    A.    That training was three weeks.

9    Q.    At the end of those three weeks, were you

10   able to obtain a behavioral health associate

11   certificate?

12   A.    Uh-huh.

13   Q.    Your answer is yes?

14   A.    Yes.

15   Q.    Okay.

16   A.    Sorry.

17   Q.    When did you obtain that training?

18   A.    November 2018.

19   Q.    When did you start working for Pathway

20   House?

21   A.    I recently just started a month ago,

22   December 15th.

23   Q.    How much do you make working for Pathway

24   House?

25   A.    $10.

GILBERT & JONES

**12**

1    Q.    Per hour?

2    A.    Yes, ma'am.

3    Q.    How many hours a week do you work for

4    them?

5    A.    30.

6    Q.    Is that part-time?

7    A.    Yes, ma'am.

8    Q.    Could you obtain full-time work through

9    Pathway House if you wanted it?

10   A.    Yes, ma'am.  That's what we're looking to

11   do.

12   Q.    Why is it you're only working 30 hours?

13   A.    That is what they gave me for right now.

14   Q.    Where did you work before Pathway House?

15   A.    I worked for department of mental health.

16   Q.    In South Carolina?

17   A.    Uh-huh.

18   Q.    In Columbia?

19   A.    Yes, ma'am.

20   Q.    Doing what?

21   A.    BHA.  I transferred over to Pathways.

22   Q.    So you obtained your BHA when, in November

23   2018?

24   A.    Uh-huh.

25   Q.    Your answer is yes?

GILBERT & JONES

**13**

1    A.    Yes.

2    Q.    So how long did you work at the department

3    of mental health?

4    A.    For the hospital I worked there for a

5    month and I transferred over to Pathways.

6    Q.    At which hospital did you work?

7    A.    It was the psychological hospital.

8    Q.    In Columbia?

9    A.    Yes, ma'am, Brian Center.

10   Q.    Why did you transfer over?

11   A.    They needed help at Pathways so my

12   supervisor transferred me to Pathways.

13   Q.    What did you do before obtaining your BHA?

14   A.    I was doing like on-call jobs for the

15   agency I worked for, ATC.

16   Q.    What is ATC?

17   A.    It's a healthcare facility.

18   Q.    Where?

19   A.    In Columbia, South Carolina.

20   Q.    What type of work would you do for them?

21   A.    I was doing private sitting.

22   Q.    From when to when you did do private

23   sitting for ATC?

24   A.    I still work for them.  Like if I'm not at

25   work at Pathways and they call and have a job come

GILBERT & JONES

**14**

1    open that they need help, I go there and do the

2    private sitting.

3    Q.    About how often per week do you work for

4    ATC?

5    A.    Sometimes three to four days a week.

6    Q.    How long during the day?

7    A.    From 4:00 to 12:00.  4:00 in the evening

8    to 12:00 midnight.

9    Q.    How much do you receive for working for

10   ATC?

11   A.    The $10.

12   Q.    So between your work at Pathway House and

13   before that, department of mental health and ATC, are

14   you working more than 40 hours per week?

15   A.    No, ma'am.

16   Q.    When did you first start working for ATC?

17   A.    I started training with ATC back in

18   August.

19   Q.    Of 2018?

20   A.    Yes, ma'am.

21   Q.    Since you started with them in August of

22   2018, how often -- you said before three times a

23   week.  Is that consistently how often you've worked

24   for them since August of 2018?

25   A.    Yes.

GILBERT & JONES

**15**

1  Q.  Three times a week, that's from 4:00 p.m.
2  to midnight?
3  A.  Yes.
4  Q.  Has your wage always been $10 an hour with
5  them?
6  A.  Yes, ma'am.
7  Q.  Before ATC where did you work?
8  A.  AllCaregivers.
9  Q.  Where are they located?
10  A.  Columbia, South Carolina.
11  Q.  When did you work for them?
12  A.  I started working for them in May of 2018.
13  Q.  How long did you work for them?
14  A.  I worked for them for about three months.
15  Q.  What did you do for them?
16  A.  Private sitting.
17  Q.  How often per week would you work for
18  them?
19  A.  How often?  With them I did 40 hours a
20  week.
21  Q.  At what wage rate?
22  A.  I was at $9.
23  Q.  Why did you leave them?
24  A.  I transferred over to ATC, took training
25  with them, started working with them.

**16**

1  Q.  Before AllCaregivers for whom did you
2  work?
3  A.  I was looking for work.
4  Q.  Did you have to have any kind of special
5  training to work for AllCaregivers?
6  A.  No, ma'am.  I just had to take a PCA test.
7  That was it.
8  Q.  What does PCA mean?
9  A.  It's a patient care tech.
10  Q.  Did you have to have any training for
11  that?
12  A.  No, ma'am.
13  Q.  You left the employment of the City of
14  Walthourville I think in January of 2018; is that
15  right?
16  A.  Yes, ma'am.
17  Q.  Did you actively look for work between
18  January when you left the City and May of 2018 when
19  you started for AllCaregivers?
20  A.  Yes, ma'am.
21  Q.  What type of work were you looking for?
22  A.  All different types of work, private
23  sitting, security, policing, different types.
24  Q.  Did you have any job offers during that
25  time?

**17**

1  A.  Yes.
2  Q.  How many and for whom?
3  A.  Columbia police department, Sizemore
4  security, Allied security.  That's all I can think of
5  right now.
6  Q.  Why didn't you go to work for the Columbia
7  police department?
8  A.  Because my certification is with Georgia
9  and I would have to get everything from Georgia
10  transferred to South Carolina.
11  I would have to be already hired on with
12  the police department in South Carolina, so that
13  right there became an issue.
14  Q.  Why did you move to South Carolina?
15  A.  My daughter lives in South Carolina.
16  Q.  So you couldn't have been hired by
17  Columbia and then transferred your certification?
18  A.  No, ma'am.  When I did -- when I went out
19  myself and I was trying to do the research to get
20  everything, you know, squared away in Columbia and I
21  went to POST myself because I was searching for work
22  in Columbia and I spoke with Ms. Kim at POST.
23  And she told me I would have to already be
24  with a police department before I could come to the
25  academy.

**18**

1  So I tried to get on with the City of
2  Columbia.  I tried to do Irmo police department, and
3  by my certification being from Georgia, I was having
4  a little difficulties trying to get it transferred
5  over to South Carolina.
6  Q.  You did not try to work for another police
7  department in Georgia after you left the City of
8  Walthourville; is that right?
9  A.  Yes, ma'am, I did.
10  Q.  With whom did you try to work?
11  A.  It was Augusta sheriff's office.  I tried
12  there.  And Waynesboro, Georgia, I tried there as
13  well.
14  Q.  With the police department or sheriff's
15  department?
16  A.  It was the sheriff's department for
17  Augusta and it was the city police department for
18  Waynesboro and I recently just did Augusta again but
19  it was for a resource officer for the school
20  district.
21  Q.  Do you have a certification in Georgia to
22  work for a sheriff's department?
23  A.  My certification, I'm a peace officer
24  so...
25  Q.  I don't know --

**19**

1   A.   I'm certified to be a police officer.  So
2   as long as I have my POST certification for Georgia,
3   you can work for the sheriff's office.
4        Q.   Why did you not get a job offer with these
5   Georgia departments you have mentioned?
6        A.   I really don't know.
7        Q.   Did you have your POST certification at
8   the time you applied for these positions?
9        A.   Yes, ma'am.
10       Q.   Were there jobs available when you applied
11  for positions at these --
12       A.   Yes, ma'am.
13       Q.   And you didn't hear why they did not hire
14  you?
15       A.   No, ma'am.  And I took it upon myself I
16  would call -- I called myself and I called so much
17  I'm quite sure they got tired of me calling.  I don't
18  know.
19       Q.   Let me ask a couple of other background
20  questions.  Are you a member of any civic
21  organizations?
22       A.   No, ma'am.
23       Q.   How about a church?
24       A.   No, ma'am.
25       Q.   Did you belong to a church in Georgia when

GILBERT & JONES

**20**

1   you lived in Georgia?
2        A.   No, ma'am.
3        Q.   How about any civic organizations, were
4   you a member of any while you lived in Georgia?
5        A.   No, ma'am.
6        Q.   Have you ever committed a crime more
7   serious than a traffic offense?
8        A.   Yes, ma'am.
9        Q.   What was that?
10       A.   Back in 2001 I was in a bad relationship,
11  a very abusive relationship, and I got into it with
12  my child's father and the police was called and from
13  there I went to jail.
14       Q.   How long were you in jail?
15       A.   I wasn't in -- maybe a day.
16       Q.   Where was the jail?
17       A.   In Glynn County.
18       Q.   Where did you work before working for the
19  City of Walthourville?
20       A.   I worked for Vescom.  No, no, no.  I
21  worked for Sizemore because I was doing both at the
22  same time and I started working more hours with the
23  City of Walthourville so I let Sizemore go.
24       Q.   When you started with the City of
25  Walthourville -- have you ever worked for any other

GILBERT & JONES

**21**

1   city?
2        A.   No, ma'am.
3        Q.   So I'll call it the City and I mean
4   Walthourville for my next few questions or for the
5   rest of this deposition.
6             When did you start with the City?
7        A.   February 9th, 2015.
8        Q.   You went to the police academy you said in
9   2012, right?
10       A.   Yes, ma'am.
11       Q.   Did you do any kind of police work at all
12  between 2012 and starting with the City in February
13  of 2015?
14       A.   I did some police training with the City
15  of Brunswick.
16       Q.   What kind of police training?
17       A.   I was a candidate for the City of
18  Brunswick.  That's where I actually started out at.
19       Q.   Why did you not go to work for them, or
20  did you?
21       A.   I did -- the only thing I did was some
22  upstairs training with them but I never worked for
23  them.  I started working for -- my real police job
24  was the City of Walthourville.
25       Q.   Why did you not go on to work for

GILBERT & JONES

**22**

1   Brunswick after starting training with them?
2        A.   I decided to work somewhere besides where
3   I lived at.
4        Q.   Would you have made more for Brunswick
5   than Walthourville?
6        A.   Yes, ma'am, I believe I would have.
7        Q.   So you just didn't want to live in
8   Brunswick or --
9        A.   I was ready to leave Brunswick, yes, I
10  was.
11       Q.   Did you complete your training with the
12  City of Brunswick?
13       A.   Yes, ma'am, I done everything.
14       Q.   Did they offer you a job at the end of
15  your training?
16       A.   No, ma'am.  I went to -- I completed the
17  academy and I went -- after I got finished with the
18  academy, I went to the City of Walthourville.  I was
19  still in the academy when I was taking training with
20  the City of Brunswick.
21       Q.   How long does the police academy last?
22       A.   Mine was 18 weeks but I had to take some
23  extra courses.
24       Q.   Did you start it in 2012 or finish in
25  2012?

GILBERT & JONES

**23**

1    A.    I finished in '13.

2    Q.    So what did you do between 2013 and
3  starting with Walthourville in February of 2015?

     A.    What -- could you repeat that.

     Q.    You finished the police academy in 2013
6  you said?

7    A.    Uh-huh.

8    Q.    Did you leave Brunswick shortly
9  thereafter?

10    A.    Yes, I did.  Because as soon as I
11  graduated out the police academy, I was actually
12  getting ready to sign up for more classes in
13  Hinesville.  Because the school that I wanted to go
14  through was in Hinesville.

15        So I actually passed through
16  Walthourville.  I had never heard of it before.  I
17  passed through Walthourville going back home and I
18  seen the police station so I pulled over and I went
19  inside and I got an application I filled out and I
20  just went from there.

21    Q.    But you started in February of 2015,
22  right?

23    A.    Uh-huh.

24    Q.    My quandary is trying to understand what
25  you did between finishing the police academy in 2013

**24**

1  and started with Walthourville in February of 2015?

2    A.    I was working.

3    Q.    With Sizemore?

4    A.    Uh-huh.

5    Q.    Your answer is yes?

6    A.    Yes.

7    Q.    What kind of additional classes did you
8  take in Hinesville?

9    A.    I wanted to complete my -- I wanted to
10  further my education in law enforcement.

11    Q.    So what did you do to that end?  What did
12  you do?

13    A.    I never took the class.  I started
14  working.

15    Q.    So when you left as a trainee for the City
16  of Brunswick, did you make more or less when you went
17  to work for Sizemore?

18    A.    Less.

19    Q.    Why did you leave Brunswick for Sizemore?

20    A.    I didn't really leave.  I wasn't an
21  officer there.  When I left the City of Brunswick, I
2  was still in the police academy.

23        Once I got out the police academy, that's
24  when I started working for the City of Walthourville.

25    Q.    But not until two years later?

**25**

1    A.    Uh-huh.

2    Q.    When you went to work for the City of
3  Walthourville, what job did you obtain?

4    A.    I was a police officer.

5    Q.    Was that always your job with the City of
6  Walthourville?

7    A.    Yes, ma'am.

8    Q.    Were you part-time when you started?

9    A.    Yes, ma'am.

10    Q.    At what point did you become full-time, if
11  you remember?

12    A.    I don't remember.

13        MS. PAUL:  Off the record.

14        (Discussion off the record.)

15    Q.    (By Ms. Paul)  As a peace officer in
16  Georgia you were required to complete training each
17  calendar year, true?

18    A.    Yes, ma'am.

19    Q.    Is it your understanding that any peace
20  officer in Georgia who does not fulfill the training
21  requirements shall lose their power of arrest?

22    A.    Yes, ma'am.

23    Q.    Is it your understanding that any peace
24  officer in Georgia who does not comply with
25  requirements of POST shall not be authorized to

**26**

1  exercise the powers of a law enforcement officer
2  generally and not be authorized to exercise the power
3  of arrest?

4    A.    Yes, ma'am.

5    Q.    And is it your understanding that a waiver
6  of the training requirement may be granted by POST in
7  its discretion upon the presentation of evidence by a
8  peace officer that he or she was unable to complete
9  such training due to medical disability, providential
10  cause, or other reason deemed sufficient by the
11  council?

12        MR. HERMAN:  Objection.

13    Q.    (By Ms. Paul)  If you know.

14        MR. HERMAN:  It's a legal conclusion.

15    Q.    (By Ms. Paul)  Did you understand the
16  question?

17        MR. HERMAN:  Do you understand it?

18        THE WITNESS:  I understand.  No.

19    Q.    (By Ms. Paul)  Did you have to become
20  familiar -- I'm getting these questions straight off
21  the POST Web site under portions of the Georgia code
22  having to do with the employment and training of
23  peace officers, Title 35, Chapter 8.

24        Did you have to become familiar with
25  Georgia law provisions regarding employment and

**27**

1  training of peace officers when you were in the
2  police academy?
3       A.   Yes.
4       Q.   Is this or is this not your understanding,
5  if you have an understanding, that a waiver of the
6  requirement of training provided in this Code Section
7  35-8-21 may be granted by the Georgia Peace Officer
8  Standards and Training Council in its discretion upon
9  the presentation of evidence by a peace officer that
10 he or she was unable to complete such training due to
11 medical disability, providential cause, or other
12 reason deemed sufficient by the council?
13      A.   Yes.
14      Q.   Persons employed or appointed by a
15 municipality authorized to use speed detection
16 devices shall be required to be certified by POST as
17 qualified speed detection device operators, true?  I
18 can repeat it if you want.
19      A.   Yes, please.
20      Q.   Persons employed or appointed by a
21 municipality authorized to use speed detection
22 devices shall be required to be certified by POST as
23 qualified speed detection device operators, true?
24      A.   True.
25      Q.   Should any person fail to complete

GILBERT & JONES

**28**

1  successfully the training requirements for operation
2  of speed detection devices, he or she shall not
3  perform any functions related to the use of the
4  devices until such training shall have been
5  successfully completed and until such time as POST
6  shall issue appropriate certification, true?
7       A.   True.
8       Q.   You have not been RADAR or LIDAR
9  certified, true?
10      A.   True.
11      Q.   Would you agree that RADAR is a type of
12 speed detection device used to enforce speed limits
13 in this state?
14      A.   Yes.
15      Q.   RADAR stands for radio detection and
16 ranging?
17      A.   Yes.
18      Q.   Would you agree that LIDAR is a type of
19 speed detection device used to enforce speed limits
20 in this state?
21      A.   Yes.
22      Q.   LIDAR stands for light detection and
23 ranging?
24      A.   Yes.
25      Q.   Prior to operating RADAR or LIDAR

GILBERT & JONES

**29**

1  equipment for the purpose of law enforcement action
2  in Georgia, a peace officer must acquire and maintain
3  certification in the manner required by POST?
4       A.   Yes.
5       Q.   And a peace officer acquires RADAR or
6  LIDAR certification through training?
7       A.   Yes.
8       Q.   You have taken training courses for RADAR
9  and/or LIDAR certification, true?
10      A.   Yes, I have.
11      Q.   How many times?
12      A.   Twice.
13      Q.   When did you go through the training the
14 first time?
15      A.   The first time it was with the police
16 academy.  The second time, I'm not for certain when I
17 did that.
18      Q.   So when you were at the police academy
19 we've already established was 2012 or 2013; is that
20 right?
21      A.   Yes, ma'am.
22      Q.   The second time was while you were
23 employed by the City of Walthourville?
24      A.   Yes, ma'am.
25      Q.   Why did you not obtain the certification

GILBERT & JONES

**30**

1  when you took the training through the police
2  academy?
3       A.   I failed.
4       Q.   Why did you not obtain the certification
5  when you took it while you were employed with the
6  City of Walthourville?
7       A.   I failed.
8       Q.   Do you recall when you took it when you
9  were employed by the City of Walthourville?
10      A.   No, ma'am.
11      Q.   Was that training paid for by the City?
12      A.   Yes, ma'am.
13      Q.   When you were with the police academy, was
14 it training for RADAR or LIDAR or both?
15      A.   It was for both.
16      Q.   How about when you were with the City and
17 you took the training?
18      A.   It was for both.
19      Q.   Without such certification were you able
20 to enforce the traffic laws regarding speeding?
21      A.   No.
22      Q.   As I was researching this I saw mention of
23 another type of speed detection device, a visual
24 average speed computer and recorder, or VASCAR.  Have
25 you ever heard of that?

GILBERT & JONES

---

**31**

1  A.  No, ma'am.

2  Q.  You don't have training in that, correct?

3  A.  No, ma'am.

   (Exhibit X27 was marked for identification.)

6  Q.  (By Ms. Paul)  Ms. Lee, let me show you

7  what's been marked as X27 and ask if you've ever seen

8  this before?

9  A.  I don't recall seeing this.

10  Q.  Was the City of Walthourville advertising

11  to hire a full-time police officer in July of 2017;

12  do you know?

13  A.  No, ma'am, I don't know.

14  Q.  I realize you have not seen this before.

15  It lists, second line from the top, essential

16  functions and it has a little star, "patrols to

17  detect and deter criminal activity and traffic

18  violations."

19  Do you see that, the second line from the

20  top, halfway through the line, essential functions?

21  Do you see that?

22  A.  Yes.

23  Q.  I'll read it again.  "Essential functions,

24  patrols to detect and deter criminal activity and

25  traffic violations."  Did I read that correctly?

GILBERT & JONES

---

**32**

1  A.  Yes.

2  Q.  Do you agree that that's an essential

3  function of a full-time police officer with the City

4  of Walthourville?

5  A.  Yes.

6  Q.  Is speeding a type of traffic violation?

7  A.  Yes, it is.

8  Q.  And as a police officer for the City of

9  Walthourville you were not certified to detect and

10  stop speeders, true?

11  A.  True.

12  Q.  Would you agree that throughout your

13  employment with the City of Walthourville it was

14  always an essential function of the job, patrols to

15  detect and deter criminal activity and traffic

16  violations?

17  A.  Yes.

18  Q.  The second full paragraph on that page,

19  the last seven words of that paragraph, under

20  education, the last seven words of that paragraph

21  says -- well, the full sentence says "must be a

22  graduate of law enforcement academy and be State of

23  Georgia POST certified."  Do you see that?

24  A.  Yes.

25  Q.  Was that a qualification throughout your

GILBERT & JONES

---

**33**

1  employment to be a police officer for the City of

2  Walthourville that you be State of Georgia POST

3  certified?

4  A.  Yes.

5  MS. PAUL:  Madam Court Reporter, may I dig

6  out Exhibit 5.

7  Q.  (By Ms. Paul)  Let me show you what's

8  previously been marked as Exhibit 5.  Let me give you

9  a moment.

10  I'm going to be asking you right now

11  specifically about the second to the last page.  Take

12  as much time as you want --

13  MR. HERMAN:  Read the whole document.

14  MS. PAUL:  Off the record.

15  (Off the record.)

16  Q.  (By Ms. Paul)  Actually let me -- let's

17  start with --

18  MR. HERMAN:  We're back on the record?

19  MS. PAUL:  Yes.

20  Q.  (By Ms. Paul)  Let's start with like six

21  or seven pages in.  Go down until you see City 76 on

22  the bottom right.  Have you seen this before?

23  A.  I can't recall.

24  Q.  Okay.  Have you ever received

25  correspondence that you know of or spoken with Jeff

GILBERT & JONES

---

**34**

1  Miller at the Georgia Peace Officer Standards and

2  Training Council?

3  A.  Have I spoke with him?

4  Q.  Yes.

5  A.  Not that I can recall.

6  Q.  Let me ask you about the substance of this

7  letter, whether or not you've seen it before.  Let's

8  go to the second paragraph of the letter.

9  The first sentence says "due to a training

10  deficiency in 2015, Ms. Lee had no arrest authority

11  as a peace officer from January 1, 2016, to February

12  12, 2016."  Was that true?

13  A.  Yes.

14  Q.  The next sentence was "that matter was

15  cleared up with a training waiver on February 12,

16  2016, per POST records, and her authority was

17  restored."  Is that true?

18  A.  Yes.

19  Q.  Now, the next sentence, "now, due to a

20  training deficiency in 2017, Ms. Lee has no arrest

21  authority as of January 1, 2017."

22  Was that true as of the date of the

23  letter, January 10, 2018?  Actually you had no arrest

24  authority as of January 1, 2018; is that correct?

25  This says 2017.  I think you were just confused by

GILBERT & JONES

---

35

1  the year.

2      A.   So this is for 2018?

3      Q.   Let me ask you straight out.  Did you lose
your arrest authority again January 1, 2018, because
of a training deficiency?

6      A.   Yes.

7      Q.   When was that restored?

8      A.   I can't recall the date.

9      Q.   Was it January of 2018 or at some later

10  date?

11      A.   I can't recall.

12      Q.   When was your last day of employment with

13  the City of Walthourville?

14      A.   The 22nd of January.

15      Q.   Did you have POST certification as of

16  January 22, 2018?

17      A.   No, ma'am.

18      Q.   So from January 1, 2018, through at least

19  January 22, 2018, you had no arrest authority,

20  correct?

21      A.   No, ma'am.

22      Q.   What I said was correct or was incorrect?

23  From January 1, 2018, to January 22, 2018, at least

24  through January 22, 2018, you lacked arrest

25  authority, correct?

36

1      A.   Yes.

2      Q.   Let me turn your attention to the very

3  first page of this Exhibit 5, please.  It's marked on

4  the bottom City 71.  Have you ever seen this page

5  before?

6      A.   I can't recall seeing this.

7      Q.   Whether or not you've seen it before, the

8  top of the letter, the date appears to be February

9  7th, 2018, and the bottom of this page seems to say

10  Melissa A. Jones.

11          Let me ask you about the items which are

12  represented to be facts and see if you agree with

13  them or not.  Okay?

14          Let's go to the middle of the page where

15  it says incidents.  The word incidents is underlined.

16      A.   Yes.

17      Q.   The first sentence, "Ms. Lee was suspended

18  by the Georgia Peace Officer Standards and Training

19  Council in 2016 due to the fact that she did not

20  complete her State mandated training."  That was

21  true, correct?

22      A.   Yes.

23      Q.   The next sentence, "the suspension was

24  effective from January 1, 2016, to February 12, 2016,

25  during which time she was paid for working 294

37

1  hours."  Is that true?

2      A.   I can't recall.

3      Q.   The next sentence, "Ms. Lee never reported

4  her suspended status to the City of Walthourville."

5  Is that true?

6      A.   No, ma'am, that's not true.

7      Q.   To whom did you report the suspension?

8      A.   My supervisor and the chief of police knew

9  about it.

10      Q.   Did you continue to exercise law

11  enforcement powers including arrest authority during

12  the time when your certification was suspended from

13  January 1, 2016, to February 12, 2016?

14      A.   Once I found out about it, I correct the

15  situation.  The day that I found out about it, it was

16  up and running the next day.

17      Q.   But you had actually lost it after January

18  1, 2016, correct?

19      A.   Yes.

20      Q.   Between January 1 and February 12, 2016,

21  did you act as a police officer?

22      A.   Yes.

23      Q.   During that time you were actually without

24  law enforcement authority, correct?

25      A.   Arrest powers.

38

1      Q.   Did you have the power to exercise any

2  other powers of a law enforcement officer generally

3  between January 1, 2016, and February 12, 2016?

4      A.   No.

5      Q.   Would you agree with the sentence, still

6  in that same paragraph, it's five lines down, it says

7  the suspension status.  You see where I'm reading?

8      A.   Yes.

9      Q.   "The suspension status by the State of

10  Georgia revoked Ms. Lee's arrest powers, making her

11  unable to perform her duties as a police/peace

12  officer."  Would you agree with that?

13      A.   Yes.

14      Q.   The next sentence, "Ms. Lee continued to

15  work, never reporting her suspended status which

16  exposed the City of Walthourville, potentially

17  exposing the City to liability for any potentially

18  illegal arrests or stops."  Would you agree with

19  that?

20      A.   Yes.

21      Q.   The next sentence, "the human resources

22  administrator found out about the 2016 suspension on

23  December 26, 2017."  Do you know whether or not

24  that's true?

25      A.   I can't recall that.

**39**

1    Q.    How about the next paragraph, "on January
2  10, 2018, the Georgia Peace Officer Standards and
3  Training Council informed the human resources
4  administrator that Ms. Lee again had no arrest
5  authority as a police officer within the state of
6  Georgia due to a training deficiency."  Do you know
7  whether or not that's true?
8    A.    Yes.
9    Q.    The next sentence, "Ms. Lee did not inform
10  the City of Walthourville that she was unable to
11  perform the job that she was hired to do."  Was that
12  true?
13    A.    No.
14    Q.    Who did you inform that you didn't have
15  arrest authority in 2018?
16    A.    My supervisor and the chief of police.
17    Q.    When did you let them know that?
18    A.    Once I found out about it.
19    Q.    You knew January 1, didn't you, that you
20  hadn't completed your training, correct?
21    A.    I was completing my training.  I was on
22  sick leave and I completed all of my training.  The
23  only thing that I had to do was pay my waiver fee,
24  and I couldn't pay my waiver fee because they didn't
25  pay me my paycheck.  So I couldn't pay my waiver fee

GILBERT & JONES

**40**

1  because I didn't have the funds to pay it.
2    Q.    Until you paid your waiver fee, did you
3  have arrest authority in 2018?
4    A.    No.
5    Q.    And you knew that from the moment you --
6  until you paid the waiver fee, you knew that you
7  wouldn't have arrest authority, right?
8    A.    Correct.
9    Q.    Whom did you tell -- well, you mentioned
10  that you told your supervisor and Interim Chief
11  Burgess?
12    A.    No.  At that time my supervisor knew about
13  it and Quarterman knew about it before he left.
14    Q.    Well, in 2017 you still had arrest
15  authority, right?
16    A.    Yes.
17    Q.    And Quarterman left when?
18    A.    I don't know.
19    Q.    Keep flipping until you get to Page City
20  77.  You're familiar with this page, aren't you?
21    A.    Yes.
22    Q.    That's an e-mail from you?
23    A.    Yes.
24    Q.    I was curious about the second sentence of
25  the letter.  Well, let me read the first sentence

GILBERT & JONES

**41**

1  too.  "I have been under medical since December 26th,
2  2017.  I have not conducted any law enforcement
3  duties since this date."
4          Was this an e-mail you sent to Ms. Jones
5  in 2018?
6    A.    No.
7    Q.    When did you send it?
8    A.    '17.  It was in December '17.
9    Q.    This was not something you sent around
10  January 22 of 2018?
11    A.    Yes, because I was trying to get paid to
12  pay my waiver fee.  I do apologize.  I was trying to
13  get paid to pay my waiver fee.  And so that's when I
14  had sent this over to Ms. Jones.
15    Q.    And the reason you wrote in here, second
16  sentence, "I have not conducted any law enforcement
17  duties since this date," that's because you weren't
18  authorized to perform any since you hadn't paid the
19  waiver fee, right?
20    A.    And that was because I hadn't been on duty
21  either, so I hadn't made no stops, no arrests or
22  anything like that.  Yes, and because I couldn't pay
23  my waiver fee.  So I wasn't at work because I was
24  out.
25    Q.    Had you received anything from POST in

GILBERT & JONES

**42**

1  2018 saying your POST arrest authority was suspended?
2    A.    No, ma'am.
3    Q.    You just knew since you hadn't been -- you
4  hadn't finished your training at the end of December
5  31st, 2017, you hadn't finished your training,
6  correct?
7    A.    I want to say it was two hours I was
8  lacking, but while I was out on sick leave I was
9  doing my training and I completed my training.
10          I just couldn't pay for my waiver fee so
11  that caused -- it caused me to not being able to pay
12  for it -- you know, get everything done as soon as
13  possible.
14    Q.    I hear you.  And no one had to tell you
15  that without paying the waiver fee after finishing
16  the training in 2018 that you couldn't exercise
17  arrest powers?
18          MR. HERMAN:  Objection, form.
19    Q.    (By Ms. Paul)  No one had to tell you
20  that, right, you knew that?
21    A.    Yes.
22    Q.    In 2016 when you hadn't finished your
23  training for 2015, no one had to tell you at the
24  beginning of 2016 that you didn't have arrest
25  authority, did they?

GILBERT & JONES

## 43

1     A.     2016 because I was a new officer.  2016 it
2  was never an issue, never an issue.  I had no -- it
3  was no discipline, none of that.
4         It was I went in.  I did my training.  I
5  paid -- as soon as I found out about it, I paid -- I
6  did everything that I was supposed to do.
7         I paid my waiver fee and my arrest powers
8  came right back up.  It was never ever an issue in
9  2016.
10        It didn't become an issue until I filed
11 the lawsuit.  I won the lawsuit, and that's when all
12 of this started coming about.
13    Q.     But as a practical matter in 2016 before
14 your arrest powers came back you didn't have arrest
15 powers, right?
16    A.     Correct.
17        MS. PAUL:  Let me have this marked as the
18 next exhibit, please.
19        (Exhibit X28 was marked for
20 identification.)
21    Q.     (By Ms. Paul)  Let me show you what's been
22 marked as X28 and ask you to look at that, please.
23 Are you done?
24    A.     (Nods head affirmatively).
25    Q.     Let me direct your attention to three

GILBERT & JONES

## 44

1  pages in, City 301.  Have you seen this before?
2     A.     Yes, ma'am.
3     Q.     Is this one of your time sheets?
4     A.     Yes, ma'am.
5     Q.     Does this span the period from 1/6/2016 to
6  1/19/2016?
7     A.     Yes, ma'am.
8     Q.     During that period you had no arrest
9  powers, true?
10    A.     Yes, ma'am.
11    Q.     But still you turned in a time sheet for
12 99 hours during that two-week period, right?
13    A.     Yes, ma'am.
14    Q.     And you were acting as a police officer,
15 correct?
16    A.     Yes, ma'am.
17    Q.     Though you had no police powers, correct?
18    A.     I didn't know.
19    Q.     The next page, City 302, it doesn't have a
20 year on your pay period so I'm asking.  Do you know
21 whether or not this was from January 20, 2016, to
22 February 2, 2016?
23    A.     I'm not for sure.
24    Q.     During the time you were off work --
25 strike that.

GILBERT & JONES

## 45

1         During the time January 1 of 2016 to
2  February 12, 2016, when you didn't have arrest
3  authority, you still received pay during that time,
4  right?
5     A.     Yes.
6     Q.     For work as a police officer, correct?
7     A.     Yes.
8     Q.     And you knew you hadn't finished your
9  training for 2015?
10    A.     Once I was notified, I completed
11 everything that I was supposed to do and I got it --
12 the day that I was notified, I corrected my training
13 and I got everything taken care of the next day.
14    Q.     And you were notified by a suspension
15 order?
16    A.     No, ma'am.  I was notified by my
17 supervisor and the chief of police.
18    Q.     And who was your supervisor and who was
19 the chief of police?
20    A.     Sergeant Wright and Chief Quarterman.
21    Q.     What did they tell you?
22    A.     When that happened, all I had to do was go
23 in and complete my training and pay my waiver fee and
24 get everything up and running.
25        So I completed my training like I was

GILBERT & JONES

## 46

1  supposed to because I was a new officer.  I completed
2  the training and just paid my waiver fee right then
3  and there.
4     Q.     You had been to the police academy.  Did
5  you learn in the police academy that if you didn't
6  finish your training you wouldn't have arrest
7  authority?
8     A.     Yes.
9     Q.     Let's go to City 313.  It's the first
10 traffic ticket looking thing.  Have you seen this
11 before, City 313?
12    A.     Yes.
13    Q.     Is this a traffic ticket you issued?
14    A.     Yes.
15    Q.     And it is dated February 3, 2016?
16    A.     Yes.
17    Q.     That was during the period when you did
18 not have arrest authority, correct?
19    A.     Yes.
20    Q.     Were you exercising arrest authority to
21 issue this ticket?
22    A.     I don't understand what you're saying.
23 Did I arrest --
24    Q.     No.  Were you exercising arrest authority?
25    A.     Yes.

GILBERT & JONES

**47**

1    Q.   Were you exercising law enforcement
2  authority when you stopped this person?
3    A.   Yes.
4    Q.   Did you ever let this person -- I blocked
5  out their -- no, I did not.  Ms. Jill Uhlmann Balasy,
6  did you ever let her know that you didn't have law
7  enforcement authority when you issued this ticket?
8    A.   No, ma'am.
9    Q.   Do you know whether or not the City could
10  have been subject to liability for letting someone be
11  out there issuing traffic tickets for which they had
12  no authority?
13    A.   I didn't know I didn't have my authority.
14    Q.   That wasn't my question.  My question was
15  do you know whether or not the City could have been
16  liable for having someone out there issuing tickets
17  without authority?
18    A.   Yes.
19    Q.   You agree the City could have been subject
20  to liability?
21    A.   Yes.
22    Q.   The next page, City 314, this is a ticket
23  you issued January 30th, 2016?
24    A.   Yes.
25    Q.   And it was for fail to make a complete

GILBERT & JONES

**48**

1  stop at stop sign; is that right?
2    A.   Yes.
3    Q.   And again at that point you had no
4  authority to issue this ticket, correct?
5    A.   Yes.
6    Q.   What I said is correct?
7    A.   Yes.
8    Q.   I noticed a lot of your tickets are for
9  failure to make a complete stop, things like that.
10  Was that the only traffic offense you were entitled
11  to enforce when you had arrest authority?
12    A.   No.  I was entitled to other traffic
13  violations.
14    Q.   Like what?
15    A.   Parking too closely.  It was -- fail to
16  maintain lane.
17    Q.   You could not enforce any moving
18  violations having to do with speed, right?
19    A.   No, ma'am.
20    Q.   What I said is correct?
21    A.   That's correct.
22    Q.   And you took the RADAR and LIDAR course
23  when you worked for the City of Walthourville so that
24  you could enforce those type of traffic laws,
25  correct?

GILBERT & JONES

**49**

1    A.   Yes.
2    Q.   Flip through from 314 keep going until the
3  tickets end there, until 328.  I count 15 traffic
4  tickets issued between January 1, 2016, and February
5  12, 2016.  Is that about what you count?
6    A.   You said 15?
7    Q.   Yes.  There was one in it looks like
8  March.  That would have been the 16th.  I only
9  counted 15.  Did you count about that?
10    A.   Uh-huh.
11    Q.   Your answer is yes?
12    A.   Yes.  I'm sorry.
13    Q.   Let's go back to Exhibit 5.  Go to Page
14  City 79 which is about halfway in, maybe more than
15  halfway.  Tell me when you're done.  Are you ready?
16    A.   Uh-huh.
17    Q.   This is a two-page letter; is that right?
18    A.   Yes.
19    Q.   The letter is dated January 12th, 2018.
20  Did you receive this letter?
21    A.   Yes.
22    Q.   And it is a proposed adverse action?  Is
23  that what the letter purports to be?
24    A.   Yes.
25    Q.   It says in the second paragraph this

GILBERT & JONES

**50**

1  proposed adverse action is based on the following
2  allegations.
3         Let's go to the next paragraph, the one
4  that says on January 10, 2018.  Let me just read it
5  out loud that paragraph.
6         "On January 10, 2018, the Georgia Peace
7  Officer Standards and Training Council informed the
8  City that you currently have no arrest authority as a
9  police officer within the state of Georgia as of
10  January 1, 2018.  The City has no documentation where
11  you yourself let us know of your inability to work
12  the job for which you were hired."  Did I read that
13  correctly?
14    A.   Yes.
15    Q.   Do you have any reason to doubt any part
16  of that paragraph?
17    A.   No.
18    Q.   Let's read the next paragraph.  "You have
19  a history of being deficient in your training.
20  Allegedly you were without law enforcement powers
21  from January 1, 2016, to February 12, 2016, due to a
22  training deficiency.  Despite having no law
23  enforcement powers during this period, you continued
24  to work, make arrests, and receive pay from the City
25  of Walthourville."  Did I read that correctly?

GILBERT & JONES

51

1    A.    Yes.

2    Q.    Was all of that true?

3    A.    Yes.

     Q.    Let me read out loud the next paragraph.
"Further, our records indicate that were" -- there's
6   a typo. I'll read it again.

7          "Further, our records indicate that were
8   provided written notice of emergency suspension from
9   POST on or about February 3, 2016."

10         Let me stop there. Were you provided
11  written notice of an emergency suspension from POST
12  on or about February 3, 2016?

13   A.    I don't recall receiving anything.

14   Q.    At some point you said your supervisor and
15  the chief let you know?

16   A.    Uh-huh.

17   Q.    Your answer is yes?

18   A.    Yes.

19   Q.    The next sentence, "notwithstanding
20  receiving actual notice of a suspension of your law
21  enforcement powers, you logged 96 hours for the pay
22  period between February 3, 2016, and February 16,
23  2016. Pursuant to O.C.G.A. 35-8-21 (d) and (g), you
24  would have been without powers of arrest and have
25  been unable to perform your duties as an officer of

GILBERT & JONES

52

1   the City of Walthourville. Working during this
2   period potentially exposed the City to liability for
3   any potentially illegal arrests or stops you may have
4   made during this period." Do you disagree with any
5   part of that?

6          MR. HERMAN: Objection, asked and
7      answered.

8    Q.    (By Ms. Paul) You can answer.

9    A.    No.

10   Q.    Let's go to the next page. It says, the
11  first sentence, "you allegedly did not inform anyone
12  within the City of your suspension in 2016 and did
13  not do so with the most recent suspension." Do you
14  disagree with that?

15         MR. HERMAN: Objection. It's two separate
16     statements she's being asked to agree to, so
17     it's compound. Form.

18   Q.    (By Ms. Paul) You can answer. Do you
19  disagree with the first sentence of the second page
20  there, City 80?

21   A.    I didn't know about the suspension back in
22  2016.

23   Q.    With the 2018 suspension, whom did you
24  notify and when?

25         MR. HERMAN: Objection, asked and

GILBERT & JONES

53

1   answered.

2    Q.    (By Ms. Paul) You can answer it again.

3    A.    My supervisor and chief of police.

4    Q.    And the supervisor was who?

5    A.    Sergeant Wright and Chief Quarterman.

6    Q.    And you don't remember when you told them?

7    A.    No, I don't.

8    Q.    The next sentence says "we are a small
9   city. The absence of one officer seriously hampers
10  our ability to protect the citizens and property."
11  Do you agree with that?

12   A.    Yes.

13   Q.    The next sentence says "we are also unable
14  to plan and schedule officers to cover shifts without
15  accurate, correct, and truthful knowledge of an
16  officer's ability to perform their duties." Do you
17  agree with that?

18   A.    Yes.

19   Q.    That's all I have on that one. Do you
20  remember in 2016 when it was in February that you
21  would have been told by your supervisor and by Chief
22  Quarterman that you were suspended? Would it have
23  been around February 3 or would it have been about
24  February 16 or when?

25   A.    I'm not for sure. I can't remember.

GILBERT & JONES

54

1    Q.    Look at City 82. Still in Exhibit 5.
2   City 82. That page starts continuing on with the
3   previous paragraph but let me ask you about the first
4   full paragraph on that page.

5          It says "finally, in an effort to explain
6   away your deficiency, you apparently altered a
7   doctor's note from the Lexington Medical Center."

8          I'll continue to read. "We asked you to
9   provide some form of supporting documentation to
10  clear up the apparent altered notes but none was
11  forthcoming. Please note that we did not inquire as
12  to the nature of your condition, just a written
13  excuse for the absences."

14         (Exhibit X29 was marked for
15     identification.)

16   Q.    (By Ms. Paul) Ms. Lee, let me show you
17  Exhibit X29. I'm specifically asking you about --
18  well, let me give you a chance to read it, okay, so
19  look through it.

20         Ms. Lee, let me direct your attention to
21  the fourth page of that exhibit. Have you seen these
22  before?

23   A.    Yes.

24   Q.    What are they?

25   A.    Doctor's excuses.

GILBERT & JONES

**55**

1    Q.   These are doctor's excuses you turned in
2  to the City?
3    A.   Yes.
     Q.   The doctor's excuse on the bottom from the
   Lexington Medical Center, that covered the days
6  12/28, 12/29, and 12/30?
7    A.   Uh-huh.
8    Q.   Your answer is yes?
9    A.   Yes.  I'm sorry.
10   Q.   And that was related to a visit you had at
11 Lexington Medical Center emergency department on
12 12/28?
13   A.   Yes.
14   Q.   Do you remember exactly when you turned
15 that excuse in?
16   A.   No, I don't.
17   Q.   Let's go to -- I'm sorry the pages aren't
18 numbered.  Let's go two pages past that.  In the
19 middle of the page, there are -- no.  It's a page
20 before that.  I'm sorry.
21       Do you see in the middle of the page there
22 an e-mail from Melissa Jones to you dated January
23 17th?
24   A.   Yes.
25   Q.   The first paragraph, "please review the

**56**

1  attached document.  You submitted several doctor's
2  excuses.  However, I do not have one for December
3  31st.  Will you submit that so we can prepare
4  payroll."
5       Did you receive that e-mail from Melissa
6  Jones on or about Wednesday, January 17?
7    A.   Yes.
8    Q.   Had you submitted her an excuse for
9  December 31 then?
10   A.   I can't recall.
11   Q.   Let's flip over to the next page.  Do you
12 recognize what is on this next page, this Lexington
13 Medical Center document?
14   A.   Yes.
15   Q.   What is this?
16   A.   It's a doctor's excuse.
17   Q.   It's a doctor's excuse you submitted to
18 the City?
19   A.   Yes.
20   Q.   Did you submit it to the City after you
21 were told by the City they didn't have an excuse for
22 December 31?
23   A.   Yes.
24   Q.   And unlike the prior excuse from three
25 pages back, this excuse has void, void, void, void

**57**

1  all over it, right?
2    A.   Uh-huh.
3    Q.   Your answer is yes?
4    A.   Yes.  I'm sorry.
5    Q.   The prior one three pages back didn't have
6  void on it, correct?
7    A.   Yes.
8    Q.   And this second excuse has on it -- well,
9  it has to do with treatment on 12/28, right?
10   A.   Yes.
11   Q.   But it also has added on it another day,
12 12/31, correct?
13   A.   Yes.
14   Q.   How did that come to be?
15   A.   When she asked me for the December 31st,
16 I -- when she sent me the e-mail, I went back to the
17 hospital, took it back to the hospital.  I gave it to
18 the representative.  The representative --
19   Q.   You gave what to the representative?
20   A.   The doctor's excuse that I had already
21 had.  Because I went back and told them that I needed
22 it for my job.
23       So I took it back to the representative.
24 The representative took it to the back and from there
25 I had no sight of the doctor's excuse.

**58**

1       Once it was given back to me, I e-mailed
2  it over to Melissa Jones.  I didn't think nothing of
3  the void that was on there.  I just sent everything
4  back over to her.
5    Q.   So it wasn't re-signed by anyone.  It was
6  just a new date was added?
7    A.   Yes.
8    Q.   Did the City ask you to explain that?
9    A.   No.  What she said to me was -- she sent
10 me an e-mail and she was asking me if she could call
11 the hospital herself and then I knew from right then
12 that it was fixing to be a difficult situation.  So
13 that's when I made contact with my attorney.
14   Q.   So you did not give her permission to
15 inquire -- and her being Melissa Jones, right?
16   A.   I did not.
17   Q.   You are talking about Melissa Jones,
18 correct?
19   A.   Yes.
20   Q.   Melissa Jones wanted to make sure this
21 excuse was valid and you wouldn't let her?
22   A.   I didn't say I wouldn't let her.  I just
23 knew they was trying to find things about me to try
24 to fire me.
25   Q.   She wanted to be able to confirm it with

**59**

1  the Lexington Medical Center and you did not give her
2  permission; is that right?
3     A.   I just didn't respond back to her. That
   was it.
5     Q.   So back to City 82 of Exhibit 5, the third
6  page from the end, again up near the top of the page,
7  that first full paragraph, second sentence, "we asked
8  you to provide some form of supporting documentation
9  to clear up the apparent altered notes but none was
10  forthcoming." That was true, right?
11    A.   I never altered a note.
12    Q.   You admit there could be some question as
13  to whether it was altered or not, that they could
14  have some question? Strike that.
15      You admit, right, that an employer looking
16  at that note, comparing it to the prior note, seeing
17  another date just added, might have some reasonable
18  question as to whether that second note was valid or
19  altered, correct?
20      MR. HERMAN: Objection, form.
21    Q.   (By Ms. Paul) Would you agree with me?
22    A.   No. I mean, I never altered it. I did
23  what she asked of me. She told me she needed another
24  date. She didn't have the date for 12/31.
25      So I went back to the hospital. I took

**60**

1  the doctor's note back to the hospital. I gave it to
2  the representative.
3      From there, it went to the back and I
4  didn't see the note. I didn't even think nothing of
5  it because I know I was ready to go back to work.
6      So I e-mailed Melissa Jones back over the
7  note. I didn't even think nothing of the void on
8  the --
9    Q.   And you didn't ever tell Melissa Jones all
10  this you're telling me today about how --
11    A.   I never spoke to her again, no, ma'am.
12    Q.   Would you agree it's true -- I'm reading
13  again from City 82, near the top of the page. "We
14  asked you to provide some form of supporting
15  documentation."
16      Did they ask you to provide some form of
17  supporting documentation?
18    A.   True.
19    Q.   And none was forthcoming, true?
20    A.   True. I made contact with my attorney.
21    Q.   Let me ask you about this Exhibit 29.
22  This first page, have you ever seen this before?
23    A.   Yes.
24    Q.   Is this a job description for police
25  officer for the City of Walthourville?

**61**

1    A.   Yes.
2    Q.   Did this apply during your employment?
3    A.   Yes.
4    Q.   I'm looking at the first paragraph under
5  job summary. Starting the third line down, midway
6  through it, under they performed, do you see that?
7    A.   What now?
8    Q.   Third line from the top, midway through
9  that line, they performed a wide range --
10    A.   Yes.
11    Q.   Let me read that. "They performed a wide
12  range of law enforcement functions, including making
13  arrests, issuing traffic tickets, traffic control and
14  investigative work to promote public safety and
15  security, crime prevention, and general enforcement
16  of the law."
17      Would you agree that all those were
18  duties?
19    A.   Yes.
20    Q.   Down under work functions and
21  responsibilities, Number 1, you would agree with me
22  that enforcing motor vehicle laws was part of the
23  work functions and responsibility of a police officer
24  for the City?
25    A.   Yes.

**62**

1    Q.   Second, "identify, pursue, and arrest
2  suspects and perpetrators of criminal acts." You
3  agree that's a duty?
4    A.   Yes.
5    Q.   The next page, City 336, Number 11,
6  "monitor traffic to ensure motorists observe traffic
7  regulations and exhibit safe driving procedures." Is
8  that a duty?
9    A.   Yes.
10    Q.   Would that include speed laws?
11    A.   Yes.
12    Q.   Number 13, "issue citations or warnings to
13  violators of motor vehicle ordinances." Do you see
14  that?
15    A.   Yes.
16    Q.   Was that a duty during your employment?
17    A.   Yes, ma'am.
18    Q.   It doesn't say just issue citations or
19  warnings to violators of certain motor vehicle
20  ordinances, does it?
21    A.   No, ma'am.
22    Q.   Number 20, "enforces vehicle parking and
23  operating laws, uses RADAR and/or LIDAR unit to
24  enforce speed laws, concentrating efforts on high
25  accident locations." And it continues on. Did I

63

1  read that correctly?
2      A.    Yes, ma'am, you did. [illegible]
3      Q.    You were not authorized to use RADAR or
   LIDAR to enforce speed laws, correct?
5      A.    No, ma'am.
6      Q.    What I said was right?
7      A.    Yes, ma'am.
8            MS. PAUL:  I just want to make sure --
9  we're good.
10           Let's take a break.  I'm almost done.
11           (Recess from 3:22 p.m. to 3:27 p.m.)
12           MS. PAUL:  That is all I have.  We're
13  done.
14                    EXAMINATION
15  BY MR. HERMAN:
16     Q.    I just have a couple questions.  Earlier
17  you testified about who you told about your 2016
18  suspension.  Did you tell anyone else besides
19  Quarterman and Wright?
20     A.    Well, I told Sergeant Wright and
21  Quarterman, but at that time Ms. Moss, she was the HR
22  and so Quarterman had to send all my documentation
23  over to her and inform her about it as well, so...
24     Q.    So Ms. Moss knew also?
25     A.    Yes, Ms. Moss knew about all of that.

GILBERT & JONES

64

1      Q.    And she was the HR director?
2      A.    And it was never an issue back in 2016.
3  It was like once I found out about it, because, like
4  I said, I was a new officer and I was freshly on the
5  streets.
6            Once I found out about it, I went and I
7  did my POST training and I paid my waiver fee and I
8  got everything up and running the next day.
9            And everything was scanned in through POST
10  and they notified Chief Quarterman.  And Chief
11  Quarterman, he automatically had to send all of my
12  paperwork over to Ms. Moss.  So I don't...
13     Q.    Earlier we were looking at tickets that
14  you wrote and noticed that they were failing to stop
15  at a stop sign?
16     A.    Uh-huh.
17     Q.    Is that an arrestable offense?
18     A.    The only way that's an arrestable offense
19  is if they don't have license or insurance, but as
20  far as running a stop sign, no.  It's just a
21  citation, failure to run a stop sign, and that's what
22  I did.
23     Q.    So you would need an arrest warrant to
24  arrest somebody?
25     A.    Huh-uh.

GILBERT & JONES

65

1      Q.    You couldn't arrest somebody for running a
2  stop sign?
3      A.    No.  I've never arrested anyone for
4  running a stop sign.
5            MR. HERMAN:  Okay.  That's all I have.
6                    EXAMINATION
7  BY MS. PAUL:
8      Q.    You were exercising general law
9  enforcement duties to stop them, correct?
10     A.    Yes, ma'am.
11     Q.    You put on the blue light and --
12     A.    Yes, ma'am.
13     Q.    -- and pull them over?
14     A.    Yes, ma'am.
15     Q.    You never told them you didn't have arrest
16  authority or general law enforcement power, did you?
17     A.    I didn't know at that time.  I didn't
18  know.  Like I said, I was new.
19           And working for the City of Walthourville,
20  I was real dedicated.  I would work for anybody that,
21  you know, if they had issues, family issues, or they
22  couldn't come in to work, I did that and I didn't
23  mind doing that.
24           So it was -- I dedicated a lot of my time
25  to that job.  I dedicated so much time to my job.  I

GILBERT & JONES

66

1  lived here in Columbia, South Carolina.  I would have
2  to be at work.  I left my family.  I left my
3  children.
4            I have five children and I had two
5  grandbabies with me.  I would literally stay in
6  Georgia.  I would sleep in my patrol car so I could
7  make it to work because we were short staffed.  We
8  were really short staffed.
9            And like Burgess, he didn't want to work
10  on weekends, so, okay, we've still got to run this
11  city, we've got to make sure everything is fine.
12           I just couldn't understand why me, you
13  know, just missing a couple of training hours when
14  back in 2016 y'all worked together to help me get
15  this back together so I could hit the streets and
16  help everybody.  And that's all I wanted to do.
17           I always wanted to be a police officer.
18  But with so many things that happened to me working
19  there, that changed my whole mind-set.  That put me
20  in the direction of the medical field.
21           I was so dedicated.  And I just didn't
22  understand.  I just wish I was being treated fairly.
23  And I wasn't.
24           I used to bend over backwards for the
25  mayor whenever Chief Quarterman needed me.  Not just

GILBERT & JONES

---

**67**

1   him, Burgess, Wright, all of them, Long.  I was
2   there.  I worked for them.
3              And I was looking at that time sheet.
4   When I worked for those guys, I wrote it on there.
5   Like if Long had to be out, I worked for Long.  I
6   think Wright had to be out.  I worked for Wright.
7   Burgess had to be out at some point in time.  I
8   worked for him too.
9              I used to literally sleep in my patrol car
10  because I had nowhere to stay.  I used to find places
11  to go to wash off and go right back to work.
12             New Year's Eve, I'll never forget it.  I
13  slept in my patrol car behind a hotel because I
14  didn't have money in -- what's the little town
15  outside of -- is it -- not Midway.  Richmond Hill.  I
16  slept behind a hotel in my patrol car.
17             I used to carry my clothes in my patrol
18  car in my trunk so I could be to work.  That's just
19  how dedicated I was.
20             That's why you see all those hours on
21  there for me.  I would work.  One officer she didn't
22  have to worry about was me.  I was there for her when
23  she needed me.
24       Q.   Let me direct your attention to some of
25  these -- I think it's just a standard form.  I'm

**GILBERT & JONES**

---

**68**

1   referring to X28.  I'm looking at City 321, one of
2   the tickets you wrote.  This one is dated January 29,
3   2016.
4              You have signed under arresting officer's
5   certification, correct?  It says arresting officer's
6   certification.
7        A.   Okay.  That -- let me see.
8        Q.   Under a section titled arresting officer's
9   certification.
10       A.   Okay.  Yes, that's me.  Because whenever
11  we write a citation, we always have to sign it but I
12  did not -- I didn't make no arrest.
13       Q.   Right, because they cooperated.  They took
14  the ticket, right?
15       A.   Uh-huh.
16       Q.   And on this ticket --
17       A.   I would normally mark if I make an arrest
18  or something like that.  Does it say that on there?
19       Q.   I don't see it.  Under Section 4, summons,
20  it says notice.  "This citation shall constitute
21  official notice to you that failure to appear in
22  court at the date and time stated on this citation to
23  dispose of the cited charges against you shall cause
24  the designated court to forward your driver's license
25  number to the department of driver services and your

**GILBERT & JONES**

---

**69**

1   driver's license shall be suspended."  Right?  If
2   they didn't appear in court after you gave them this
3   ticket, right?
4        A.   Yes.
5        Q.   And this person had to take off from
6   whatever they were doing and appear in court on
7   February 16, 2016, at 3:00 p.m., right?
8        A.   Yes.
9        Q.   And it says 40-6-72.  Is that a provision
10  of Georgia law for failure to stop at a stop sign?
11       A.   Yes, ma'am.
12       Q.   So this would either be a felony or a
13  misdemeanor under Georgia law?
14       A.   That's a citation.  It's a misdemeanor.
15       Q.   And you were claiming they were in
16  violation of state law, correct?
17       A.   Yes.
18       Q.   In fact, under name, Latarshia Lee,
19  underneath your signature it says signature of
20  arresting officer, right?
21       A.   Yes, ma'am.
22       Q.   So you were purporting to Mr. Artillious
23  Xavier King and the other tickets in this Exhibit 28
24  that you had arrest powers, correct?
25       A.   Yes, ma'am.

**GILBERT & JONES**

---

**70**

1        MS. PAUL:  That's all I have.
2        MR. HERMAN:  I'm good.
3              (Deposition concluded at 3:35 p.m.)
4   (Pursuant to Rule 30(e) of the Federal Rules of Civil
5   Procedure and/or O.C.G.A. 9-11-30(e), signature of
6   the witness has been reserved.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**GILBERT & JONES**

---

71

## CERTIFICATE OF COURT REPORTER

STATE OF GEORGIA:
COUNTY OF CHATHAM:

I hereby certify that the foregoing transcript was
reported as stated in the caption and the questions
and answers thereto were reduced to writing by me;
that the foregoing 70 pages represent a true,
correct, and complete transcript of the evidence
given on Wednesday, January 9, 2019, by the witness,
LATARSHIA LEE, who was first duly sworn by me.
I certify that I am not disqualified
for a relationship of interest under
O.C.G.A. 9-11-28(c); I am a Georgia Certified Court
Reporter here as an employee of Gilbert & Jones, Inc.
who was contacted by Oliver Maner to provide court
reporting services for the proceedings; I will not be
taking these proceedings under any contract that is
prohibited by O.C.G.A. 15-14-37(a) and (b) or
Article 7.C. of the Rules and Regulations of the
Board; and by the attached disclosure form I confirm
that neither I nor Gilbert & Jones, Inc. are a party
to a contract prohibited by O.C.G.A. 15-14-37(a) and
(b) or Article 7.C. of the Rules and Regulations of
the Board.
This 25th day of January, 2019.

_____
Mynjuan Jones, RPR, B-1422

GILBERT & JONES

---

72

## DISCLOSURE OF NO CONTRACT

I, Debbie Gilbert, do hereby disclose pursuant to
Article 10.B of the Rules and Regulations of the
Board of Court Reporting of the Judicial Council of
Georgia that Gilbert & Jones was contacted by Oliver
Maner to provide court reporting services for these
proceedings and there is no contract that is
prohibited by O.C.G.A. 15-14-37(a) and (b) or
Article 7.C. of the Rules and Regulations of the
Board for the taking of these proceedings.
There is no contract to provide reporting services
between Gilbert & Jones, Inc., or any person with
whom Gilbert & Jones, Inc., has a principal and
agency relationship nor any attorney at law in this
action, party to this action, party having a
financial
interest in this action, or agent for an attorney at
law in this action, party to this action, or party
having a financial interest in this action. Any and
all financial arrangements beyond our usual and
customary rates have been disclosed and offered to
all parties.
       This 25th day of January, 2019.

_____
Debbie Gilbert, FIRM
REPRESENTATIVE
Gilbert & Jones, Inc.

GILBERT & JONES

---

73

DEPOSITION OF: LATARSHIA LEE /mpj

I do hereby certify that I have read all
questions propounded to me and all answers given by
me on January 9, 2019, taken before Mynjuan Jones,
and that:

___ 1) There are no changes noted.
___ 2) The following changes are noted:

Pursuant to Rule 30(e) of the Federal Rules of
Civil Procedure and/or the Official Code of Georgia
Annotated 9-11-30(e), both of which read in part:
Any changes in form or substance which you desire to
make shall be entered upon the deposition...with a
statment of the reasons given...for making them.
Accordingly, to assist you in effecting corrections,
please use the form below:

Page No. ___ Line No. ___ should read:_____
_____
The reason for the change is:
_____
Page No. ___ Line No. ___ should read: _____
_____
The reason for the change is:
_____
Page No. ___ Line No. ___ should read: _____
_____
The reason for the change is:
_____
Page No. ___ Line No. ___ should read: _____
_____
The reason for the change is:

GILBERT & JONES

---

74

DEPOSITION OF: LATARSHIA LEE /mpj

Page No. ___ Line No. ___ should read:_____
_____
The reason for the change is:
_____
Page No. ___ Line No. ___ should read:_____
_____
The reason for the change is:
_____
Page No. ___ Line No. ___ should read:_____
_____
The reason for the change is:
_____
Page No. ___ Line No. ___ should read:_____
_____
The reason for the change is:
_____

If supplemental or additional pages are necessary,
please furnish same in typewriting annexed to this
deposition.
_____
LATARSHIA LEE

Sworn to and subscribed before me,
This the ___ day of _____, 20__.

_____
Notary Public
My commission expires: _____

Please forward corrections to:
       Gilbert & Jones
       P. O. Box 14515
       Savannah, GA 31416
       (912) 264-1552
GILBERT & JONES

1

$10 [3] - 11:25, 14:11, 15:4
$9 [1] - 15:22
'13 [1] - 23:1
'17 [2] - 41:8
/mp] [2] - 73:1, 74:1
1 [18] - 34:11, 34:21, 34:24, 35:4, 35:18, 35:23, 36:24, 37:13, 37:18, 37:20, 38:3, 39:19, 45:1, 49:4, 50:10, 50:21, 61:21, 73:4
1/19/2016 [1] - 44:6
1/6/2016 [1] - 44:5
10 [5] - 7:1, 34:23, 39:2, 50:4, 50:6
10.B [2] - 4:2, 72:2
11 [1] - 62:5
12 [9] - 34:12, 34:15, 36:24, 37:13, 37:20, 38:3, 45:2, 49:5, 50:21
12/28 [2] - 55:6, 55:12, 57:9
12/29 [1] - 55:6
12/30 [1] - 55:6
12/31 [2] - 57:12, 59:24
12:00 [2] - 14:7, 14:8
12th [1] - 49:19
13 [1] - 62:12
1405 [1] - 6:20
14515 [1] - 74:24
15 [3] - 49:3, 49:6, 49:9
15-14-37(a [3] - 71:13, 71:15, 72:5
15th [1] - 11:22
16 [3] - 51:22, 53:24, 69:7
16th [1] - 49:8
17 [1] - 56:6
17th [1] - 55:23
18 [1] - 22:22
1:38 [1] - 1:14
2 [2] - 44:22, 73:5
20 [3] - 44:21, 62:22, 74:20
2001 [1] - 20:10
2011 [1] - 8:4
2012 [10] - 8:10, 8:20, 9:16, 9:22, 10:11, 21:9, 21:12, 22:24, 22:25, 29:19
2013 [4] - 23:2, 23:5, 23:25, 29:19
2015 [8] - 21:7, 21:13, 23:3, 23:21, 24:1, 34:10, 42:23, 45:9

2016 [41] - 34:11, 34:12, 34:16, 36:19, 36:24, 37:13, 37:18, 37:20, 38:3, 38:22, 42:22, 42:24, 43:1, 43:9, 43:13, 44:21, 44:22, 45:1, 45:2, 46:15, 47:23, 49:4, 49:5, 50:21, 51:9, 51:12, 51:22, 51:23, 52:12, 52:22, 53:20, 63:17, 64:2, 66:14, 68:3, 69:7
2017 [8] - 31:11, 34:20, 34:21, 34:25, 38:23, 40:14, 41:2, 42:5
2018 [32] - 11:18, 12:23, 14:19, 14:22, 14:24, 15:12, 16:14, 16:18, 34:23, 34:24, 35:2, 35:4, 35:9, 35:16, 35:18, 35:19, 35:23, 35:24, 36:9, 39:2, 39:15, 40:3, 41:5, 41:10, 42:1, 42:16, 49:19, 50:4, 50:6, 50:10, 52:23
2019 [5] - 1:13, 71:8, 71:16, 72:12, 73:3
218 [1] - 2:9
22 [5] - 35:16, 35:19, 35:23, 35:24, 41:10
22nd [1] - 35:14
25th [2] - 71:16, 72:12
26 [1] - 38:23
264-1552 [1] - 74:25
26th [1] - 41:1
28 [1] - 69:23
29 [2] - 60:21, 68:2
29229 [1] - 6:24
294 [1] - 36:25
3 [5] - 46:15, 51:9, 51:12, 51:22, 53:23
30 [2] - 12:5, 12:12
30(e [2] - 70:4, 73:6
301 [1] - 44:1
302 [1] - 44:19
30th [1] - 53:9
31 [3] - 3:11, 56:9, 56:22
313 [2] - 46:9, 46:11
314 [2] - 47:22, 49:2
31401 [2] - 2:5, 2:9
31416 [1] - 74:25
31st [3] - 42:5, 56:3, 57:15
321 [1] - 68:1
328 [1] - 49:3
336 [1] - 62:5

341 [1] - 9:6
35 [1] - 26:23
35-8-21 [2] - 27:7, 51:23
3:00 [1] - 69:7
3:22 [1] - 63:11
3:27 [1] - 63:11
3:35 [1] - 70:3
3rd [1] - 8:3
4 [1] - 68:19
40 [3] - 8:12, 14:14, 15:19
40-6-72 [1] - 69:9
43 [1] - 3:13
4:00 [1] - 14:7, 15:1
5 [7] - 3:3, 33:6, 33:8, 36:3, 49:13, 54:1, 59:5
54 [1] - 3:14
611A [2] - 1:16, 2:4
63 [1] - 3:4
65 [1] - 3:5
7 [2] - 1:15, 2:4
7.C [3] - 71:13, 71:15, 72:5
70 [2] - 7:14, 71:7
71 [1] - 36:4
76 [1] - 33:21
77 [1] - 40:20
79 [1] - 49:14
7th [1] - 36:9
8 [1] - 26:23
80 [1] - 52:20
82 [4] - 54:1, 54:2, 59:5, 60:13
9 [3] - 1:13, 71:8, 73:3
9-11-28(c [1] - 71:10
9-11-30(e [2] - 70:5, 73:7
912 [2] - 7:10, 74:25
96 [1] - 51:21
99 [1] - 44:12
9th [1] - 21:7
ability [3] - 6:14, 53:10, 53:16
able [6] - 5:9, 5:10, 11:10, 30:19, 42:11, 58:25
absence [1] - 53:9
absences [1] - 54:13
abusive [1] - 20:11
academy [25] - 8:7, 8:20, 9:16, 9:18, 9:22, 10:10, 17:25, 21:8, 22:17, 22:18, 22:19, 22:21, 23:5, 23:11, 23:25, 24:22, 24:23, 27:2, 29:16, 29:18, 30:2, 30:13,

32:22, 46:4, 46:5
Academy [1] - 7:21
accident [1] - 62:25
Accordingly [1] - 73:9
accurate [1] - 53:15
acquire [1] - 29:2
acquires [1] - 29:5
act [1] - 37:21
acting [1] - 44:14
ACTION [1] - 1:4
action [9] - 29:1, 49:22, 50:1, 72:8, 72:9, 72:10, 72:10
Action [1] - 4:13
actively [1] - 16:17
activity [3] - 31:17, 31:24, 32:15
acts [1] - 62:2
actual [1] - 51:20
added [3] - 57:11, 58:6, 59:17
additional [2] - 24:7, 74:17
address [2] - 6:19, 7:9
administrator [2] - 38:22, 39:4
admit [2] - 59:12, 59:15
adverse [2] - 49:22, 50:1
advertising [1] - 31:10
affect [1] - 6:14
affirmatively [1] - 43:24
agency [2] - 13:15, 72:8
agent [1] - 72:9
ago [1] - 11:21
agree [17] - 28:11, 28:18, 32:2, 32:12, 36:12, 38:5, 38:12, 38:18, 47:19, 52:16, 53:11, 53:17, 59:21, 60:12, 61:17, 61:21, 62:3
allCaregivers [1] - 15:8
AllCaregivers [3] - 16:1, 16:5, 16:19
allegations [1] - 50:2
allegedly [2] - 50:20, 52:11
Allied [1] - 17:4
almost [1] - 63:10
altered [7] - 54:6, 54:10, 59:9, 59:11, 59:13, 59:19, 59:22
annexed [1] - 74:17
Annotated [1] - 73:7
answer [11] - 5:21,

11:13, 12:25, 24:5, 49:11, 51:17, 52:8, 52:18, 53:2, 55:8, 57:3
answered [2] - 52:7, 53:1
answers [2] - 71:7, 73:2
apologize [1] - 41:12
apparent [2] - 54:10, 59:9
appear [3] - 68:21, 69:2, 69:6
APPEARANCES [1] - 2:1
application [1] - 23:19
applied [2] - 19:8, 19:10
apply [1] - 61:2
appointed [2] - 27:14, 27:20
appropriate [1] - 28:6
area [2] - 9:5, 9:11
arrangements [1] - 72:11
arrest [40] - 25:21, 26:3, 34:10, 34:20, 34:23, 35:4, 35:19, 35:24, 37:11, 37:25, 38:10, 39:4, 39:15, 40:3, 40:7, 40:14, 42:1, 42:17, 42:24, 43:7, 43:14, 44:8, 45:2, 46:6, 46:18, 46:20, 46:23, 46:24, 48:11, 50:8, 51:24, 62:1, 64:23, 64:24, 65:1, 65:15, 68:12, 68:17, 69:24
arrestable [2] - 64:17, 64:18
arrested [1] - 65:3
arresting [4] - 68:4, 68:5, 68:8, 69:20
arrests [5] - 38:18, 41:21, 50:24, 52:3, 61:13
Article [5] - 4:2, 71:13, 71:15, 72:2, 72:5
Artillious [1] - 69:22
assist [1] - 73:9
assistant [2] - 10:1, 10:22
associate [1] - 11:10
ATC [10] - 13:15, 13:16, 13:23, 14:4, 14:10, 14:13, 14:16, 14:17, 15:7, 15:24
attached [3] - 3:18, 56:1, 71:14

GILBERT & JONES

**attention** [4] - 36:2, 43:25, 54:20, 67:24
**attorney** [4] - 58:13, 60:20, 72:8, 72:9
**August** [3] - 14:18, 14:21, 14:24
**Augusta** [3] - 18:11, 18:17, 18:18
**authority** [30] - 34:10, 34:16, 34:21, 34:24, 35:4, 35:19, 35:25, 37:11, 37:24, 39:5, 39:15, 40:3, 40:7, 40:15, 42:1, 42:25, 45:3, 46:7, 46:18, 46:20, 46:24, 47:2, 47:7, 47:12, 47:13, 47:17, 48:4, 48:11, 50:8, 65:16
**authorized** [6] - 25:25, 26:2, 27:15, 27:21, 41:18, 63:3
**automatically** [1] - 64:11
**available** [1] - 19:10
**average** [1] - 30:24
**B-1422** [1] - 71:23
**background** [2] - 8:5, 19:19
**backwards** [1] - 66:24
**bad** [1] - 20:10
**Balasy** [1] - 47:5
**based** [1] - 50:1
**bearing** [1] - 4:13
**became** [1] - 17:13
**become** [4] - 25:10, 26:19, 26:24, 43:10
**beginning** [1] - 42:24
**behalf** [2] - 2:2, 2:7
**behavior** [2] - 10:15, 10:22
**behavioral** [1] - 11:10
**behind** [2] - 67:13, 67:16
**belong** [1] - 19:25
**below** [1] - 73:9
**bend** [1] - 66:24
**between** [11] - 9:19, 14:12, 16:17, 21:12, 23:2, 23:25, 37:20, 38:3, 49:4, 51:22, 72:7
**beyond** [1] - 72:11
**BHA** [5] - 10:20, 10:24, 12:21, 12:22, 13:13
**birth** [1] - 6:9
**blocked** [1] - 47:4
**blue** [1] - 65:11
**Board** [5] - 4:3, 71:14,

71:16, 72:3, 72:6
**bottom** [4] - 33:22, 36:4, 36:9, 55:4
**Box** [1] - 74:24
**break** [2] - 5:5, 63:10
**Brian** [1] - 13:9
**Brunswick** [16] - 7:20, 9:5, 9:11, 10:6, 21:15, 21:18, 22:1, 22:4, 22:8, 22:9, 22:12, 22:20, 23:8, 24:16, 24:19, 24:21
**Burgess** [4] - 40:11, 66:9, 67:1, 67:7
**BY** [3] - 4:24, 63:15, 65:7
**calendar** [1] - 25:17
**candidate** [1] - 21:17
**caption** [1] - 71:6
**car** [5] - 66:6, 67:9, 67:13, 67:16, 67:18
**care** [2] - 16:9, 45:13
**Carolina** [13] - 6:18, 7:4, 10:18, 11:4, 12:16, 13:19, 15:10, 17:10, 17:12, 17:14, 17:15, 18:5, 66:1
**carry** [1] - 67:17
**case** [1] - 4:9
**caused** [2] - 42:11
**CCR-B-1422** [1] - 1:18
**Center** [6] - 13:9, 54:7, 55:5, 55:11, 56:13, 59:1
**certain** [2] - 29:16, 62:19
**CERTIFICATE** [1] - 71:1
**certificate** [2] - 6:9, 11:11
**certification** [19] - 17:8, 17:17, 18:3, 18:21, 18:23, 19:2, 19:7, 28:6, 29:3, 29:6, 29:9, 29:25, 30:4, 30:19, 35:15, 37:12, 68:5, 68:6, 68:9
**Certified** [1] - 71:10
**certified** [7] - 19:1, 27:16, 27:22, 28:9, 32:9, 32:23, 33:3
**certify** [3] - 71:6, 71:9, 73:2
**chance** [1] - 54:18
**change** [10] - 73:12, 73:15, 73:18, 73:21, 73:24, 74:3, 74:6, 74:9, 74:12, 74:15
**changed** [1] - 66:19

**changes** [3] - 73:4, 73:5, 73:7
**Chapter** [1] - 26:23
**charges** [1] - 68:23
**CHARLES** [1] - 2:3
**Charles** [1] - 2:3
**CHATHAM** [1] - 71:4
**CHIA** [1] - 6:4
**Chief** [7] - 40:10, 45:20, 53:5, 53:21, 64:10, 66:25
**chief** [6] - 37:8, 39:16, 45:17, 45:19, 51:15, 53:3
**child's** [1] - 20:12
**children** [3] - 8:18, 66:3, 66:4
**church** [2] - 19:23, 19:25
**citation** [5] - 64:21, 68:11, 68:20, 68:22, 69:14
**citations** [2] - 62:12, 62:18
**cited** [1] - 68:23
**citizens** [1] - 53:10
**City** [70] - 4:10, 16:13, 16:18, 18:1, 18:7, 20:19, 20:23, 20:24, 21:3, 21:6, 21:12, 21:14, 21:17, 21:24, 22:12, 22:18, 22:20, 24:15, 24:21, 24:24, 25:2, 25:5, 29:23, 30:6, 30:9, 30:11, 30:16, 31:10, 32:3, 32:8, 32:13, 33:1, 33:21, 35:13, 36:4, 37:4, 38:16, 38:17, 39:10, 40:19, 44:1, 44:19, 46:9, 46:11, 47:9, 47:15, 47:19, 47:22, 48:23, 49:14, 50:8, 50:10, 50:24, 52:1, 52:2, 52:12, 52:20, 54:1, 55:2, 56:18, 56:20, 56:21, 58:8, 59:5, 60:13, 60:25, 61:24, 62:5, 65:19, 68:1
**CITY** [1] - 1:6
**city** [5] - 18:17, 21:1, 53:9, 54:2, 66:11
**civic** [2] - 19:20, 20:3
**Civil** [4] - 4:13, 4:19, 70:4, 73:6
**CIVIL** [1] - 1:4
**claiming** [1] - 69:15
**class** [1] - 24:13
**classes** [2] - 23:12,

24:7
**clear** [2] - 54:10, 59:9
**cleared** [1] - 34:15
**closely** [1] - 48:15
**clothes** [1] - 67:17
**CNA** [1] - 10:2
**code** [2] - 6:23, 26:21
**Code** [2] - 27:6, 73:6
**Coke** [1] - 5:6
**Columbia** [15] - 6:18, 7:4, 10:18, 11:4, 12:18, 13:8, 13:19, 15:10, 17:3, 17:6, 17:17, 17:20, 17:22, 18:2, 66:1
**coming** [1] - 43:12
**commission** [1] - 74:22
**committed** [1] - 20:6
**companies** [2] - 8:22, 10:9
**comparing** [1] - 59:16
**complete** [11] - 22:11, 24:9, 25:16, 26:8, 27:10, 27:25, 36:20, 45:23, 47:25, 48:9, 71:8
**completed** [8] - 22:16, 28:5, 39:20, 39:22, 42:9, 45:10, 45:25, 46:1
**completing** [1] - 39:21
**comply** [1] - 25:24
**compound** [1] - 52:17
**computer** [1] - 30:24
**concentrating** [1] - 62:24
**concluded** [1] - 70:3
**conclusion** [1] - 26:14
**condition** [1] - 54:12
**conducted** [2] - 41:2, 41:16
**confirm** [1] - 58:25, 71:14
**confused** [1] - 34:25
**Congress** [2] - 1:15, 2:4
**consistently** [1] - 14:23
**constitute** [1] - 68:20
**contact** [2] - 58:13, 60:20
**contacted** [2] - 71:11, 72:3
**continue** [2] - 37:10, 54:8
**continued** [2] - 38:14, 50:23
**continues** [1] - 62:25
**continuing** [1] - 54:2

**contract** [4] - 71:12, 71:15, 72:4, 72:6
**CONTRACT** [1] - 72:1
**control** [1] - 61:13
**cooperated** [1] - 68:13
**correct** [33] - 31:2, 34:24, 35:20, 35:22, 35:25, 36:21, 37:14, 37:18, 37:24, 39:20, 40:8, 42:6, 43:16, 44:15, 44:17, 45:6, 46:18, 48:4, 48:6, 48:20, 48:21, 48:25, 53:15, 57:6, 57:12, 58:18, 59:19, 63:4, 65:9, 68:5, 69:16, 69:24, 71:8
**corrected** [1] - 45:12
**corrections** [2] - 73:9, 74:23
**correctly** [4] - 31:25, 50:13, 50:25, 63:1
**correspondence** [1] - 33:25
**council** [2] - 26:11, 27:12
**Council** [7] - 4:4, 27:8, 34:2, 36:19, 39:3, 50:7, 72:3
**COUNSEL** [1] - 2:1
**count** [2] - 49:3, 49:5, 49:9
**counted** [1] - 49:9
**County** [1] - 20:17
**COUNTY** [1] - 71:4
**couple** [3] - 19:19, 63:16, 66:13
**course** [1] - 48:22
**courses** [2] - 22:23, 29:8
**Court** [6] - 4:3, 4:12, 7:2, 33:5, 71:10, 72:3
**COURT** [2] - 1:1, 71:1
**court** [8] - 4:21, 5:9, 68:22, 68:24, 69:2, 69:6, 71:11, 72:4
**cover** [1] - 53:14
**covered** [1] - 55:5
**crime** [2] - 20:6, 61:15
**criminal** [4] - 31:17, 31:24, 32:15, 62:2
**cross** [1] - 4:17
**cross-examination** [1] - 4:17
**curious** [1] - 40:24
**customary** [1] - 72:11
**CV418-090** [2] - 1:5, 4:14
**Daisy** [1] - 4:10

DAISY [1] - 1:7
date [11] - 34:22, 35:8, 35:10, 36:8, 41:3, 41:17, 58:6, 59:17, 59:24, 68:22
dated [4] - 46:15, 49:19, 55:22, 68:2
daughter [1] - 17:15
days [2] - 14:5, 55:5
deal [1] - 11:1
Debbie [2] - 72:2, 72:15
December [9] - 11:22, 38:23, 41:1, 41:8, 42:4, 56:2, 56:9, 56:22, 57:15
decided [1] - 22:2
dedicated [5] - 65:20, 65:24, 65:25, 66:21, 67:19
deemed [2] - 26:10, 27:12
Defendants [2] - 1:8, 2:7
deficiency [6] - 34:10, 34:20, 35:5, 39:6, 50:22, 54:6
deficient [1] - 50:19
department [19] - 10:14, 10:15, 11:6, 12:15, 13:2, 14:13, 17:3, 17:7, 17:12, 17:24, 18:2, 18:7, 18:14, 18:15, 18:16, 18:17, 18:22, 55:11, 68:25
departments [1] - 19:5
DEPOSITION [3] - 1:10, 73:1, 74:1
deposition [5] - 4:8, 4:16, 5:1, 21:5, 74:18
Deposition [1] - 70:3
deposition...with [1] - 73:8
Description [1] - 3:10
description [2] - 3:14, 60:24
designated [1] - 68:24
desire [1] - 73:7
despite [1] - 50:22
detect [4] - 31:17, 31:24, 32:9, 32:15
detection [10] - 27:15, 27:17, 27:21, 27:23, 28:2, 28:12, 28:15, 28:19, 28:22, 30:23
deter [3] - 31:17, 31:24, 32:15
device [5] - 27:17,

27:23, 28:12, 28:19, 30:23
devices [4] - 27:16, 27:22, 28:2, 28:4
different [2] - 16:22, 16:23
difficult [1] - 58:12
difficulties [1] - 18:4
dig [1] - 33:5
diploma [2] - 7:24, 8:1
direct [3] - 43:25, 54:20, 67:24
direction [1] - 66:20
director [1] - 64:1
disability [2] - 26:9, 27:11
disagree [3] - 52:4, 52:14, 52:19
discipline [1] - 43:3
disclose [1] - 72:2
disclosed [1] - 72:11
disclosure [2] - 4:1, 71:14
DISCLOSURE [1] - 72:1
discretion [2] - 26:7, 27:8
discussed [1] - 10:11
Discussion [1] - 25:14
dispose [1] - 68:23
disqualified [1] - 71:9
district [1] - 18:20
DISTRICT [2] - 1:1, 1:1
District [2] - 4:12
DIVISION [1] - 1:2
Division [1] - 4:13
doctor's [10] - 54:7, 54:25, 55:1, 55:4, 56:1, 56:16, 56:17, 57:20, 57:25, 60:1
document [3] - 33:13, 56:1, 56:13
Document [1] - 3:11
documentation [6] - 50:10, 54:9, 59:8, 60:15, 60:17, 63:22
documents [1] - 3:14
don't.. [1] - 64:12
done [6] - 22:13, 42:12, 42:23, 49:15, 63:10, 63:13
doubt [1] - 50:15
down [5] - 5:10, 33:21, 38:6, 61:5, 61:20
Drive [1] - 6:20
driver [1] - 68:25
driver's [2] - 68:24, 69:1
driving [1] - 62:7
due [7] - 26:9, 27:10,

34:9, 34:19, 36:19, 39:6, 50:21
duly [2] - 4:6, 71:9
during [16] - 14:6, 16:24, 36:25, 37:11, 37:23, 44:8, 44:12, 44:24, 45:1, 45:3, 46:17, 50:23, 52:1, 52:4, 61:2, 62:16
duties [7] - 38:11, 41:3, 41:17, 51:25, 53:16, 61:18, 65:9
duty [4] - 41:20, 62:3, 62:8, 62:16
e-mail [6] - 40:22, 41:4, 55:22, 56:5, 57:16, 58:10
e-mailed [2] - 58:1, 60:6
e-mails [1] - 3:13
East [2] - 1:15, 2:4
education [2] - 24:10, 32:20
educational [1] - 8:5
effecting [1] - 73:9
effective [1] - 36:24
effort [1] - 54:5
efforts [1] - 62:24
either [2] - 41:21, 69:12
emergency [2] - 51:8, 51:11, 55:11
employed [5] - 27:14, 27:20, 29:23, 30:5, 30:9
employee [1] - 71:11
employer [1] - 59:15
employment [9] - 3:15, 16:13, 26:22, 26:25, 32:13, 33:1, 35:12, 61:2, 62:16
end [6] - 11:9, 22:14, 24:11, 42:4, 49:3, 59:6
enforce [8] - 28:12, 28:19, 30:20, 48:11, 48:17, 48:24, 62:24, 63:4
enforcement [18] - 24:10, 26:1, 29:1, 32:22, 37:11, 37:24, 38:2, 41:2, 41:16, 47:1, 47:7, 50:20, 50:23, 51:21, 61:12, 61:15, 65:9, 65:16
enforces [1] - 62:22
enforcing [1] - 61:22
ensure [1] - 62:6
entered [1] - 73:8
entitled [2] - 48:10,

48:12
equipment [1] - 29:1
Esq [2] - 2:3, 2:8
essential [5] - 31:15, 31:20, 31:23, 32:2, 32:14
established [1] - 29:19
Eve [1] - 67:12
evening [1] - 14:7
evidence [3] - 26:7, 27:9, 71:8
exactly [1] - 55:14
Examination [4] - 3:2, 3:3, 3:4, 3:5
examination [1] - 4:17
EXAMINATION [3] - 4:23, 63:14, 65:6
EXAMINATIONS [1] - 3:1
examined [1] - 4:6
excuse [13] - 54:13, 55:4, 55:15, 56:8, 56:16, 56:17, 56:21, 56:24, 56:25, 57:8, 57:20, 57:25, 58:21
excuses [3] - 54:25, 55:1, 56:2
exercise [5] - 26:1, 26:2, 37:10, 38:1, 42:16
exercising [4] - 46:20, 46:24, 47:1, 65:8
Exhibit [16] - 3:10, 3:11, 3:13, 3:14, 31:4, 33:6, 33:8, 36:3, 43:19, 49:13, 54:1, 54:14, 54:17, 59:5, 60:21, 69:23
exhibit [3] - 43:18, 54:21, 62:7
EXHIBITS [1] - 3:9
Exhibits [1] - 3:17
expires [1] - 74:22
explain [2] - 54:5, 58:8
exposed [2] - 38:16, 52:2
exposing [1] - 38:17
extra [1] - 22:23
facility [2] - 9:23, 13:17
fact [2] - 36:19, 69:18
facts [1] - 36:12
fail [3] - 27:25, 47:25, 48:15
failed [2] - 30:3, 30:7
failing [1] - 64:14
failure [4] - 48:9, 64:21, 68:21, 69:10
fairly [1] - 66:22

familiar [3] - 26:20, 26:24, 40:20
family [2] - 65:21, 66:2
far [1] - 64:20
father [1] - 20:12
February [27] - 8:3, 21:7, 21:12, 23:3, 23:21, 24:1, 34:11, 34:15, 36:8, 36:24, 37:13, 37:20, 38:3, 44:22, 45:2, 46:15, 49:4, 50:21, 51:9, 51:12, 51:22, 53:20, 53:23, 53:24, 69:7
Federal [3] - 4:18, 70:4, 73:6
fee [15] - 39:23, 39:24, 39:25, 40:2, 40:6, 41:12, 41:13, 41:19, 41:23, 42:10, 42:15, 43:7, 45:23, 46:2, 64:7
felony [1] - 69:12
few [1] - 21:4
field [1] - 66:20
file [1] - 3:15
FILE [1] - 1:4
filed [1] - 43:10
filled [1] - 23:19
finally [1] - 54:5
financial [2] - 72:9, 72:10, 72:11
fine [1] - 66:11
finish [2] - 22:24, 46:6
finished [7] - 22:17, 23:1, 23:5, 42:4, 42:5, 42:22, 45:8
finishing [2] - 23:25, 42:15
fire [1] - 58:24
FIRM [1] - 72:15
first [17] - 4:6, 14:16, 29:14, 29:15, 34:9, 36:3, 36:17, 40:25, 46:9, 52:11, 52:19, 54:3, 55:25, 59:7, 60:22, 61:4, 71:9
five [4] - 9:20, 9:21, 38:6, 66:4
fixing [1] - 58:12
flip [2] - 49:2, 56:11
flipping [1] - 40:19
following [2] - 50:1, 73:5
follows [1] - 4:7
FOR [1] - 1:1
foregoing [2] - 71:6, 71:7
forget [1] - 67:12
form [11] - 42:18,

52:17, 54:9, 59:8,
59:20, 60:14, 60:16,
67:25, 71:14, 73:7,
73:9
forthcoming [3] -
54:11, 59:10, 60:19
forward [2] - 68:24,
74:23
four [2] - 9:24, 14:5
fourth [1] - 54:21
freshly [1] - 64:4
fulfill [1] - 25:20
full [9] - 5:25, 12:8,
25:10, 31:11, 32:3,
32:18, 32:21, 54:4,
59:7
Full [1] - 3:11
full-time [4] - 12:8,
25:10, 31:11, 32:3
Full-Time [1] - 3:11
function [2] - 32:3,
32:14
functions [7] - 28:3,
31:16, 31:20, 31:23,
61:12, 61:20, 61:23
funds [1] - 40:1
furnish [1] - 74:17
GA [1] - 74:25
GED [1] - 7:25
general [3] - 61:15,
65:8, 65:16
generally [2] - 26:2,
38:2
GEORGIA [2] - 1:1,
71:3
Georgia [43] - 1:16,
2:5, 2:9, 4:4, 4:13,
7:18, 7:20, 8:8, 9:12,
10:6, 17:8, 17:9,
18:3, 18:7, 18:12,
18:21, 19:2, 19:5,
19:25, 20:1, 20:4,
25:16, 25:20, 25:24,
26:21, 26:25, 27:7,
29:2, 32:23, 33:2,
34:1, 36:18, 38:10,
39:2, 39:6, 50:6,
50:9, 66:6, 69:10,
69:13, 71:10, 72:3,
73:6
Georgia-Pacific [1] -
9:12
Gilbert [9] - 71:11,
71:14, 72:2, 72:3,
72:7, 72:7, 72:15,
72:16, 74:24
given [3] - 58:1, 71:8,
73:2
given...for [1] - 73:8
Glynn [2] - 7:21, 20:17

goodness [1] - 10:25
grab [1] - 5:6
graduate [2] - 7:22,
32:22
graduated [1] - 23:11
grandbabies [1] - 66:5
granted [2] - 26:6,
27:7
grew [1] - 6:8
grunt [1] - 5:13
guys [1] - 67:4
halfway [3] - 31:20,
49:14, 49:15
hampers [1] - 53:9
happy [1] - 5:7
head [2] - 5:10, 43:24
health [7] - 10:15,
10:22, 11:6, 11:10,
12:15, 13:3, 14:13
healthcare [1] - 13:17
hear [4] - 5:16, 6:15,
19:13, 42:14
heard [3] - 5:21,
23:16, 30:25
help [4] - 13:11, 14:1,
66:14, 66:16
hereby [3] - 71:6,
72:2, 73:2
HERMAN [15] - 2:3,
4:22, 26:12, 26:14,
26:17, 33:13, 33:18,
42:18, 52:6, 52:15,
52:25, 59:20, 63:15,
65:5, 70:2
Herman [2] - 2:3, 3:4
herself [1] - 58:11
high [5] - 7:22, 7:23,
8:1, 8:6, 62:24
Hill [1] - 67:15
Hinesville [4] - 7:8,
23:13, 23:14, 24:8
hire [2] - 19:13, 31:11
hired [4] - 17:11,
17:16, 39:11, 50:12
history [1] - 50:19
hit [1] - 66:15
home [1] - 23:17
hospital [8] - 13:4,
13:6, 13:7, 57:17,
58:11, 59:25, 60:1
hotel [2] - 67:13,
67:16
hour [2] - 12:1, 15:4
hours [11] - 12:3,
12:12, 14:14, 15:19,
20:22, 37:1, 42:7,
44:12, 51:21, 66:13,
67:20
House [6] - 10:16,
11:20, 11:24, 12:9,

12:14, 14:12
HR [2] - 63:21, 64:1
human [2] - 38:21,
39:3
identification [3] -
31:5, 43:20, 54:15
identify [1] - 62:1
ill [1] - 11:2
illegal [2] - 38:18, 52:3
important [1] - 5:12
IN [1] - 1:1
inability [1] - 50:11
Inc [5] - 71:11, 71:14,
72:7, 72:7, 72:16
incidents [2] - 36:15
include [1] - 62:10
including [2] - 37:11,
61:12
incorrect [1] - 35:22
INDEX [2] - 3:1, 3:9
indicate [2] - 51:5,
51:7
Individually [1] - 1:7
individually [1] - 4:11
influence [1] - 6:13
inform [4] - 39:9,
39:14, 52:11, 63:23
informed [2] - 39:3,
50:7
inquire [2] - 54:11,
58:15
inside [1] - 23:19
insurance [1] - 64:19
interest [3] - 71:10,
72:9, 72:10
Interim [1] - 40:10
investigative [1] -
61:14
Irmo [1] - 18:2
Island [1] - 10:6
issue [11] - 17:13,
28:6, 43:2, 43:8,
43:10, 46:21, 48:4,
62:12, 62:18, 64:2
issued [4] - 46:13,
47:7, 47:23, 49:4
issues [2] - 65:21
issuing [3] - 47:11,
47:16, 61:13
items [1] - 36:11
jail [3] - 20:13, 20:14,
20:16
January [40] - 1:13,
16:14, 16:18, 34:11,
34:21, 34:23, 34:24,
35:4, 35:9, 35:14,
35:16, 35:18, 35:19,
35:23, 35:24, 36:24,
37:13, 37:17, 37:20,
38:3, 39:1, 39:19,

41:10, 44:21, 45:1,
47:23, 49:4, 49:19,
50:4, 50:6, 50:10,
50:21, 55:22, 56:6,
68:2, 71:8, 71:16,
72:12, 73:3
Jeff [1] - 33:25
Jill [1] - 47:5
job [15] - 13:25, 16:24,
19:4, 21:23, 22:14,
25:3, 25:5, 32:14,
39:11, 50:12, 57:22,
60:24, 61:5, 65:25
Job [1] - 3:14
jobs [2] - 13:14, 19:10
Jones [21] - 1:18,
36:10, 41:4, 41:14,
55:22, 56:6, 58:2,
58:15, 58:17, 58:20,
60:6, 60:9, 71:11,
71:14, 71:23, 72:3,
72:7, 72:7, 72:16,
73:3, 74:24
Judicial [2] - 4:3, 72:3
July [1] - 31:11
keep [2] - 40:19, 49:2
Kim [1] - 17:22
kind [8] - 6:13, 10:2,
10:23, 16:4, 21:11,
21:16, 24:7
kinds [1] - 5:10
King [1] - 69:23
knowledge [1] - 53:15
known [1] - 6:10
L-a-t-a-r-s-h-i-a [1] -
6:3
lacked [1] - 35:24
lacking [1] - 42:8
lane [1] - 48:16
Lane [1] - 7:10
last [6] - 5:2, 22:21,
32:19, 32:20, 33:11,
35:12
Latarshia [5] - 4:9,
6:1, 6:2, 69:18
LATARSHIA [7] - 1:3,
1:11, 4:5, 71:9, 73:1,
74:1, 74:19
law [24] - 24:10, 26:1,
26:25, 29:1, 32:22,
37:10, 37:24, 38:2,
41:2, 41:16, 47:1,
47:6, 50:20, 50:22,
51:20, 61:12, 61:16,
65:8, 65:16, 69:10,
69:13, 69:16, 72:8,
72:10
Law [1] - 2:3
laws [1] - 30:20,
48:24, 61:22, 62:10,

62:23, 62:24, 63:4
lawsuit [2] - 43:11
learn [2] - 11:1, 46:5
least [2] - 35:18, 35:23
leave [7] - 15:23, 22:9,
23:8, 24:19, 24:20,
39:22, 42:8
LEE [7] - 1:3, 1:11,
4:5, 71:9, 73:1, 74:1,
74:19
Lee [16] - 4:9, 4:10,
4:15, 4:25, 6:1, 31:6,
34:10, 34:20, 36:17,
37:3, 38:14, 39:4,
39:9, 54:16, 54:20,
69:18
Lee's [1] - 38:10
left [9] - 16:13, 16:18,
18:7, 24:15, 24:21,
40:13, 40:17, 66:2
legal [1] - 26:14
Legion [1] - 6:20
less [2] - 24:16, 24:18
letter [9] - 34:7, 34:8,
34:23, 36:8, 40:25,
49:17, 49:19, 49:20,
49:23
letting [1] - 47:10
Lexington [5] - 54:7,
55:5, 55:11, 56:12,
59:1
liability [4] - 38:17,
47:10, 47:20, 52:2
liable [1] - 47:16
license [3] - 64:19,
68:24, 69:1
LIDAR [10] - 28:8,
28:18, 28:22, 28:25,
29:6, 29:9, 30:14,
48:22, 62:23, 63:4
light [2] - 28:22, 65:11
limits [2] - 28:12,
28:19
Line [10] - 73:10,
73:13, 73:16, 73:19,
73:22, 74:2, 74:5,
74:8, 74:11, 74:14
line [6] - 31:15, 31:19,
31:20, 61:5, 61:8,
61:9
lines [1] - 38:6
lists [1] - 31:15
literally [2] - 66:5, 67:9
live [10] - 6:17, 6:18,
6:25, 7:5, 7:7, 7:11,
7:13, 7:15, 8:17,
22:7
lived [9] - 6:21, 7:1,
7:6, 7:8, 7:16, 20:1,
20:4, 22:3, 66:1

lives [1] - 17:15
located [3] - 10:17, 10:18, 15:9
locations [2] - 9:3, 62:25
logged [1] - 51:21
look [4] - 16:17, 43:22, 54:1, 54:19
looking [9] - 12:10, 16:3, 16:21, 46:10, 59:15, 61:4, 64:13, 67:3, 68:1
looks [1] - 49:7
lose [2] - 25:21, 35:3
lost [1] - 37:17
loud [3] - 5:13, 50:5, 51:4
louder [1] - 5:18
Ludowici [1] - 7:14
ma'am [72] - 5:8, 5:15, 5:24, 6:16, 8:14, 8:16, 10:4, 10:12, 12:2, 12:7, 12:10, 12:19, 13:9, 14:15, 14:20, 15:6, 16:6, 16:12, 16:16, 16:20, 17:18, 18:9, 19:9, 19:12, 19:15, 19:22, 19:24, 20:2, 20:5, 20:8, 21:2, 21:10, 22:6, 22:13, 22:16, 25:7, 25:9, 25:18, 25:22, 26:4, 29:21, 29:24, 30:10, 30:12, 31:1, 31:3, 31:13, 35:17, 35:21, 37:6, 42:2, 44:2, 44:4, 44:7, 44:10, 44:13, 44:16, 45:16, 47:8, 48:19, 60:11, 62:17, 62:21, 63:2, 63:5, 63:7, 65:10, 65:12, 65:14, 69:11, 69:21, 69:25
madam [1] - 33:5
Magnolia [2] - 9:23, 10:5
mail [6] - 40:22, 41:4, 55:22, 56:5, 57:16, 58:10
mailed [2] - 58:1, 60:6
mails [1] - 3:13
maintain [2] - 29:2, 48:16
mandated [1] - 36:20
Maner [3] - 2:8, 71:11, 72:4
manner [1] - 29:3
Manor [2] - 9:24, 10:5
March [1] - 49:8

mark [1] - 68:17
marked [8] - 31:4, 31:7, 33:8, 36:3, 43:17, 43:19, 43:22, 54:14
married [2] - 8:13, 8:15
Marsha [1] - 6:1
matter [2] - 34:14, 43:13
mayor [1] - 66:25
mean [4] - 10:21, 16:8, 21:3, 59:22
Medical [5] - 54:7, 55:5, 55:11, 56:13, 59:1
medical [5] - 10:3, 26:9, 27:11, 41:1, 66:20
medications [1] - 6:14
Melissa [9] - 36:10, 55:22, 56:5, 58:2, 58:15, 58:17, 58:20, 60:6, 60:9
Melrose [1] - 7:1
member [2] - 19:20, 20:4
mental [5] - 10:15, 11:6, 12:15, 13:3, 14:13
mentally [1] - 11:2
mention [1] - 30:22
mentioned [2] - 19:5, 40:9
met [2] - 4:16, 5:1
middle [3] - 36:14, 55:19, 55:21
midnight [2] - 14:8, 15:2
midway [2] - 61:5, 61:8
Midway [1] - 67:15
might [2] - 6:14, 59:17
Miller [1] - 34:1
mind [2] - 65:23, 66:19
mind-set [1] - 66:19
mine [1] - 22:22
misdemeanor [2] - 69:13, 69:14
missing [1] - 66:13
moment [2] - 33:9, 40:5
money [1] - 67:14
monitor [1] - 62:6
month [2] - 11:21, 13:5
months [3] - 6:22, 7:6, 15:14
Moss [4] - 63:21,

63:24, 63:25, 64:12
most [2] - 5:7, 52:13
motor [3] - 61:22, 62:13, 62:19
motorists [1] - 62:6
move [1] - 17:14
moving [1] - 48:17
MR [14] - 4:22, 26:12, 26:14, 26:17, 33:13, 33:18, 42:18, 52:6, 52:15, 52:25, 59:20, 63:15, 65:5, 70:2
MS [11] - 4:8, 4:24, 25:13, 33:5, 33:14, 33:19, 43:17, 63:8, 63:12, 65:7, 70:1
municipality [1] - 27:15, 27:21
must [2] - 29:2, 32:21
Mynjuan [3] - 1:18, 71:23, 73:3
name [4] - 4:15, 5:25, 6:7, 69:18
names [2] - 6:10, 8:22
nature [1] - 54:12
near [2] - 59:6, 60:13
necessary [1] - 74:17
need [2] - 14:1, 64:23
needed [5] - 13:11, 57:21, 59:23, 66:25, 67:23
never [15] - 21:22, 23:16, 24:13, 37:3, 38:15, 43:2, 43:8, 59:11, 59:22, 60:11, 64:2, 65:3, 65:15, 67:12
New [1] - 67:12
new [5] - 43:1, 46:1, 58:6, 64:4, 65:18
next [25] - 21:4, 34:14, 34:19, 36:23, 37:3, 37:16, 38:14, 38:21, 39:1, 39:9, 43:18, 44:19, 45:13, 47:22, 50:3, 50:18, 51:4, 51:19, 52:10, 53:8, 53:13, 56:11, 56:12, 62:5, 64:8
NO [2] - 1:5, 72:1
none [4] - 43:3, 54:10, 59:9, 60:19
nonverbal [1] - 5:11
normally [1] - 68:17
Notary [1] - 74:22
note [19] - 54:7, 54:11, 59:11, 59:16, 59:18, 60:1, 60:4, 60:7
noted [2] - 73:4, 73:5
notes [2] - 54:10, 59:9

nothing [3] - 58:2, 60:4, 60:7
notice [5] - 51:8, 51:11, 51:20, 68:20, 68:21
noticed [2] - 48:8, 64:14
notified [5] - 45:10, 45:12, 45:14, 45:16, 64:10
notify [1] - 52:24
notwithstanding [1] - 51:19
November [2] - 11:18, 12:22
nowhere [1] - 67:10
Number [3] - 4:14, 61:21, 62:5
number [3] - 62:12, 62:22, 68:25
numbered [1] - 55:18
nursing [1] - 9:23
O.C.G.A [8] - 51:23, 70:5, 71:10, 71:13, 71:15, 72:5
objection [5] - 26:12, 42:18, 52:6, 52:15, 52:25, 59:20
observe [1] - 62:6
obtain [9] - 8:2, 10:24, 11:3, 11:10, 11:17, 12:8, 25:3, 29:25, 30:4
obtained [1] - 12:22
obtaining [1] - 13:13
OF [10] - 1:1, 1:6, 1:10, 2:1, 71:1, 71:3, 71:4, 72:1, 73:1, 74:1
offense [4] - 20:7, 48:10, 64:17, 64:18
offer [2] - 19:4, 22:14
offered [1] - 72:11
offers [1] - 16:24
office [2] - 18:11, 19:3
Officer [7] - 3:12, 3:13, 27:7, 34:1, 36:18, 39:2, 50:7
officer [35] - 18:19, 18:23, 19:1, 24:21, 25:4, 25:15, 25:20, 25:24, 26:1, 26:8, 27:9, 29:2, 29:5, 31:11, 32:3, 32:8, 33:1, 34:11, 37:21, 38:2, 38:12, 39:5, 43:1, 44:14, 45:6, 46:1, 50:9, 51:25, 53:9, 60:25, 61:23, 64:4, 66:17, 67:21,

69:20
officer's [4] - 53:16, 68:4, 68:5, 68:8
officers [3] - 26:23, 27:1, 53:14
official [1] - 68:21
Official [1] - 73:6
often [5] - 14:3, 14:22, 14:23, 15:17, 15:19
old [1] - 8:11
Oliver [3] - 2:8, 71:11, 72:3
on-call [1] - 13:14
once [7] - 24:23, 37:14, 39:18, 45:10, 58:1, 64:3, 64:6
one [13] - 42:14, 42:19, 42:23, 44:3, 49:7, 50:3, 53:9, 53:19, 56:2, 57:5, 67:21, 68:1, 68:2
open [1] - 14:1
operating [2] - 28:25, 62:23
operation [1] - 28:1
operators [2] - 27:17, 27:23
order [1] - 45:15
ordinances [2] - 62:13, 62:20
organizations [2] - 19:21, 20:3
Original [1] - 3:17
original [1] - 3:18
outside [1] - 67:15
p.m [6] - 1:14, 15:1, 63:11, 69:7, 70:3
Pacific [1] - 9:12
page [25] - 32:18, 33:11, 36:3, 36:4, 36:9, 36:14, 40:20, 44:19, 47:22, 49:17, 52:10, 52:19, 54:2, 54:4, 54:21, 55:19, 55:21, 56:11, 56:12, 59:6, 60:13, 60:22, 62:5
Page [14] - 3:2, 3:10, 40:19, 49:13, 73:10, 73:13, 73:16, 73:19, 73:22, 74:2, 74:5, 74:8, 74:11, 74:14
pages [8] - 33:21, 44:1, 55:17, 55:18, 56:25, 57:5, 71:7, 74:17
paid [12] - 30:11, 36:25, 40:2, 40:6, 41:11, 41:13, 41:18, 43:5, 43:7, 46:2,

64:7
paperwork [1] - 64:12
paragraph [17] - 32:18, 32:19, 32:20, 34:8, 38:6, 39:1, 49:25, 50:3, 50:5, 50:16, 50:18, 51:4, 54:3, 54:4, 55:25, 59:7, 61:4
parking [2] - 48:15, 62:22
part [6] - 12:6, 25:8, 50:15, 52:5, 61:22, 73:7
part-time [2] - 12:6, 25:8
parties [1] - 72:12
party [5] - 71:14, 72:8, 72:10
passed [2] - 23:15, 23:17
past [1] - 55:18
Pathway [7] - 10:14, 10:16, 11:19, 11:23, 12:9, 12:14, 14:12
Pathways [5] - 12:21, 13:5, 13:11, 13:12, 13:25
patient [1] - 16:9
PATRICIA [1] - 2:8
patrol [5] - 66:6, 67:9, 67:13, 67:16, 67:17
patrols [3] - 31:16, 31:24, 32:14
Patty [2] - 4:15, 4:25
PAUL [12] - 2:8, 4:8, 4:24, 25:13, 33:5, 33:14, 33:19, 43:17, 63:8, 63:12, 65:7, 70:1
Paul [19] - 3:3, 3:5, 4:15, 4:25, 25:15, 26:13, 26:15, 26:19, 31:6, 33:7, 33:16, 33:20, 42:19, 43:21, 52:8, 52:18, 53:2, 54:16, 59:21
pay [15] - 39:23, 39:24, 39:25, 40:1, 41:12, 41:13, 41:22, 42:10, 42:11, 44:20, 45:3, 45:23, 50:24, 51:21
paycheck [1] - 39:25
paying [1] - 42:15
payroll [1] - 56:4
PCA [2] - 16:6, 16:8
peace [11] - 18:23, 25:15, 25:19, 25:23, 26:8, 26:23, 27:1,

27:9, 29:2, 29:5, 34:11
Peace [5] - 27:7, 34:1, 36:18, 39:2, 50:6
pending [1] - 4:11
per [5] - 12:1, 14:3, 14:14, 15:17, 34:16
perform [6] - 28:3, 38:11, 39:11, 41:18, 51:25, 53:16
performed [3] - 61:6, 61:9, 61:11
period [9] - 44:5, 44:8, 44:12, 44:20, 46:17, 50:23, 51:22, 52:2, 52:4
permissible [1] - 4:18
permission [2] - 58:14, 59:2
perpetrators [1] - 62:2
person [5] - 27:25, 47:2, 47:4, 69:5, 72:7
persons [2] - 27:14, 27:20
places [1] - 67:10
Plaintiff [2] - 1:4, 2:2
plan [1] - 53:14
point [6] - 5:4, 5:16, 25:10, 48:3, 51:14, 67:7
police [54] - 8:7, 8:20, 9:16, 9:18, 9:22, 10:10, 17:3, 17:7, 17:12, 17:24, 18:2, 18:6, 18:14, 18:17, 19:1, 20:12, 21:8, 21:11, 21:14, 21:16, 21:23, 22:21, 23:5, 23:11, 23:18, 23:25, 24:22, 24:23, 25:4, 27:2, 29:15, 29:18, 30:1, 30:13, 31:11, 32:3, 32:8, 33:1, 37:8, 37:21, 39:5, 39:16, 44:14, 44:17, 45:6, 45:17, 45:19, 46:4, 46:5, 50:9, 53:3, 60:24, 61:23, 66:17
Police [1] - 3:11
police/peace [1] - 38:11
policing [1] - 16:23
portions [1] - 26:21
positions [2] - 19:8, 19:11
possible [1] - 42:13
POST [21] - 17:21, 17:22, 19:2, 19:7,

25:25, 26:6, 26:21, 27:16, 27:22, 28:5, 29:3, 32:23, 33:2, 34:16, 35:15, 41:25, 42:1, 51:9, 51:11, 64:7, 64:9
post [1] - 8:6
potentially [4] - 38:16, 38:17, 52:2, 52:3
power [4] - 25:21, 26:2, 38:1, 65:16
powers [16] - 26:1, 37:11, 37:25, 38:2, 38:10, 42:17, 43:7, 43:14, 43:15, 44:9, 44:17, 50:20, 50:23, 51:21, 51:24, 69:24
practical [1] - 43:13
Pray [1] - 4:11
PRAY [1] - 1:7
prepare [1] - 56:3
presentation [2] - 26:7, 27:9
presume [1] - 5:20
prevention [1] - 61:15
previous [1] - 54:3
previously [1] - 33:8
principal [1] - 72:7
private [5] - 13:21, 13:22, 14:2, 15:16, 16:22
Procedure [3] - 4:19, 70:5, 73:6
procedures [1] - 62:7
proceedings [4] - 71:12, 71:12, 72:4, 72:6
prohibited [3] - 71:13, 71:15, 72:5
promote [1] - 61:14
property [1] - 53:10
proposed [2] - 49:22, 50:1
propounded [1] - 73:2
protect [1] - 53:10
provide [7] - 54:9, 59:8, 60:14, 60:16, 71:11, 72:4, 72:6
provided [3] - 27:6, 51:8, 51:10
providential [2] - 26:9, 27:11
provision [1] - 69:9
provisions [1] - 26:25
psychological [1] - 13:7
Public [1] - 74:22
public [1] - 61:14
pull [1] - 65:13
pulled [1] - 23:18

purporting [1] - 69:22
purports [1] - 49:23
purpose [2] - 4:17, 29:1
purposes [1] - 4:18
Pursuant [2] - 70:4, 73:6
pursuant [3] - 4:1, 51:23, 72:2
pursue [1] - 62:1
put [2] - 65:11, 66:19
qualification [1] - 32:25
qualifications [1] - 4:20
qualified [2] - 27:17, 27:23
quandary [1] - 23:24
Quarterman [11] - 40:13, 40:17, 45:20, 53:5, 53:22, 63:19, 63:21, 63:22, 64:10, 64:11, 66:25
questions [7] - 6:15, 19:20, 21:4, 26:20, 63:16, 71:6, 73:2
quite [1] - 19:17
Rachel [1] - 7:10
RADAR [10] - 28:8, 28:11, 28:15, 28:25, 29:5, 29:8, 30:14, 48:22, 62:23, 63:3
radio [1] - 28:15
Rae [1] - 7:14
range [2] - 61:9, 61:12
ranging [2] - 28:16, 28:23
rate [1] - 15:21
rates [1] - 72:11
rather [1] - 5:13
re [1] - 58:5
re-signed [1] - 58:5
read [26] - 31:23, 31:25, 33:13, 40:25, 50:4, 50:12, 50:18, 50:25, 51:4, 51:6, 54:8, 54:18, 61:11, 63:1, 73:2, 73:7, 73:10, 73:13, 73:16, 73:19, 73:22, 74:2, 74:5, 74:8, 74:11, 74:14
reading [2] - 38:7, 60:12
ready [4] - 22:9, 23:12, 49:15, 60:5
real [2] - 21:23, 65:20
realize [1] - 31:14
really [4] - 5:2, 19:6, 24:20, 66:8

reason [14] - 26:10, 27:12, 41:15, 50:15, 73:12, 73:15, 73:18, 73:21, 73:24, 74:3, 74:6, 74:9, 74:12, 74:15
reasonable [1] - 59:17
reasons [1] - 73:8
receive [4] - 14:9, 49:20, 50:24, 56:5
received [3] - 33:24, 41:25, 45:3
receiving [2] - 51:13, 51:20
recent [1] - 52:13
recently [2] - 11:21, 18:18
Recess [1] - 63:11
recognize [1] - 56:12
record [5] - 25:13, 25:14, 33:14, 33:15, 33:18
recorder [1] - 30:24
records [3] - 34:16, 51:5, 51:7
reduced [1] - 71:7
referring [1] - 68:1
regarding [2] - 26:25, 30:20
Regulations [5] - 4:2, 71:13, 71:15, 72:2, 72:5
regulations [1] - 62:7
related [2] - 28:3, 55:10
relationship [4] - 20:10, 20:11, 71:10, 72:8
remember [6] - 25:11, 25:12, 53:6, 53:20, 53:25, 55:14
repeat [5] - 5:17, 23:4, 27:18
rephrase [1] - 5:17
report [1] - 37:7
reported [3] - 37:3, 71:6
reporter [2] - 4:21, 5:9
Reporter [3] - 4:1, 33:5, 71:11
REPORTER [1] - 71:1
reporting [4] - 38:15, 71:12, 72:4, 72:6
Reporting [2] - 4:3, 72:3
represent [1] - 71:7
representative [6] - 57:18, 57:19, 57:23, 57:24, 60:2
REPRESENTATIVE

[1] - 72:16
represented [1] -
36:12
required [4] - 25:16,
27:16, 27:22, 29:3
requirement [2] -
26:6, 27:6
requirements [3] -
25:21, 25:25, 28:1
research [1] - 17:19
researching [1] -
30:22
reserved [1] - 70:6
resident [1] - 10:1
resource [1] - 18:19
resources [2] - 38:21,
39:3
respond [1] - 59:3
responses [1] - 5:11
responsibilities [1] -
61:21
responsibility [1] -
61:23
responsive [1] - 5:22
rest [1] - 21:5
restored [2] - 34:17,
35:7
review [1] - 55:25
revoked [1] - 38:10
Richmond [1] - 67:15
road [1] - 9:6
RPR [2] - 1:18, 71:23
Rule [2] - 70:4, 73:6
Rules [8] - 4:2, 4:18,
70:4, 71:13, 71:15,
72:2, 72:5, 73:6
run [2] - 64:21, 66:10
running [6] - 37:16,
45:24, 64:8, 64:20,
65:1, 65:4
safe [1] - 62:7
safety [1] - 61:14
SAVANNAH [1] - 1:2
Savannah [6] - 1:16,
2:5, 2:9, 4:13, 8:7,
74:25
saw [1] - 30:22
scanned [1] - 64:9
schedule [1] - 53:14
school [8] - 7:19,
7:20, 7:22, 7:23, 8:1,
8:6, 18:19, 23:13
searching [1] - 17:21
second [15] - 29:16,
29:22, 31:15, 31:19,
32:18, 33:11, 34:8,
40:24, 41:15, 49:25,
52:19, 57:8, 59:7,
59:18, 62:1
section [1] - 68:8

Section [2] - 27:6,
68:19
security [6] - 8:21,
8:23, 16:23, 17:4,
61:15
see [13] - 31:19, 31:21,
32:23, 33:21, 36:12,
38:7, 55:21, 60:4,
61:6, 62:13, 67:20,
68:7, 68:19
seeing [3] - 31:9, 36:6,
59:16
send [3] - 41:7, 63:22,
64:11
sent [6] - 41:4, 41:9,
41:14, 57:16, 58:3,
58:9
sentence [20] - 32:21,
34:9, 34:14, 34:19,
36:17, 36:23, 37:3,
38:5, 38:14, 38:21,
39:9, 40:24, 40:25,
41:16, 51:19, 52:11,
52:19, 53:8, 53:13,
59:7
separate [1] - 52:15
sergeant [2] - 45:20,
53:5
Sergeant [1] - 63:20
serious [1] - 20:7
seriously [1] - 53:9
services [4] - 68:25,
71:12, 72:4, 72:6
set [1] - 66:19
seven [3] - 32:19,
32:20, 33:21
several [1] - 56:1
shall [11] - 25:21,
25:25, 27:16, 27:22,
28:2, 28:4, 28:6,
68:20, 68:23, 69:1,
73:8
sheet [2] - 44:11, 67:3
sheets [2] - 3:13, 44:3
Shelby [1] - 7:14
sheriff's [5] - 58:11,
18:14, 18:16, 18:22,
19:3
shifts [1] - 53:14
short [2] - 66:7, 66:8
shortly [1] - 23:8
show [4] - 31:6, 33:7,
43:21, 54:16
sick [2] - 39:22, 42:8
sight [1] - 57:25
sign [9] - 23:12, 48:1,
64:15, 64:20, 64:21,
65:2, 65:4, 68:11,
69:10
signature [3] - 69:19,

70:5
signed [2] - 58:5, 68:4
Simons [1] - 10:6
site [1] - 26:21
sitting [6] - 6:12,
13:21, 13:23, 14:2,
15:16, 16:23
situation [2] - 37:15,
58:12
six [2] - 7:6, 33:20
Sizemore [12] - 8:24,
9:4, 9:5, 9:7, 9:8,
9:19, 17:3, 20:21,
20:23, 24:3, 24:17,
24:19
sleep [2] - 66:6, 67:9
slept [2] - 67:13, 67:16
small [1] - 53:8
so.. [2] - 18:24, 63:23
someone [2] - 47:10,
47:16
sometimes [1] - 14:5
somewhere [1] - 22:2
soon [3] - 23:10,
42:12, 43:5
sorry [6] - 11:16,
49:12, 55:9, 55:17,
55:20, 57:4
South [3] - 6:18, 7:4,
10:18, 11:4, 12:16,
13:19, 15:10, 17:10,
17:12, 17:14, 17:15,
18:5, 66:1
Southern [1] - 4:12
SOUTHERN [1] - 1:1
span [1] - 44:5
special [1] - 16:4
specifically [2] -
33:11, 54:17
speed [15] - 27:15,
27:17, 27:21, 27:23,
28:2, 28:12, 28:19,
30:23, 30:24, 48:18,
62:10, 62:24, 63:4
speeders [1] - 32:10
speeding [2] - 30:20,
32:6
spell [1] - 6:2
spelled [1] - 6:4
spelling [1] - 6:8
spellings [1] - 6:6
spoken [1] - 33:25
squared [1] - 17:20
St [1] - 10:6
staffed [2] - 66:7, 66:8
standard [1] - 67:25
Standards [5] - 27:8,
34:1, 36:18, 39:2,
50:7
stands [2] - 28:15,

28:22
star [1] - 31:16
start [6] - 11:19,
14:16, 21:6, 22:24,
33:17, 33:20
started [16] - 11:21,
14:17, 14:21, 15:12,
15:25, 16:19, 20:22,
20:24, 21:18, 21:23,
23:21, 24:1, 24:13,
24:24, 25:8, 43:12
starting [4] - 21:12,
22:1, 23:3, 61:5
starts [1] - 54:2
STATE [1] - 71:3
state [8] - 5:25, 28:13,
28:20, 39:5, 50:9,
69:16
State [5] - 2:9, 32:22,
33:2, 36:20, 38:9
statement [1] - 73:8
statements [1] - 52:16
STATES [1] - 1:1
States [1] - 4:11
station [1] - 23:18
status [4] - 37:4, 38:7,
38:9, 38:15
stay [2] - 66:5, 67:10
still [10] - 9:17, 13:24,
22:19, 24:22, 38:5,
40:14, 44:11, 45:3,
54:1, 66:10
stipulate [1] - 4:20
stop [5] - 5:4, 5:7,
5:18, 5:20, 32:10,
48:1, 48:9, 51:10,
64:14, 64:15, 64:20,
64:21, 65:2, 65:4,
65:9, 69:10
stopped [1] - 47:2
stops [3] - 38:18,
41:21, 52:3
straight [2] - 26:20,
35:3
Street [3] - 1:15, 2:4,
2:9
streets [2] - 64:5,
66:15
strike [3] - 10:8,
44:25, 59:14
subject [2] - 47:10,
47:19
submit [2] - 56:3,
56:20
submitted [3] - 56:1,
56:8, 56:17
subscribed [1] - 74:20
substance [2] - 34:6,
73:7
successfully [2] -

28:1, 28:5
sufficient [2] - 26:10,
27:12
Suite [2] - 1:16, 2:4
summary [1] - 61:5
summons [1] - 68:19
supervisor [11] -
13:12, 37:8, 39:16,
40:10, 40:12, 45:17,
45:18, 51:14, 53:3,
53:4, 53:21
supplemental [1] -
74:17
supporting [4] - 54:9,
59:8, 60:14, 60:17
supposed [3] - 43:6,
45:11, 46:1
suspects [1] - 62:2
suspended [7] -
36:17, 37:4, 37:12,
38:15, 42:1, 53:22,
69:1
suspension [14] -
36:23, 37:7, 38:7,
38:9, 38:22, 45:14,
51:8, 51:11, 51:20,
52:12, 52:13, 52:21,
52:23, 63:18
sworn [2] - 4:6, 71:9
Sworn [1] - 74:20
tech [1] - 16:9
test [1] - 16:6
testified [2] - 4:7,
63:17
THE [3] - 1:1, 1:1,
26:18
thereafter [1] - 23:9
thereto [1] - 71:7
third [3] - 59:5, 61:5,
61:8
three [10] - 9:14, 11:8,
11:9, 14:5, 14:22,
15:1, 15:14, 43:25,
56:24, 57:5
throughout [2] -
32:12, 32:25
ticket [9] - 46:10,
46:13, 46:21, 47:7,
47:22, 48:4, 68:14,
68:16, 69:3
tickets [10] - 3:13,
47:11, 47:16, 48:8,
49:3, 49:4, 61:13,
64:13, 68:2, 69:23
tired [1] - 19:17
Title [1] - 26:23
titled [2] - 3:11, 68:8
TO [2] - 3:1, 3:9
today [3] - 5:1, 6:13,
60:10

together [2] - 66:14, 66:15
took [13] - 15:24, 19:15, 24:13, 30:1, 30:5, 30:8, 30:17, 48:22, 57:17, 57:23, 57:24, 59:25, 68:13
top [6] - 31:15, 31:20, 36:8, 59:6, 60:13, 61:8
total [2] - 9:20, 9:21
town [1] - 67:14
traffic [17] - 20:7, 30:20, 31:17, 31:25, 32:6, 32:15, 46:10, 46:13, 47:11, 48:10, 48:12, 48:24, 49:3, 61:13, 62:6
trainee [1] - 24:15
Training [5] - 27:8, 34:2, 36:18, 39:3, 50:7
training [62] - 10:3, 10:23, 11:1, 11:3, 11:7, 11:8, 11:17, 14:17, 15:24, 16:5, 16:10, 21:14, 21:16, 21:22, 22:1, 22:11, 22:15, 22:19, 25:16, 25:20, 26:6, 26:9, 26:22, 27:1, 27:6, 27:10, 28:1, 28:4, 29:6, 29:8, 29:13, 30:1, 30:11, 30:14, 30:17, 31:2, 34:9, 34:15, 34:20, 35:5, 36:20, 39:6, 39:20, 39:21, 39:22, 42:4, 42:5, 42:9, 42:16, 42:23, 43:4, 45:9, 45:12, 45:23, 45:25, 46:2, 46:6, 50:19, 50:22, 64:7, 66:13
transcript [3] - 3:18, 71:6, 71:8
transfer [1] - 13:10
transferred [7] - 12:21, 13:5, 13:12, 15:24, 17:10, 17:17, 18:4
treated [1] - 66:22
treatment [1] - 57:9
tried [4] - 18:1, 18:2, 18:11, 18:12
true [29] - 25:17, 27:17, 27:23, 27:24, 28:6, 28:7, 28:9, 28:10, 29:9, 32:10, 32:11, 34:12, 34:17, 34:22, 36:21, 37:1,

37:5, 37:6, 38:24, 39:7, 39:12, 44:9, 51:2, 59:10, 60:12, 60:18, 60:19, 60:20, 71:7
trunk [1] - 67:18
truthful [1] - 53:15
try [3] - 18:6, 18:10, 58:23
trying [6] - 17:19, 18:4, 23:24, 41:11, 41:12, 58:23
turn [1] - 36:2
turned [3] - 44:11, 55:1, 55:14
twice [1] - 29:12
two [10] - 6:22, 7:16, 9:8, 24:25, 42:7, 44:12, 49:17, 52:15, 55:18, 66:4
two-page [1] - 49:17
two-week [1] - 44:12
type [8] - 8:19, 13:20, 16:21, 28:11, 28:18, 30:23, 32:6, 48:24
types [2] - 16:22, 16:23
typewriting [1] - 74:17
typo [1] - 51:6
Uhlmann [1] - 47:5
unable [6] - 26:8, 27:10, 38:11, 39:10, 51:25, 53:13
under [15] - 4:18, 6:13, 26:21, 32:19, 41:1, 61:4, 61:6, 61:20, 68:4, 68:8, 68:19, 69:13, 69:18, 71:10, 71:12
underlined [1] - 36:15
underneath [1] - 69:19
unit [1] - 62:23
United [1] - 4:11
UNITED [1] - 1:1
unlike [1] - 56:24
up [10] - 6:8, 23:12, 34:15, 37:16, 43:8, 45:24, 54:10, 59:6, 59:9, 64:8
upstairs [1] - 21:22
uses [1] - 62:23
usual [1] - 72:11
V-e-s-c-o-m [1] - 9:2
valid [2] - 58:21, 59:18
various [1] - 6:6
VASCAR [1] - 30:24
vehicle [4] - 61:22, 62:13, 62:19, 62:22
versus [1] - 4:10

Vescom [8] - 8:25, 9:1, 9:2, 9:10, 9:17, 9:18, 9:19, 20:20
violation [2] - 32:6, 69:16
violations [5] - 31:18, 31:25, 32:16, 48:13, 48:18
violators [2] - 62:13, 62:19
visit [1] - 55:10
visual [1] - 30:23
void [7] - 56:25, 57:6, 58:3, 60:7
vs [1] - 1:5
wage [2] - 15:4, 15:21
waiver [18] - 26:5, 27:5, 34:15, 39:23, 39:24, 39:25, 40:2, 40:6, 41:12, 41:13, 41:19, 41:23, 42:10, 42:15, 43:7, 45:23, 46:2, 64:7
WALTHOURVILLE [1] - 1:6
Walthourville [34] - 4:10, 16:14, 18:8, 20:19, 20:23, 20:25, 21:4, 21:24, 22:5, 22:18, 23:3, 23:16, 23:17, 24:1, 24:24, 25:3, 25:6, 29:23, 30:6, 30:9, 31:10, 32:4, 32:9, 32:13, 33:2, 35:13, 37:4, 38:16, 39:10, 48:23, 50:25, 52:1, 60:25, 65:19
warnings [2] - 62:12, 62:19
warrant [1] - 64:23
wash [1] - 67:11
Waycross [1] - 7:18
Waynesboro [2] - 18:12, 18:18
Web [1] - 26:21
Wednesday [2] - 56:6, 71:8
week [9] - 12:3, 14:3, 14:5, 14:14, 14:23, 15:1, 15:17, 15:20, 44:12
weekends [1] - 66:10
weeks [3] - 11:8, 11:9, 22:22
West [1] - 2:9
whole [2] - 33:13, 66:19
wide [2] - 61:9, 61:11
wish [1] - 66:22

witness [2] - 70:6, 71:8
WITNESS [1] - 26:18
won [1] - 43:11
word [1] - 36:15
words [3] - 5:13, 32:19, 32:20
worry [1] - 67:22
Wright [7] - 45:20, 53:5, 63:19, 63:20, 67:1, 67:6
write [1] - 68:11
writing [1] - 71:7
written [4] - 3:13, 51:8, 51:11, 54:12
wrote [4] - 41:15, 64:14, 67:4, 68:2
X27 [4] - 3:11, 3:17, 31:4, 31:7
X28 [4] - 3:13, 43:19, 43:22, 68:1
X29 [4] - 3:14, 3:17, 54:14, 54:17
Xavier [1] - 69:23
y'all [1] - 66:14
year [4] - 7:12, 25:17, 35:1, 44:20
Year's [1] - 67:12
years [7] - 7:16, 9:8, 9:14, 9:20, 9:21, 9:24, 24:25
yourself [1] - 50:11
ZIP [1] - 6:23

*City Council*

*Charlie Anderson, Sr.*
*Larry D. Baker*
*Patricia A. Green*
*Luvenia L. Lovette*
*Vincent K. Pray*

## City of Walthourville

Mayor Daisy S. Pray
Post Office Box K
Walthourville, Georgia 31333
Telephone: 912-368-7501
Fax: 912-368-2803

*City Administration*

*Melissa A. Jones, City Clerk*

*Jerald Burgess, Interim Police Chief*

*Anthony Burns, Interim Fire Chief*

February 7, 2018

## <u>LATARSHIA M. LEE</u>

<u>Policy Violations *(the documents are attached)*:</u>
Ms. Lee violated several policies outlined in the City of Walthourville personnel manual. The policies are listed below:
Pg. 21 of personnel manual *C. Performance* (1.) Inefficiency, incompetence, or negligence in the performance of duties, including failure to perform assigned tasks or training, or failure to discharge duties in a prompt and competent matter.

Pg. 25 Loss of job requirements: An employee who is unable to do his job adequately because of loss of a necessary license or other requirement may be separated by a layoff until such license or requirement is required.

<u>Incidents:</u>
Ms. Lee was suspended by the Georgia Peace Officer Standards and Training Council in 2016 due to the fact that she did not complete her state mandated training. The suspension was effective from January 1, 2016 to February 12, 2016, during which time she was paid for working 294 hours. Ms. Lee never reported her suspended status to the City of Walthourville. The suspension status by the State of Georgia revoked Ms. Lee's arrest powers, making her unable to perform her duties as a police/peace officer. Ms. Lee continued to work, never reporting her suspended status, which exposed the City of Walthourville potentially exposing the City to liability for any potentially illegal arrests or stops. The Human Resources Administrator found out about the 2016 suspension on December 26, 2017.

On January 10, 2018, the Georgia Peace Officer Standards and Training Council informed the Human Resources Administrator that Ms. Lee again had no arrest authority as a police officer within the State of Georgia due to training deficiency. Ms. Lee did not inform the City of Walthourville that she was unable to perform the job that she was hired to do.

On January 22, 2018, Ms. Lee emailed the Human Resources Director a letter stating that she was in fact short the hours mandated by Georgia Peace Officer Standards and Training Council, causing the suspension. This was the first time Ms. Lee acknowledged the suspension, this was also the date that she was terminated.

Latarshia M. Lee was terminated by Mayor Daisy S. Pray on January 22, 2018. The termination letter is attached.

Melissa A. Jones

*[signature]*



City071

enforcement officers, judges, prosecutors, police officers, judges, and prosecutors or identification of their immediate family members;

(3) Engaging in criminal, dishonest, immoral or disgraceful conduct or conviction of a crime which conduct or conviction of a crime which is in opposition to the best interests of the City;

(4) Willful or negligent violation of rules, regulations, policies, or related directives;

(5) Failure to carry out a direct order from a superior, except when the employee's safety may be unreasonably jeopardized by the order or when such order constitutes a violation of law or policy;

(6) Engaging in a conflict of interest activity as defined in the Code of Ethics adopted by the City Council or elected or appointed official;

(7) Falsification, removal, or destruction of information related to employment, payroll, or work-related records or reports including, but not limited to, application for examination or employment or any action or lack of action that materially effects the employment of an individual employee or class of employees;

(8) Soliciting outside work for personal gain during business hours;

(9) Discourteous treatment of the public or other employees, including use of profane or vulgar language, harassing, coercing, threatening, or intimidating others;

(10) Conduct designed to materially interfere with the management of the City's operations or reflecting discredit on the City or elected or appointed official, or which poses an unreasonable risk to the health and safety of the employees, the public, or the City or its finances;

(11) Lying to, stealing from, or cheating co-workers, supervisors, elected or appointed officials or the public, or when an employee has knowledge of same or fails to disclose same to his/her immediate supervisor, and which is in opposition to the best interests of the City.

(12) Violation or neglect of safety rules, or contributing to hazardous conditions;

(13) Fighting or physical horseplay which poses a danger to self or others in the workplace;

(14) Violation of written department operational rules formulated by the department director or the elected or appointed official which the employees have previously been made aware of and have acknowledged this awareness in writing; or

(15) Any act or conduct that is intended to be discriminatory in nature and directed toward another person's race, religion or religious beliefs, color, national origin, sex (including sexual harassment), disability or physical condition, age, or political affiliation.

*(C) Performance:*

(1) Inefficiency, incompetence, or negligence in the performance of duties, including failure to perform assigned tasks or training, or failure to discharge duties in a prompt and competent manner;

(2) Refusal or inability to improve job performance in accordance with written or verbal direction after a reasonable trial period;

(3) Insubordination, refusal to accept reasonable and proper assignments from an authorized supervisor;

(4) The use of alcohol or illegal drugs on duty or off duty when such use interferes with the employee's

21

remaining criteria are not considered.

First criteria: Availability of a funding source.

Second criteria: Availability of a funding with the department.

Third criteria: Availability of funding for a particular program.

Fourth criteria: Deletion of job classification or position within the program.

Fifth criteria: Job performance as shown on the last two performance evaluations or any such evaluation within a two-year period. When an employee possesses a critical skill essential to the efficient operation of the department, he/she may be retained in preference to a person with a higher rating. Documentation and request for such action must be presented to the Human Resources Administrator for presentation to the Mayor who will make the final decision. The request shall set forth in detail the specific skills and abilities possessed by the individual and the reasons why such individual is essential to the effective operation of the department.

Sixth criteria: Length of service with the City.

<u>Disability:</u> A department head may request, with the concurrence of the Human Resources Administrator, any employee under his jurisdiction to be examined by a physician designated by the City to determine whether the employee is an individual with a disability and the nature and severity of the disability, but only when the inquiry is job related and consistent with business necessity.

<u>Loss of Job Requirements:</u> An employee who is unable to do his job adequately because of loss of a necessary license or other requirement may be separated by a layoff until such license or requirement is acquired.

<u>Dismissals:</u> Regular employees shall be discharged only after having been presented the reasons for the discharge, unlike the discharge of a probationary employee serving an initial probationary period (as may be extended) who may be dismissed without cause. An original report stating the reasons for the discharge shall be forwarded in a timely manner, after the effective date of the action, to the Human Resources Administrator for inclusion in the employee's file.

<u>Death:</u> When a regular employee dies while employed with the City, his estate shall be eligible to receive payment for his accumulated annual leave.

## ETHICS AND CONDUCT

<u>Outside Employment:</u> Employees are discouraged but not restricted from engaging in other employment during their off-duty hours. However, City employment shall be considered the primary employment and no employee may engage in outside employment which would interfere with the interests of the City.

<u>Gifts and Gratuities:</u> An employee shall not solicit or accept a gift under circumstances in which it reasonably could be inferred that the gift was intended to influence him/her in the performance of his/her duties or was intended as a reward for an official act on his/her part. A gift is defined as any benefit, favor, service, privilege or thing of value which could be interpreted as influencing an employee's impartiality and includes, but is not limited to meals; trips; money; loans; rewards; merchandise; tickets to sports, civic or cultural events; entertainment; hospitality and personal services or work provided by City suppliers or contractors. These limitations do not apply to the occasional acceptance of items of negligible value, $20 or less.

Under no circumstances shall employees accept alcoholic beverages, cash or its equivalent in any form. With the

25

GE___ _IA PEACE OFFICER STANDARDS AN_   _AINING COUNCIL
P.O. Box 349
Clarkdale, Georgia 30111

Ken Vance
Executive Director



Telephone: (770)-732-5974
Fax: (770)-732-5962

LATARCHIA MARSHA\' LEE
WALTHOURVILLE POLICE DEPARTMENT

## SUSPENSION  ORDER

*In the matter of:*   LEE, LATARCHIA MARSHA\'
Under the authority of O.C.G.A. 35-8-7.1, as amended, the following certification issued
by the Georgia Peace Officer Standards and Training Council is hereby <u>SUSPENDED</u>,
effective immediately.

      a.  PBLE2014O▒▒▒▒▒▒

Suspension is hereby ordered for the following reason(s):  POST Rule 464-5-.20
Emergency Suspension for Failure to Maintain Training <u>for the year 2015</u>.

Suspension shall continue in effect until issuance of a final decision of the Council or
such order is withdrawn by the Executive Director.  During the period of suspension,
you are prohibited from performing any duties requiring certification including, but not
limited to, the powers of arrest.  Instructions for requesting a training waiver can be
found at web link https://www.gapost.org/pdf_file/trngwaiver.pdf.  For questions, you can
e-mail the POST Help Desk at *helpdesk@gapost.org* or call *(770)-732-5604.*

    By Order of:

*This 3rd day of February, 2016*

Ken Vance, Executive Director

Clly074

According to current POST training records for 2015, you are not showing completion of the required training for 2015. Instructors had until January 31, 2016 to get training for 2015 posted. Any training posted after this date is not considered for this suspension. If you have proof that you completed the required training, you will need to e-mail a copy of your proof to helpdesk@gapost.org or fax a copy to GA POST Council at 770-732-5952.

If you did not get the required training in 2015, you will be required to apply for a waiver. Waiver instructions can be found at web link http://www.gapost.org/pdf_file/trngwaiver.pdf . Waiver processing fees can be paid online at web link https://www.gpostc.org/rti/order.php .

You can check your POST Training Record by logging into the POST Data Gateway at www.gapost.org . If you have never logged in to the POST Data Gateway, please see instructions for logging in at web link http://www.gapost.org/records.html .

GA POST Council will notify you when your suspension is lifted if you provide proof of the required training or complete a training waiver.

GEORGIA PEACE OFFICER STANDARDS AND TRAINING COUNCIL
P.O. Box 349
Clarkdale, Georgia 30111

Ken Vance
Executive Director



Telephone: (770)-732-6974
Fax: (770)-732-5952

January 10, 2018

Melissa Jones
Human Resources
City of Walthourville

Madam:

Per our recent phone conversation, please accept the following as documentation for the status of Latarchia Lee's peace officer certification.

Due to a training deficiency in 2015, Ms. Lee had no arrest authority as a peace officer from January 1, 2016 to February 12, 2016. That matter was cleared up with a training waiver on February 12, 2016, per POST records, and her authority was restored.
Now, due to a training deficiency in 2017, Ms. Lee has no arrest authority as of January 1, 2017. This will remain the case until she, again, clears the issue with a training waiver.

Sincerely,

Jeff Miller
Director
Certification & Training Standards
770-732-5788
jmiller@gapost.org

City076

Mrs. Jones

I have been under medical since December 26th 2017. I have not conducted any law enforcement duties since this date. During this time I was short (2) hours my annual training and did not complete it by 31st December 2017 which placed me in a suspended status until the (2) hours are completed and the wavier fee is paid. This is a normal procedure that POST has put in place for officers who do not meet their training due to different circumstances.

I have now completed the (2) training and in the process of paying the wavier fee. Maam I am still under medical. I will pay the wavier and inform you before my return to work. I asked about my pay earlier but did not get a response. Can you inform me if I will be paid or not. The last few month has been really work related stress with the issue you seem to involve me in particularly. I don't feel that the threat to my employment is necessary for something that is being corrected by me. I ask for this pressure to stop.

Thank You

Officer L. Lee

P.O.S.T. Staff Reports ( .gency G2084

Training Deficiency Report

*Created: 01-10-2018 01:16*
*Requested by: DAISY PRAY*

**Agency Profile**

| | |
|---|---|
| Agency . | G2084 WALTHOURVILLE POLICE DEPARTMENT |
| Address | P.O. BOX K / 192-B Talmadge Road |
| | WALTHOURVILLE, GA 31333 |
| CEO | CHIEF Bernie l Quarterman |
| Phone | (912) 368-6530 |
| Fax | (912) 368-6511 |
| County | Liberty |
| Region | District #3 |
| Status | Active |
| Type | City Police Dept. |
| Level | L |
| Contact | CHIEF Bernie L Quarterman |

s report is a tool for agencies to identify potential training deficiencies. Per POST Rules, ONLY peace officers have an annual POST training requirement. Other persons with POST certifications such as jailers and communications officers do not have an annual training requirement, but are listed in the report. For example, a jailer working at an agency even though that certification does not have an annual training requirement will be listed. The reason for listing individuals that may only be working as a jailer at an agency is that some officers work under multiple certifications for multiple agencies.

Total Actively Employed Officers in 2017      8

| | Staff Members | Firearms | Deadly Force | De-escalation | Community Policing | Total Training Hours |
|---|---|---|---|---|---|---|
| 1 | O164688 HARLIN, ERH-RACHELLE | 1 | 1 | 0 | 0 | 2 |
| 2 | O211974 LEE, LATARCHIA MARSHA' | 1 | 0 | 0 | 4 | 24 |

26  Total Hours for 2 Officers with Deficient Training

**City Council**

*Charlie Anderson, Jr.*
*Larry D. Baker*
*Patricia A. Green*
*Luchia L. Lavetta*
*Vincent K. Pray*

# City of Walthourville

## Mayor Daisy S. Pray

Post Office Box K
Walthourville, Georgia 31333
Telephone: 912-368-7601
Fax: 912-368-2803

**City Administration**

*Melissa A. Jones*
*City Clerk*

*Bernie Quarterman, Sr.*
*Police Chief*

*Terry L. Satterfield*
*Fire Chief*

January 12, 2018

Latarshia Lee
10 Melrose Court
Columbia, SC 29229

<u>Via First Class Mail AND Certified Mail, Return Receipt Requested</u>

RE:    Proposed Adverse Action

Dear Ms. Lee:

This is a notice of proposed adverse action issued in order to give you the opportunity to review the charges against you and submit a response if you desire. In order to promote the efficiency of the City of Walthourville Police Department and maintain discipline, it has been proposed to remove you from your position with the City of Walthourville Department on January 19, 2018.

This proposed adverse action is based on the following allegations:

On January 10, 2018, the Georgia Peace Officer Standards and Training Council informed the City that you currently have no arrest authority as a police officer within the State of Georgia as of January 1, 2018. The City has no documentation where you yourself let us know of your inability to work the job for which you were hired.

You have a history of being deficient in your training. Allegedly, you were without law enforcement powers from January 1, 2016 to February 12, 2016 due to a training deficiency. Despite having no law enforcement powers during this period, you continued to work, make arrests, and receive pay from the City of Walthourville.

Further, our records indicate that were provided written notice of an emergency suspension from POST on or about February 3, 2016. Notwithstanding receiving actual notice of the suspension of your law enforcement powers, you logged 96 hours for the pay period between 2/3/16 and 2/16/16. Pursuant to OCGA 35-8-21(d) and (g), you would have been without powers of arrest and have been unable to perform your duties as an officer of the City of Walthourville. Working during this period potentially exposed the City to liability for any potentially illegal arrests or stops you may have made during this period.

The City of Walthourville is giving notice by the advertisement that their services are available without regard to race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation and marital or family status. The City of Walthourville is an equal opportunity provider and employer.

You allegedly did not inform anyone within the City of your suspension in 2016, and did not do so with the most recent suspension. We are a small city; the absence of one officer seriously hampers our ability to protect the citizens and property. We are also unable to plan and schedule officers to cover shifts without accurate, correct, and truthful knowledge of an officer's ability to perform their duties.

You have a right to review the material relied on to support the reasons in this notice and/or receive a copy of the evidence file upon written request submitted to Melissa A. Jones, City Clerk.

You have the right to answer both personally and in writing and to furnish affidavits and evidence in support of your answer. Concerning your written and/or oral replies, you will not be restricted to matters relating solely to the reasons for proposing this action, but you may plead extenuating circumstances or make any other representations which you consider appropriate. You may also submit such affidavits or other evidence that you wish to have considered in support of your reply. You also have the right to be represented by an attorney or other representative at your expense. A representative may be disallowed if the individual's activities as a representative could cause a conflict of interest or position, would give rise to unreasonable costs to the City, or would conflict with priority work assignments.

Any oral conference that you request, in writing, will be conducted by the Mayor at her discretion within the next 10 days. Your written and/or oral reply must be received by 3:00 PM January 19, 2018. Consideration will be given to extending this time period if you submit a written request to Ms. Melissa A. Jones stating your reasons for desiring more time within the time frame specified above.

If you believe that personal, medical, or other problems are reasons for your actions, you may provide documentation of a medical condition or raise these problems in your written and/or oral reply.

A final decision will not be made in this matter until your reply or replies have been received and considered, or, if no reply is received, until after the time specified for the replies has passed. Any replies, affidavits or other evidence submitted by you will be given full consideration. You will be notified in writing of the final decision. Until a final decision is made, we ask that you take care of and secure any City of Walthourville equipment and personal property currently in your possession.

You will be retained in a work status (suspended, unpaid) until January 19, 2018 in your current capacity. If you should have questions regarding your rights or other procedures contained in this notice, please contact the undersigned at City Hall.

Respectfully,

Melissa A. Jones, City Clerk

*City Council*

Charlie Anderson, Sr.
Larry D. Baker
Patricia A. Green
Lucinia L. Lovette
Vincent K. Pray



*City of Walthourville*

Mayor Daily S. Pray
Post Office Box
Walthourville, Georgia 31333
Telephone: 912-368-7501
Fax: 912-368-2803

*City Administration*

Melissa A. Jones, City Clerk

Jerald Burgess, Interim Police Chief

Anthony Burns, Interim Fire Chief

January 22, 2018

Latarshia Lee

<u>Via First Class Mail/Certified Return Receipt</u>

      RE:   Termination of Employment, City of Walthourville
              Effective 11:59 PM, January 22, 2018

Dear Officer Lee:

      After considering all the evidence and your written response of January 22, and no hearing being requested, I have decided to follow through with my earlier proposal to remove you from your position effective 11:59 PM, January 22, 2018. If you have not already done so, I expect you to turn in all equipment belong to the City of Walthourville by noon, January 23, 2018. You are also asked to turn in all passwords (e-mail or otherwise), computer logins, and other intangible items which you may have.

      My decision is based on the following:

      On January 10, 2018, the Georgia Peace Officer Standards and Training Council informed the City that you currently have no arrest authority as a police officer within the State of Georgia as of January 1, 2018. The City has no documentation where you yourself let us know of your inability to work the job for which you were hired.

      You have a history of being deficient in your training. You were without law enforcement powers from January 1, 2016 to February 12, 2016 due to a training deficiency. Despite having no law enforcement powers during this period, you continued to work, make arrests, and receive pay from the City of Walthourville.

      Further, our records indicate that were provided written notice of an emergency suspension from POST on or about February 3, 2016. Notwithstanding receiving actual notice of the suspension of your law enforcement powers, you logged 96 hours for the pay period between 2/3/16 and 2/16/16. Pursuant to OCGA 35-8-21(d) and (g), you would have been without powers of arrest and have been unable to perform your duties as on officer of the

City081

City of Walthourville. Working during this period potentially exposed the City to liability for any potentially illegal arrests or stops you may have made during this period.

Finally, in an effort to explain away your deficiency, you apparently altered a doctor's note from the Lexington Medical Center. We asked you to provide some form of supporting documentation to clear up the apparent altered notes, but none was forthcoming. Please note, that we did not inquire as to the nature of your condition, just the written excuse for the absence(s).

You allegedly did not inform anyone within the City of your suspension in 2016, and did not do so with the most recent suspension. We are a small city; the absence of one officer seriously hampers our ability to protect the citizens and property. We are also unable to plan and schedule officers to cover shifts without accurate, correct, and truthful knowledge of an officer's ability to perform their duties.

As a terminating employee, there are a number of issues you will need to be aware of. You will receive information in the mail in the next few weeks on continuation under COBRA of any health care benefits in which you are enrolled. Your health benefits will end effective January 31, 2018. Any questions regarding your health benefits and transition to COBRA can be addressed to Melissa A. Jones, City Clerk.

Your final paycheck will be available February 1, 2018. In accordance with City policy and relevant state laws, you will receive pay for any accrued but unused vacation leave. You may pick up your final paycheck at City Hall. If you would like your final paycheck to be mailed, please contact Margaret Bess at 912-368-7501.

To ensure you receive documents and notices from the City, please contact us if your address changes. If you have any questions, please call Melissa A. Jones at City Hall.

Respectfully,

Daisy Pray,
Mayor, City of Walthourville

City082

# Gmail
by Google

Melissa A. Jones <mjones@cityofwalthourville.com>

---

## (no subject)

---

**Latarchia Lee <llee@cityofwalthourville.com>**                    Mon, Jan 22, 2018 at 12:21 PM
To: "Melissa A. Jones" <mjones@cityofwalthourville.com>, Luciria Lovette <llovette@cityofwalthourville.com>, Larry Baker
<lbaker@cityofwalthourville.com>, Patricia Green <pgreen@cityofwalthourville.com>

---

🗐 Lee Response 1-22-2017 (1).docx
     11K

City083

GEORGIA PEACE OFFICER STANDARDS AND TRAINING COUNCIL
P.O. Box 349
Clarkdale, Georgia 30111

Ken Vance
Executive Director



Telephone: (770)-732-5974
Fax: (770)-732-5952

January 10, 2018

Melissa Jones
Human Resources
City of Walthourville

Madam:

Per our recent phone conversation, please accept the following as documentation for the status of Latarchia Lee's peace officer certification.

Due to a training deficiency in 2015, Ms. Lee had no arrest authority as a peace officer from January 1, 2016 to February 12, 2016. That matter was cleared up with a training waiver on February 12, 2016, per POST records, and her authority was restored.
Now, due to a training deficiency in 2017, Ms. Lee has no arrest authority as of January 1, 2017. This will remain the case until she, again, clears the issue with a training waiver.

Sincerely,

Jeff Miller
Director
Certification & Training Standards
770-732-5788
jmiller@gapost.org

www.gapost.org

**464-5-.20 Emergency Suspension for Failure to Maintain Training.**

(1)     Beginning January 1, 2013, POST shall review the status of each officer=s training record in accordance with O.C.G.A. 35-8-21. A review will be made of the officer=s previous calendar year training. Any peace officer who does not fulfill the training requirements of this Code section shall lose his power of arrest and POST shall issue a suspension of their certification as provided in O.C.G.A. 35-8-7.1(b)(1).

(2)     Upon review of the record and a determination that the officer is out of compliance with O.C.G.A. 35-8-21, the executive director of the council shall order the emergency suspension of such officer's certification. The order of emergency suspension shall be made in writing and shall specify the basis for the executive director's determination. The emergency suspension order of the executive director shall continue in effect until such time as proof of compliance with O.C.G.A. 35-8-21. At that time, the order is withdrawn by the executive director.

(3)     The affected officer shall be notified via certified mail of the Council's action and of the affected party's right to request a hearing as provided in Section 464-8 as amended of P.O.S.T. Council Rules.

(4)     The employing agency of the affected officer shall also be notified of Council's action by forwarding a copy of the notice to the employing agency via U.S. Mail.

**History:** Original Rule entitled "Emergency Suspension for Failure to Maintain Training" adopted. F. Jun. 19, 2012; eff. Jul. 9, 2012.

City0298

 

# Full-Time Police Officer

The City of Walthourville is currently accepting applications for the position of Full-Time Police Officer. This position reports to the Chief of Police. Essential Functions * Patrols to detect and deter criminal activity and traffic violations. * Responds to all calls relayed by communication officers, including domestic disputes, assaults, burglaries, traffic accidents, lost or missing person's searches, public service duties, and others. * Conducts preliminary investigations into traffic accidents and other incidents, including interviewing victims/suspects/complainants, complainants and witnesses, gathering information, and evidence, and securing crime scenes. * Apprehends, arrest, and processes offenders, including fugitives; summons witnesses. * Provide assistance and backup support to other officers and departments as necessary. * Provides first aid and CPR to victims as necessary and assists motorists. * Provides traffic detail as needed for events. * Testifying in courts. * Transports inmates. * Report writing, completing and filing forms. * Inspects and maintains an assigned patrol vehicle and uniform. * Prepares and serves criminal warrants.

Education: Associates or bachelor's degree from an accredited college or university in Criminal Justice or related field. Must be a graduate of Law Enforcement Academy and be State of Georgia Post Certified.

Knowledge, Skills & Abilities: Must have the ability to read and comprehend operating and technical manuals. Must have the ability to successfully complete the Department's Field Training Officer (FTO) program. Must be knowledgeable of federal, state, municipal and criminal justice system laws. Must be able to meet physical requirements of police work and obtain a qualifying score at the pistol and shotgun range.

Starting salary is $15.50 per hour.

**Please send completed City of Walthourville application, cover letter, and resume to: City of Walthourville, ATTN: Human Resources Department, Post Office Box K, Walthourville, GA 31333 or via email at HR@cityofwalthourville.com. Deadline for submission is 5:00 PM on Monday, July 10, 2017. Selected applicants will be notified.**

The City of Walthourville is an equal opportunity employer. The City of Walthourville is giving notice by this advertisement that their services are available without regard to race, color, national origin, sex, religion, age, disability political beliefs sexual orientation and marital or family status. The City of Walthourville is an equal opportunity provider and employer.

THE CITY OF WALTHOURVILLE POLICE DEPARTMENT

OFFICER TIME SHEET

NAME- L. Lee   PAY PERIOD-FROM 12-9-15 TO 12-22-15

DATE 12-9 DAY- Wed BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 12-10 DAY- Thur BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 12-11 DAY- Fri. BEGAN SHIFT AT 0900 ENDED SHIFT AT 1400 TOTAL HRS 5

DATE 12-13 DAY- Sat. BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 12-14 DAY- Sun. BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 12-15 DAY- Mon BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 12-16 DAY- Tues BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 12-17 DAY- Wed BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 12-18 DAY- Thur BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 12-19 DAY- Fri. BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 12-20 DAY- Sat. BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 12-21 DAY- Sun. BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 12-22 DAY- Mon BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 12-23 DAY- Tues BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

NOTE- OVER TIME MUST BE PRE-APPROVED BY THE CHIEF. TO USE COMP. TIME, A ONE WEEK NOTICE MUST BE GIVEN. NO EXCEPTIONS! CITY HALL WILL KEEP RECORDS OF COMP. TIME EARNED. THE SIGNATURE IS AN AGREEMENT THAT THIS TIME SHEET IS COMPLETE AND ACCURATE. SIGNATURE IS REQUIRED TO RECEIVE PAY.
CTM- 072712REV.

TOTAL HOURS: 89

PAID REGULAR HOURS: _____
ACCRUED COMP HOURS: _____
USED COMP HOURS: _____
USED VACATION HOURS: _____
USED PAID SICK HOURS: _____
HOLIDAY PAY: _____

EXHIBIT
X 28
12/19 Nlo

_____   _____
OFFICER'S SIGNATURE        CHIEF'S SIGNATURE

THE CITY OF WALTHOURVILLE POLICE DEPARTMENT

OFFICER TIME SHEET

NAME _____ PAY PERIOD FROM 5-11 TO 5-24

DATE 5-11 DAY WED BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12    BACK IN 0001-0500 HOURS 5+5 HRS

DATE 5-12 DAY THU BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 5-13 DAY FRI BEGAN SHIFT AT OFF ENDED SHIFT AT OFF TOTAL HRS OFF

DATE 5-14 DAY SAT BEGAN SHIFT AT OFF ENDED SHIFT AT OFF TOTAL HRS OFF

DATE 5-15 DAY SUN BEGAN SHIFT AT OFF ENDED SHIFT AT OFF TOTAL HRS OFF

DATE 5-16 DAY MON BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 5-17 DAY TUE BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 5-18 DAY WED BEGAN SHIFT AT OFF ENDED SHIFT AT OFF TOTAL HRS OFF

DATE 5-19 DAY THU BEGAN SHIFT AT 0500 ENDED SHIFT AT OFF TOTAL HRS 12

DATE 5-20 DAY FRI BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 5-21 DAY SAT BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 5-22 DAY SUN BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 5-23 DAY MON BEGAN SHIFT AT OFF ENDED SHIFT AT OFF TOTAL HRS OFF

DATE 5-24 DAY TUE BEGAN SHIFT AT OFF ENDED SHIFT AT OFF TOTAL HRS OFF

NOTE- OVER TIME MUST BE PRE-APPROVED BY THE CHIEF. TO USE COMP. TIME, A ONE WEEK NOTICE MUST BE GIVEN. NO EXCEPTIONS! CITY HALL WILL KEEP RECORDS OF COMP. TIME EARNED. THE SIGNATURE IS AN AGREEMENT THAT THIS TIME SHEET IS COMPLETE AND ACCURATE. SIGNATURE IS REQUIRED TO RECEIVE PAY.
CTM- 072712REV.

TOTAL HOURS: 89

PAID REGULAR HOURS: 89
ACCRUED COMP HOURS: _____
USED COMP HOURS: _____
USED VACATION HOURS: _____
USED PAID SICK HOURS: _____
HOLIDAY PAY: _____

_____
OFFICER'S SIGNATURE

_____
CHIEF'S SIGNATURE

City0300

## THE CITY OF WALTHOURVILLE POLICE DEPARTMENT

### OFFICER TIME SHEET

NAME _Jill_ PAY PERIOD FROM _1-6-2016_ TO _1-19-2016_

DATE 1-6 DAY WED BEGAN SHIFT AT 0700 ENDED SHIFT AT 1900 TOTAL HRS 12

DATE 1-7 DAY Thur BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 1-8 DAY Fri BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-9 DAY Sat BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-10 DAY SUN BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-11 DAY MON BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 1-12 DAY TUES BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 1-13 DAY Wed BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-14 DAY Thur BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-15 DAY Fri BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 1-16 DAY Sat BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 1-17 DAY SUN BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 1-18 DAY MON BEGAN SHIFT AT 0700 ENDED SHIFT AT 1130 TOTAL HRS 4    8 hrs holiday

DATE 1-19 DAY Tues BEGAN SHIFT AT 1400 ENDED SHIFT AT 1700 TOTAL HRS 3    5 on

NOTE- OVER TIME MUST BE PRE-APPROVED BY THE CHIEF. TO USE COMP. TIME, A ONE WEEK NOTICE MUST BE GIVEN. NO EXCEPTIONS! CITY HALL WILL KEEP RECORDS OF COMP. TIME EARNED. THE SIGNATURE IS AN AGREEMENT THAT THIS TIME SHEET IS COMPLETE AND ACCURATE. SIGNATURE IS REQUIRED TO RECEIVE PAY.
CTM- 072712REV.

TOTAL HOURS: 99

PAID REGULAR HOURS: 91
ACCRUED COMP HOURS: _____
USED COMP HOURS: _____
USED VACATION HOURS: _____
USED PAID SICK HOURS: _____
HOLIDAY PAY: 8

_____
OFFICER'S SIGNATURE

_____
CHIEF'S SIGNATURE

City0301

**THE CITY OF WALTHOURVILLE POLICE DEPARTMENT**

**OFFICER TIME SHEET**

NAME LEE PAY PERIOD FROM 1-20 TO 2-2

DATE 1-20 DAY WED BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 1-21 DAY Thur BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 1-22 DAY Fri BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-23 DAY Sat. BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-24 DAY Sun BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-25 DAY Mon BEGAN SHIFT AT 0500 ENDED SHIFT AT 1900 TOTAL HRS 14

DATE 1-26 DAY Tues BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 1-27 DAY Wed BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-28 DAY Thur BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-29 DAY Fri. BEGAN SHIFT AT 0500 ENDED SHIFT AT 2000 TOTAL HRS 15

DATE 1-30 DAY Sat. BEGAN SHIFT AT 0500 ENDED SHIFT AT 1900 TOTAL HRS 14 OSTP

DATE 1-31 DAY Sun BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 2-1 DAY Mon BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 2-2 DAY Tues BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

NOTE- OVER TIME MUST BE PRE-APPROVED BY THE CHIEF. TO USE COMP. TIME, A ONE WEEK NOTICE MUST BE GIVEN. NO EXCEPTIONS! CITY HALL WILL KEEP RECORDS OF COMP. TIME EARNED. THE SIGNATURE IS AN AGREEMENT THAT THIS TIME SHEET IS COMPLETE AND ACCURATE. SIGNATURE IS REQUIRED TO RECEIVE PAY.
CTM- 072712REV.

TOTAL HOURS: 91

PAID REGULAR HOURS: 91
ACCRUED COMP HOURS: _____
USED COMP HOURS: _____
USED VACATION HOURS: _____
USED PAID SICK HOURS: _____
HOLIDAY PAY: _____

*Latarchie M. Lee*
OFFICER'S SIGNATURE

*B____*
CHIEF'S SIGNATURE

City0302

# THE CITY OF WALTHOURVILLE POLICE DEPARTMENT

## OFFICER TIME SHEET

NAME _L. Lee_   PAY PERIOD FROM _8-30_ TO _9-12_

DATE _8-30_ DAY _WED_ BEGAN SHIFT AT: _Off_ ENDED SHIFT AT _Off_ TOTAL HRS _Off_

DATE _8-31_ DAY _Thur_ BEGAN SHIFT AT: _1700_ ENDED SHIFT AT _0900_ TOTAL HRS _16_

DATE _9-1_ DAY _Fri_ BEGAN SHIFT AT: _—_ ENDED SHIFT AT: _—_ TOTAL HRS _—_

DATE _9-2_ DAY _Sat_ BEGAN SHIFT AT _0700_ ENDED SHIFT AT _1900_ TOTAL HRS _12_

DATE _9-3_ DAY _Sun_ BEGAN SHIFT AT _Off_ ENDED SHIFT AT _Off_ TOTAL HRS _Off_

DATE _9-4_ DAY _MON_ BEGAN SHIFT AT _0700_ ENDED SHIFT AT _1900_ TOTAL HRS _12_   Labor Day

DATE _9-5_ DAY _Tue_ BEGAN SHIFT AT _0500_ ENDED SHIFT AT _1900_ TOTAL HRS _16_

DATE _9-6_ DAY _Wed_ BEGAN SHIFT AT _1700_ ENDED SHIFT AT _1000_ TOTAL HRS _17_

DATE _9-7_ DAY _Thur_ BEGAN SHIFT AT _off_ ENDED SHIFT AT _off_ TOTAL HRS _off_

DATE _9-8_ DAY _Fri_ BEGAN SHIFT AT _1700_ ENDED SHIFT AT _0700_ TOTAL HRS _14_

DATE _9-9_ DAY _Sat_ BEGAN SHIFT AT _1900_ ENDED SHIFT AT _0700_ TOTAL HRS _12_

DATE _9-10_ DAY _Sun_ BEGAN SHIFT AT _1900_ ENDED SHIFT AT _0900_ TOTAL HRS _14_

DATE _9-11_ DAY _MON_ BEGAN SHIFT AT _1800_ ENDED SHIFT AT _0600_ TOTAL HRS _12_

DATE _9-12_ DAY _Tue_ BEGAN SHIFT AT _1600_ ENDED SHIFT AT _2100_ TOTAL HRS _5_

NOTE: OVER TIME MUST BE PRE-APPROVED BY THE CHIEF. TO USE COMP. TIME, A ONE WEEK NOTICE MUST BE GIVEN. NO EXCEPTIONS! CITY HALL WILL KEEP RECORDS OF COMP. TIME EARNED. THE SIGNATURE IS AN AGREEMENT THAT THIS TIME SHEET IS COMPLETE AND ACCURATE. SIGNATURE IS REQUIRED TO RECEIVE PAY.

CTM: 072712 REV.

TOTAL HOURS: _138_

PAID REGULAR HOURS: _130_

ACCRUED COMP HOURS: _8_

USED COMP HOURS: _0_

USED VACATION HOURS: _0_

USED PAID SICK HOURS: _0_

HOLIDAY PAY: _8_

86 R
44 OT X 1.5 = 66 Hrs.
8 H.
160.

City0303

THE CITY OF WALTHOURVILLE POLICE DEPARTMENT

OFFICER TIME SHEET

NAME- _L l_   PAY PERIOD- FROM _8·16_ to _829_

DATE- 8·16 DAY _WED_ BEGAN SHIFT AT: _1900_ ENDED SHIFT AT _0100_ TOTAL HRS- _12_

DATE- 8·17 DAY _Thur_ BEGAN SHIFT AT: _1900_ ENDED SHIFT AT _070C_ TOTAL HRS- _12_

DATE- 8·18 DAY _Fri_ BEGAN SHIFT AT: _900_ ENDED SHIFT AT _0100_ TOTAL HRS _12_

DATE- 8·19 DAY _Sat_ BEGAN SHIFT AT _Off_ ENDED SHIFT AT _Off_ TOTAL HRS _Off_

DATE- 8·20 DAY _Sun_ BEGAN SHIFT AT _Off_ ENDED SHIFT AT _Off_ TOTAL HRS _Off_

DATE- 8·21 DAY _Man_ BEGAN SHIFT AT _2300_ ENDED SHIFT AT: _1100_ TOTAL HRS- _12_

DATE- 8·22 DAY _Tues_ BEGAN SHIFT AT: _1100_ ENDED SHIFT AT _2300_ TOTAL HRS- _12_

DATE- 8·23 DAY _Wed_ BEGAN SHIFT AT _Off_ ENDED SHIFT AT _Off_ TOTAL HRS _Off_

DATE- 8·24 DAY _Thur_ BEGAN SHIFT AT _Off_ ENDED SHIFT AT _Off_ TOTAL HRS _Off_

DATE- 8·25 DAY _Fri_ BEGAN SHIFT AT: _1900_ ENDED SHIFT AT _0100_ TOTAL HRS- _12_

DATE- 8·26 DAY _Sat_ BEGAN SHIFT AT _1900_ ENDED SHIFT AT _0100_ TOTAL HRS _12_

DATE- 8·27 DAY _Sun_ BEGAN SHIFT AT _1900_ ENDED SHIFT AT _1200_ TOTAL HRS _17_

DATE- 8·28 DAY _MON_ BEGAN SHIFT AT _Off_ ENDED SHIFT AT _Off_ TOTAL HRS _Off_

DATE- 8·29 DAY _Tues_ BEGAN SHIFT AT _Off_ ENDED SHIFT AT _Off_ TOTAL HRS _Off_

NOTE- OVER TIME MUST BE PRE-APPROVED BY THE CHIEF. TO USE COMP. TIME, A ONE WEEK NOTICE MUST BE GIVEN. NO EXCEPTIONS! CITY HALL WILL KEEP RECORDS OF COMP. TIME EARNED. THE SIGNATURE IS AN AGREEMENT THAT THIS TIME SHEET IS COMPLETE AND ACCURATE. SIGNATURE IS REQUIRED TO RECEIVE PAY.
CTM- 072712REV.

TOTAL HOURS: _101_

PAID REGULAR HOURS: _101_
ACCRUED COMP HOURS: _____
USED COMP HOURS: _____
USED VACATION HOURS: _____
USED PAID SICK HOURS: _____
HOLIDAY PAY: _____

R 84
OTM 1/5 X 1.5 = 7.5 26.5
91.5
109.5

_Latachia M. L____
(OFFICER SIGNATURE)

CHIEF  BY ___ POSTED

THE CITY OF WALTHOURVILLE POLICE DEPARTMENT

OFFICER TIME SHEET

NAME: _____ PAY PERIOD FROM 8-2 TO 8-15

DATE 8-2 DAY TUE BEGAN SHIFT AT: 100 ENDED SHIFT AT: 1500 TOTAL HRS 14

DATE 8-3 DAY WED BEGAN SHIFT AT: 100 ENDED SHIFT AT: 0100 TOTAL HRS 14

DATE 8-3 DAY THU BEGAN SHIFT AT: Off ENDED SHIFT AT: Off TOTAL HRS Off

DATE 8-4 DAY FRI BEGAN SHIFT AT: Off ENDED SHIFT AT: Off TOTAL HRS Off   49

DATE 8-5 DAY Sat BEGAN SHIFT AT: Off ENDED SHIFT AT: Off TOTAL HRS Off   37

DATE 8-6 DAY SUN BEGAN SHIFT AT: Off ENDED SHIFT AT: Off TOTAL HRS Off   43

DATE 8-7 DAY MON BEGAN SHIFT AT: 0900 ENDED SHIFT AT: 1800 TOTAL HRS 9   6

DATE 8-8 DAY TUE BEGAN SHIFT AT: 0100 ENDED SHIFT AT: 1900 TOTAL HRS 12

DATE 8-9 DAY WED BEGAN SHIFT AT: Off ENDED SHIFT AT: Off TOTAL HRS Off

DATE 8-10 DAY THU BEGAN SHIFT AT: 0100 ENDED SHIFT AT: 1900 TOTAL HRS 12   57

DATE 8-11 DAY FRI BEGAN SHIFT AT: 100 ENDED SHIFT AT: 0100 TOTAL HRS 14   43

DATE 8-12 DAY Sat BEGAN SHIFT AT: 100 ENDED SHIFT AT: 0100 TOTAL HRS 14   14

DATE 8-13 DAY SUN BEGAN SHIFT AT: 100 ENDED SHIFT AT: 0100 TOTAL HRS 14

DATE 8-14 DAY MON BEGAN SHIFT AT: Off ENDED SHIFT AT: Off TOTAL HRS Off

DATE 8-15 DAY TUE BEGAN SHIFT AT: Off ENDED SHIFT AT: ____ TOTAL HRS 3hours court

NOTE- OVER TIME MUST BE PRE-APPROVED BY THE CHIEF. TO USE COMP. TIME, A ONE WEEK NOTICE MUST BE GIVEN. NO EXCEPTIONS! CITY HALL WILL KEEP RECORDS OF COMP. TIME EARNED. THE SIGNATURE IS AN AGREEMENT THAT THIS TIME SHEET IS COMPLETE AND ACCURATE. SIGNATURE IS REQUIRED TO RECEIVE PAY.
CTM- 072712REV.

TOTAL HOURS ____

PAID REGULAR HOURS: _____
ACCRUED COMP HOURS: _____
USED COMP HOURS: _____
USED VACATION HOURS: _____
USED PAID SICK HOURS: _____
HOLIDAY PAY: ....

86
80 hrs R
14 X 1.5 = 21 OT
20 X 1.5 = 21.00 OT
30 -

OFFICER SIGNATURE          CHIEF SIGNATURE

THE CITY OF WALTHOURVILLE POLICE DEPARTMENT

OFFICER TIME SHEET

NAME _____ PAY PERIOD FROM _7-5_ TO _7-18_

DATE _7-5_ DAY _WED_ BEGAN SHIFT AT _1700_ ENDED SHIFT AT _0500_ TOTAL HRS. _12_

DATE _7-6_ DAY _THUR_ BEGAN SHIFT AT _0700_ ENDED SHIFT AT _2200_ TOTAL HRS. _15_

DATE _7-7_ DAY _Fri_ BEGAN SHIFT AT _off_ ENDED SHIFT AT _off_ TOTAL HRS _off_

DATE _7-8_ DAY _Sat_ BEGAN SHIFT AT _off_ ENDED SHIFT AT _off_ TOTAL HRS _off_

DATE _7-9_ DAY _Sun_ BEGAN SHIFT AT _off_ ENDED SHIFT AT _off_ TOTAL HRS _off_

DATE _7-10_ DAY _Mon_ BEGAN SHIFT AT _1700_ ENDED SHIFT AT _2500_ TOTAL HRS _2_

DATE _7-11_ DAY _Tue_ BEGAN SHIFT AT _1700_ ENDED SHIFT AT _0500_ TOTAL HRS _2_

DATE _7-12_ DAY _Wed_ BEGAN SHIFT AT _off_ ENDED SHIFT AT _off_ TOTAL HRS _off_

DATE _7-13_ DAY _Thur_ BEGAN SHIFT AT _off_ ENDED SHIFT AT _off_ TOTAL HRS _off_

DATE _7-14_ DAY _Fri_ BEGAN SHIFT AT _1800_ ENDED SHIFT AT _0700_ TOTAL HRS _13_  Split Shift

DATE _7-15_ DAY _Sat_ BEGAN SHIFT AT _1700_ ENDED SHIFT AT _0700_ TOTAL HRS _14_  Split Shift

DATE _7-16_ DAY _Sun_ BEGAN SHIFT AT _1700_ ENDED SHIFT AT _0800_ TOTAL HRS _15_ Split Shift

DATE _7-17_ DAY _Mon_ BEGAN SHIFT AT _off_ ENDED SHIFT AT _off_ TOTAL HRS _off_

DATE _7-18_ DAY _Tue_ BEGAN SHIFT AT _1300_ ENDED SHIFT AT _1730_ TOTAL HRS _4.30_

NOTE- OVER TIME MUST BE PRE-APPROVED BY THE CHIEF. TO USE COMP. TIME, A ONE WEEK NOTICE MUST BE GIVEN. NO EXCEPTIONS! CITY HALL WILL KEEP RECORDS OF COMP. TIME EARNED. THE SIGNATURE IS AN AGREEMENT THAT THIS TIME SHEET IS COMPLETE AND ACCURATE. SIGNATURE IS REQUIRED TO RECEIVE PAY.
CTM- 072712 REV.

TOTAL HOURS: _97.30_

PAID REGULAR HOURS: _97.30_
ACCRUED COMP HOURS: _0_
USED COMP HOURS: _0_
USED VACATION HOURS: _0_
USED PAID SICK HOURS: _0_
HOLIDAY PAY:

POSTED

OFFICER'S SIGNATURE

CHIEF'S SIGNATURE

City0306

# THE CITY OF WALTHOURVILLE POLICE DEPARTMENT

## OFFICER TIME SHEET

PAY PERIOD-FROM 6·21 TO 7.4

NAME _____

DATE 6·21 DAY WED BEGAN SHIFT AT 1700 ENDED SHIFT AT 0500 TOTAL HRS 12

DATE 6·22 DAY Thur BEGAN SHIFT AT 1700 ENDED SHIFT AT 0500 TOTAL HRS 12

DATE 6·23 DAY Fri BEGAN SHIFT AT 1800 ENDED SHIFT AT 0000 TOTAL HRS 6

DATE 6·24 DAY Sat BEGAN SHIFT AT 1600 ENDED SHIFT AT 0000 TOTAL HRS 8

DATE 6·25 DAY Sun BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 6·26 DAY Mon BEGAN SHIFT AT 1700 ENDED SHIFT AT 0500 TOTAL HRS 12

DATE 6·27 DAY Tues BEGAN SHIFT AT 1700 ENDED SHIFT AT 0500 TOTAL HRS 12  WPD 0326

DATE 6·28 DAY Wed BEGAN SHIFT AT 1400 ENDED SHIFT AT 2000 TOTAL HRS 6  WPD 0326

DATE 6·29 DAY Thur BEGAN SHIFT AT 1200 ENDED SHIFT AT 2000 TOTAL HRS 8  WPD 0326

DATE 6·30 DAY Fri BEGAN SHIFT AT 1700 ENDED SHIFT AT 0500 TOTAL HRS 12

DATE 7·1 DAY Sat BEGAN SHIFT AT 1700 ENDED SHIFT AT 0500 TOTAL HRS 12

DATE 7·2 DAY Sun BEGAN SHIFT AT 1700 ENDED SHIFT AT 0500 TOTAL HRS 12

DATE 7·3 DAY Mon BEGAN SHIFT AT _____ ENDED SHIFT AT _____ TOTAL HRS 8 holiday

DATE 7·4 DAY Tues BEGAN SHIFT AT _____ ENDED SHIFT AT _____ TOTAL HRS _____

NOTE: OVER TIME MUST BE PRE-APPROVED BY THE CHIEF. TO USE COMP. TIME, A ONE WEEK NOTICE MUST BE GIVEN. NO EXCEPTIONS! CITY HALL WILL KEEP RECORDS OF COMP. TIME EARNED. THE SIGNATURE IS AN AGREEMENT THAT THIS TIME SHEET IS COMPLETE AND ACCURATE. SIGNATURE IS REQUIRED TO RECEIVE PAY.
CTM- 072712REV.

TOTAL HOURS: 120

PAID REGULAR HOURS: 112
ACCRUED COMP HOURS: _____
USED COMP HOURS: _____
USED VACATION HOURS: _____
USED PAID SICK HOURS: _____
HOLIDAY PAY: 8

OFFICERS SIGNATURE _____

CHIEF'S SIGNATURE _____

City0307

THE CITY OF WALTHOURVILLE POLICE DEPARTMENT

OFFICER TIME SHEET

NAME: Latarchia   PAY PERIOD FROM 12-23 TO 1-5

DATE 12-23 DAY WED BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 12-24 DAY Thur BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 12-25 DAY Fri. BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off 4 (holiday)

DATE 12-26 DAY Sat. BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off (holiday)

DATE 12-27 DAY SUN BEGAN SHIFT AT 1100 ENDED SHIFT AT 1700 TOTAL HRS 6 In For Long

DATE 12-28 DAY MON BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 12-29 DAY TUES BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 12-30 DAY WED BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 12-31 DAY Thur BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12 In For + 4 Wright (he

DATE 1-1 DAY Fri. BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12 +8 (holiday)

DATE 1-2 DAY Sat. BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 1-3 DAY SUN. BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 1-4 DAY MON BEGAN SHIFT AT 1900 ENDED SHIFT AT 0500 TOTAL HR 10 In For wright

DATE 1-5 DAY TUES BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

NOTE- OVER TIME MUST BE PRE-APPROVED BY THE CHIEF. TO USE COMP. TIME, A ONE WEEK NOTICE MUST BE GIVEN. NO EXCEPTIONS! CITY HALL WILL KEEP RECORDS OF COMP. TIME EARNED. THE SIGNATURE IS AN AGREEMENT THAT THIS TIME SHEET IS COMPLETE AND ACCURATE. SIGNATURE IS REQUIRED TO RECEIVE PAY.
CTM- 072712REV.

TOTAL HOURS: 136

PAID REGULAR HOURS: 112
ACCRUED COMP HOURS: 0
USED COMP HOURS: 0
USED VACATION HOURS: 0
USED PAID SICK HOURS: 0
HOLIDAY PAY: 24

POSTED

_Latarchia M. Lee_
OFFICER'S SIGNATURE

CHIEF'S SIGNATURE

THE CITY OF WALTHOURVILLE POLICE DEPARTMENT

OFFICER TIME SHEET

NAME *Jill* _____ PAY PERIOD FROM 1-6-2016 TO 1-19-2016

DATE 1-6 DAY WED BEGAN SHIFT AT 500 ENDED SHIFT AT 700 TOTAL HRS 12

DATE 1-7 DAY Thur BEGAN SHIFT AT 500 ENDED SHIFT AT 700 TOTAL HRS 12

DATE 1-8 DAY Fri BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-9 DAY Sat BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-10 DAY Sun BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-11 DAY Mon BEGAN SHIFT AT 500 ENDED SHIFT AT 700 TOTAL HRS 12

DATE 1-12 DAY Tues BEGAN SHIFT AT 500 ENDED SHIFT AT 700 TOTAL HRS 12

DATE 1-13 DAY Wed BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-14 DAY Thur BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-15 DAY Fri BEGAN SHIFT AT 500 ENDED SHIFT AT 700 TOTAL HRS 2

DATE 1-16 DAY Sat BEGAN SHIFT AT 500 ENDED SHIFT AT 700 TOTAL HRS 12

DATE 1-17 DAY SUN BEGAN SHIFT AT 500 ENDED SHIFT AT 700 TOTAL HRS 12

DATE 1-18 DAY Mon BEGAN SHIFT AT 0700 ENDED SHIFT AT 1130 TOTAL HRS 4  8 hrs holic

DATE 1-19 DAY Tues BEGAN SHIFT AT 400 ENDED SHIFT AT 700 TOTAL HRS 3  5 vac

NOTE- OVER TIME MUST BE PRE-APPROVED BY THE CHIEF. TO USE COMP. TIME, A ONE
WEEK NOTICE MUST BE GIVEN. NO EXCEPTIONS! CITY HALL WILL KEEP RECORDS OF
COMP. TIME EARNED. THE SIGNATURE IS AN AGREEMENT THAT THIS TIME SHEET IS
COMPLETE AND ACCURATE. SIGNATURE IS REQUIRED TO RECEIVE PAY.
CTM- 072712REV.

PAID REGULAR HOURS: 91                    TOTAL HOURS: 99
ACCRUED COMP HOURS: _____
USED COMP HOURS: _____
USED VACATION HOURS: _____
USED PAID SICK HOURS: _____
HOLIDAY PAY: 8

_____              _____
OFFICER'S SIGNATURE                      CHIEF'S SIGNATURE

City0310

THE CITY OF WALTHOURVILLE POLICE DEPARTMENT

OFFICER TIME SHEET

NAME LEE                 PAY PERIOD FROM 1-20 TO 2-2

DATE 1-20 DAY WED BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 1-21 DAY Thur BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 1-22 DAY Fri BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-23 DAY Sat BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-24 DAY SUN BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-25 DAY MON BEGAN SHIFT AT 0500 ENDED SHIFT AT 1900 TOTAL HRS 14

DATE 1-26 DAY Tues BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 1-27 DAY Wed BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-28 DAY Thur BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 1-29 DAY Fri BEGAN SHIFT AT 0500 ENDED SHIFT AT 2000 TOTAL HRS 15

DATE 1-30 DAY Sat BEGAN SHIFT AT 0500 ENDED SHIFT AT 1900 TOTAL HRS 14 POSTED

DATE 1-31 DAY SUN BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS 12

DATE 2-1 DAY MON BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

DATE 2-2 DAY Tues BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS Off

NOTE—OVER TIME MUST BE PRE-APPROVED BY THE CHIEF. TO USE COMP. TIME, A ONE WEEK NOTICE MUST BE GIVEN. NO EXCEPTIONS! CITY HALL WILL KEEP RECORDS OF COMP. TIME EARNED. THE SIGNATURE IS AN AGREEMENT THAT THIS TIME SHEET IS COMPLETE AND ACCURATE. SIGNATURE IS REQUIRED TO RECEIVE PAY.
CTM- 072712REV.

PAID REGULAR HOURS: 91                    TOTAL HOURS: 91
ACCRUED COMP HOURS: _____
USED COMP HOURS: _____
USED VACATION HOURS: _____
USED PAID SICK HOURS: _____
HOLIDAY PAY: _____

_Latarchie M Lee_
OFFICER'S SIGNATURE

_B_____
CHIEF'S SIGNATURE

City0311

## THE CITY OF WALTHOURVILLE POLICE DEPARTMENT

### OFFICER TIME SHEET

NAME- L. Lee   PAY PERIOD FROM 2-3 TO 2-16

DATE 2-3 DAY- WED BEGAN SHIFT AT 0500 ENDED SHIFT AT 2000 TOTAL HRS- 15

DATE 2-4 DAY- Thu BEGAN SHIFT AT 0500 ENDED SHIFT AT 0900 TOTAL HRS- 4

DATE 2-5 DAY- Fri. BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS- Off

DATE 2-6 DAY- Sat. BEGAN SHIFT AT 0900 ENDED SHIFT AT 1600 TOTAL HRS- 7

DATE 2-7 DAY- SUN. BEGAN SHIFT AT 1000 ENDED SHIFT AT 1600 TOTAL HRS- 6

DATE 2-8 DAY- Mon. BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS- 12

DATE 2-9 DAY- Tues BEGAN SHIFT AT 0500 ENDED SHIFT AT 1100 TOTAL HRS- 6

DATE 2-10 DAY- Wed BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS- Off

DATE 2-11 DAY- Thurs BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS- Off

DATE 2-12 DAY- Fri BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS- 12

DATE 2-13 DAY- Sat. BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS- 12

DATE 2-14 DAY- SUN BEGAN SHIFT AT 0500 ENDED SHIFT AT 1700 TOTAL HRS- 12

DATE 2-15 DAY- MON BEGAN SHIFT AT Off ENDED SHIFT AT Off TOTAL HRS- Off 8 holiday

DATE 2-16 DAY- TUS. BEGAN SHIFT AT 1500 ENDED SHIFT AT 1700 TOTAL HRS- 2 court

NOTE- OVER TIME MUST BE PRE-APPROVED BY THE CHIEF. TO USE COMP. TIME, A ONE WEEK NOTICE MUST BE GIVEN. NO EXCEPTIONS! CITY HALL WILL KEEP RECORDS OF COMP. TIME EARNED. THE SIGNATURE IS AN AGREEMENT THAT THIS TIME SHEET IS COMPLETE AND ACCURATE. SIGNATURE IS REQUIRED TO RECEIVE PAY. CTM- 072712REV.

TOTAL HOURS: _____

PAID REGULAR HOURS: 88
ACCRUED COMP HOURS: _____
USED COMP HOURS: _____
USED VACATION HOURS: _____
USED PAID SICK HOURS: _____
HOLIDAY PAY: 8

_Latarcha M. Lee_
OFFICER'S SIGNATURE

_____
CHIEF'S SIGNATURE

City0312

City0313

| WPD16020027 | | T00021529 |

## WALTHOURVILLE MUNICIPAL COURT

Court Date **04/19/2016**          Court Time **1:00 P.M.**

Defendant **BALASY, JILL UHLMANN**          DOB ▮▮▮▮   SEX **F**   RACE **W**

DL#          GA-053057026

| Case-No. | Ticket-No. | Violation | |
|---|---|---|---|
| WPD16020027 | T00021529 | 40-8-7 | DRIVING UNSAFE/IMPROPERLY EQUIPPED VEH. |
| | | | Standard Fine: 125.00 |

Disposition _____ Fine _____ Date Paid _____ Receipt _____

SID# _____

COURT COPY

PRO SOLUTIONS (770) 887-0855

PAY ONLINE AT WWW.CITYOFWALTHOURVILLE.COM OR CALL 912-368-4525

City0314

WPD16010335

T00022924

## WALTHOURVILLE MUNICIPAL COURT

**Court Date** 02/16/2016

**Court Time** 3:00 P.M.

**Defendant** COX, TERRY NATHANIEL

DOB ████████  SEX M  RACE ___

DL# GA-059917049

| Case-No. | Ticket-No. | Violation | |
|----------|-----------|-----------|---|
| WPD16010335 | T00022924 | 40-8-7 | DRIVING UNSAFE/IMPROPERLY EQUIPPED VEH. |
| | | | Standard Fine: 125.00 |

**Disposition** _____  **Fine** _____  **Date Paid** _____  **Receipt** _____

OBTS/OTN# _____  FBI# _____

22924

NCIC NO. SS NR-GA0980500

PAY ONLINE AT WWW.CITYOFWALTHOURVILLE.COM OR CALL 912-368-6525

COURT COPY

PRO SOLUTIONS (770) 667-0555

**NOTICE:** This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you shall cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license shall be suspended. (Georgia Code 17-8-11 and 40-5-56) The suspension shall remain in effect until such time as there is a satisfactory disposition in this matter or the Court notifies the Department of Driver Services.

AUTHORIZED AND APPROVED PURSUANT TO:
CODE 40-13-1, D.D.S. REG. 375-3-4-01

DDS-32 (01/10)

**GEORGIA**

**UNIFORM TRAFFIC CITATION, SUMMONS AND ACCUSATION**

WPD1601C002     SS NR-GA0880500     **22906**

Court Case Number     NCIC Number     Citation Number

**CITY OF WALTHOURVILLE POLICE DEPARTMENT**

on (Month) _____ (Day) 2016 (Year) 0807 ☑ A.M. ☐ P.M.

Operator License No. _____

License Class or Type _____ GA _____ Endorsement NONE Expires 10-03-2018

Name DAWSON EDITH FRAZIER

Address 1022 Sandy Road DR.

City HINESVILLE State GA Zip Code 3131_

Ht. 54 Wt. 190 Sex F Race W Haz _____

Veh. Yr. 2013 Make NISSAN Style ALTIMA Color BK

Registration No. GA _____

COL ☐ YES ☑ NO   ACCIDENT ☐ YES ☑ NO   INJURIES ☐ YES ☑ NO   FATALITIES ☐ YES ☑ NO

☐ 2-LANE ROAD   DRIVER REQUESTED ACCURACY CHECK   ☐ VASCAR ☐ LASER ☐ RADAR

Within the State of Georgia, did commit the following offense SPEEDING-Clocked by ☐ PATROL VEHICLE ☐ OTHER _____ MPH in a _____ zone

(Serial #) _____ Calibration/Check _____

☐ DUI (Test Administered)   ☐ BLOOD   ☐ BREATH   ☐ URINE   ☐ OTHER DUI Test Results _____

TEST ADMINISTERED BY (If Applicable) _____

OFFENSE (Other than above) did make or complete
In Violation of Code Section STOP SIGN ☑ State Law ☐ Local Ordinance

REMARKS 40-6-72

**PAY ONLINE AT WWW.CITYOFWALTHOURVILLE.COM OR CALL 912-368-6525**

| WEATHER | ROAD (B) | TRAFFIC | LIGHTING | COMMERCIAL VIOLATION INFORMATION |
|---|---|---|---|---|
| ☐ Clear | ☐ Dry | ☐ Concrete | ☐ Light | ☐ Daylight | ☐ 16+ Passenger |
| ☐ Cloudy | ☑ Wet | ☐ Blacktop | ☐ Medium | ☐ Darkness | ☐ Commercial Vehicle Violation |
| ☐ Raining | ☐ Ice | ☐ Dirt | ☐ Heavy | ☐ Other | ☐ Hazardous Material Violation |
| ☐ Other | ☐ Other | ☐ Other | | | |

County of LIBERTY _____ WALTHOURVILLE

_____ Winere Road + Get Road or within (city) WALTHOURVILLE

OFFICER TBC _____ Badge # 420 _____ Patrol

(Print) _____ 11:00 Tuesday

You are hereby ordered to appear in Court to answer the charge on the

16 20 ☐ AM ☑ PM in the MUNICIPAL February Court

at _____ Georgia 31333

City 192B TALMADGE ROAD

WALTHOURVILLE

**NOTICE:** This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you shall cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license shall be suspended. (Georgia Code 17-6-11 and 40-5-56) The suspension shall remain in effect until such time as there is a satisfactory disposition in this matter or the Court notifies the Department of Driver Services.

LICENSE DISPLAYED IN LIEU OF BAIL ☐ YES   ☐ NO   RELEASED TO _____

SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

SIGNATURE _____ **22906**

**ARRESTING OFFICER'S CERTIFICATION**

The undersigned has just and reasonable grounds to believe, and does believe, that the person named herein has committed the offense set forth above.

SIGNATURE _____ Signature of Arresting Officer _____ Badge # 426

AUTHORIZED AND APPROVED PURSUANT TO:
CODE 40-13-1  D.D.S. REG. 575-5-4-.01

**COURT COPY**

PRO SOLUTIONS (770) 667-0585     132528

---

Court Date 02/16/2016     Court Time 3:00 P.M.

Defendant DAWSON, EDITH FRAZIER

Case-No. WPD1601C002

Ticket-No. T00022906

Violation 40-6-72

FAILURE TO OBEY STOP SIGN

Standard Fine: 150.00

Disposition _____

NCIC NO. SS NR-GA0880500

---

**WALTHOURVILLE MUNICIPAL COURT**

WPD1601C002

DOB _____

DL# _____ GA-052108479

SEX F   RACE W

T00022906

City0315

**GEORGIA**
**UNIFORM TRAFFIC CITATION, SUMMONS AND ACCUSATION**

WPD16030100   SS NR-GA0890500   21404

Court Case Number   NCIC Number   Citation Number

**CITY OF WALTHOURVILLE POLICE DEPARTMENT**

Upon Month March Day 8 Year 2016 Time 0758 ☐ A.M. ☐ P.M.

Operator License No.

License Class or Type C   State GA   Endorsements NONE   Expires

Name EVANS  GENO  ULYESS

Address 1471 Shepherd St.

City JESUP   State GA   Zip Code 31545   Gro.

DOB   BK 55 198 M BLK   Eyes

Veh. Yr. 2006   Make GMC   Style YUKON   Color

Registration No. DWN8202   State GA

CDL ☐ YES ☐ NO   ACCIDENT ☐ YES ☐ NO   INJURIES ☐ YES ☐ NO   FATALITIES ☐ YES ☐ NO

2-LANE ROAD   ☐ DRIVER REQUESTED ACCURACY CHECK   ☐ VASCAR ☐ LASER ☐ RADAR
While on State of Georgia, did commit the following offense: SPEEDING—Clocked by ☐ PATROL VEHICLE ☐ OTHER
(Serial #) _____ Calibration/Check _____ at _____ MPH in a _____ zone

☐ DUI (Test Administered)   ☐ BLOOD ☐ BREATH ☐ URINE   ☐ OTHER) DUI Test Results

TEST ADMINISTERED BY (if applicable):

OFFENSE (Other than above) Fail to piak a completed
In Violation of Code Section Stop at Stop "S" ☐ State Law ☐ Local Ordinance

REMARKS 40-6-72

**PAY ONLINE AT WWW.CITYOFWALTHOURVILLE.COM OR CALL 912-368-6525**

NCIC NO. SS NR-GA0890500

| WEATHER | (A) ROAD (B) | TRAFFIC | LIGHTING | COMMERCIAL VIOLATION INFORMATION |
|---------|--------------|---------|----------|----------------------------------|
| ☐ Clear | ☐ Dry ☐ Concrete | ☐ Light | ☐ Daylight | ☐ 16+ Passengers |
| ☐ Cloudy | ☐ Wet ☐ Blacktop | ☐ Medium | ☐ Night Darkness | ☐ Commercial Vehicle Violation |
| ☐ Raining | ☐ Ice ☐ Dirt | ☐ Heavy | ☐ Other | ☐ Hazardous Material Violation |
| ☐ Other | ☐ Other ☐ Other | | | |

County of LIBERTY   and _____ miles □ of (city) WALTHOURVILLE
at _____ miles post   □ or within (city) WALTHOURVILLE

when issued by/by Officer lee   Badge # 426   Patrol

(Print)

You are hereby ordered to appear in Court to answer this charge on the 19th day of _____

20 16 at 800 ☐ AM ☐ PM in the MUNICIPAL Court
1923 TALMADGE ROAD
WALTHOURVILLE   Georgia 31333

**NOTICE:** This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you shall cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license shall be suspended. (Georgia Code 17-6-11 and 40-5-56) The suspension shall remain in effect until such time as there is a satisfactory disposition in this matter or the Court notifies the Department of Driver Services.

LICENSE DISPLAYED IN LIEU OF BAIL.   ☐ YES   ☐ NO   RELEASED TO _____
SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

SIGNATURE Geno Evans

**ARRESTING OFFICER'S CERTIFICATION**
The undersigned has been and reasonable grounds to believe, and does believe, that the person named herein has committed the offense set forth, contrary to law.

SIGNATURE _____   Badge # 426
Signature of Arresting Officer

AUTHORIZED AND APPROVED PURSUANT TO:
CODE 40-13-1 D.D.S. REG. 375-3-4-.01

**COURT COPY**

PRO SOLUTIONS (770) 867-0365   132828

---

**Court Date 04/19/2016**   **Court Time 3:00 P.M.**

WPD16030100

Defendant EVANS, GENO ULYESS

Case-No. WPD16030100

Ticket-No. T0002104

Violation 40-8-7

DRIVING UNSAFE/IMPROPERLY EQUIPPED VEH.

Standard Fine: 125.00

DOB _____   SEX M   RACE B

DL.# GA-043552506

**WALTHOURVILLE MUNICIPAL COURT**

Disposition _____   Fine _____   Date Paid _____   Receipt _____

T0002104

21404

City0316

DDS-32 (01/10)

GEORGIA

UNIFORM TRAFFIC CITATION, SUMMONS AND ACCUSATION

22913

SS NR-GA0890500

NCIC Number                    Citation Number

WPD1601014B
Court Code Number

CITY OF WALTHOURVILLE POLICE DEPARTMENT

Upon (Month) (Day) 15 (Year) 2016 at 0753 ☑A.M. ☐P.M.

Operator License No.

License Class or Type GA   Endorsement NONE   Expires 2-26-2016

Name EALY   LISA   LENNELL

Address 403 WELT FRASIER ROAD NE   31313
                                            Zip Code

DOB   Sex F   Eyes BRO
Ht   Wt   Race BLK   Color SILVER

Veh. Yr. 2005   Make HYUNDAI   Style Solara

Registration No. 7148913

CDL ☐YES☐NO   ACCIDENT ☐YES☐NO   INJURIES ☐YES☐NO   FATALITIES ☐YES☐NO

☐VASCAR ☐LASER ☐RADAR

DRIVER REQUESTED ACCURACY CHECK   ☐PATROL VEHICLE ☐OTHER

☑2-LANE ROAD

Within the State of Georgia, did commit the following offense: SPEEDING-Clocked by _____ MPH in a _____ zone

Calibration/Check

☐URINE ☐OTHER DUI Test Results

☐DUI (Test Administered) ☐BLOOD ☐BREATH ☐URINE

TEST ADMINISTERED BY:(If Applicable)

OFFENSE (Other than above) fail to make a complete stop at stop sign

In Violation of Code Section 40-6-72

REMARKS

PAY ONLINE AT WWW.CITYOFWALTHOURVILLE.COM OR CALL 912-368-6525

COMMERCIAL VIOLATION INFORMATION

WEATHER   (A) ROAD (B)   TRAFFIC   LIGHTING
☐Clear     ☑Dry           ☐Light    ☑Daylight
☐Cloudy    ☐Wet           ☐Medium   ☐Darkness
☐Raining   ☐Ice           ☐Heavy    ☐Other
☐Other     ☐Other         ☐Other

☐18+ Passengers
☐Commercial Vehicle Violation
☐Hazardous Material Violation

County LIBERTY   WALTHOURVILLE

Charge occurred on (street/road/route) Talmadge Road   of (city) WALTHOURVILLE

OFFICER CODE   Badge # 406

You are hereby ordered to appear in Court to answer this charge on the _____ day of _____ Court

at 10:30 ☐AM ☑PM in the _____   MUNICIPAL

City WALTHOURVILLE   Georgia 31333

128 TALMADGE ROAD

NOTICE! This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you shall cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license shall be suspended. (Georgia Code 17-6-11 and 40-6-59) The suspension shall remain in effect until such time as there is a satisfactory disposition in this matter or the Court notifies the Department of Driver Services.

LICENSE SURRENDERED IN LIEU OF BAIL ☐YES ☐NO   RELEASED BY _____

I ACKNOWLEDGE SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

SIGNATURE

ARRESTING OFFICER'S CERTIFICATION

The undersigned has and has reasonable grounds to believe, and does believe, that the person named herein has committed the offense set forth contrary to law.

SIGNATURE   Signature of Arresting Officer   Badge # 406

COURT COPY

AUTHORIZED AND APPROVED PURSUANT TO:
CODE 40-13-1 O.D.S. REG. 573-3-4-.01

PRO SOLUTIONS (770) 867-0595   152528

---

Disposition

Case-No. WPD1601014B

Ticket-No. T00022913

Violation 40-8-7

NCIC NO. SS NR-GA0890500

WALTHOURVILLE

DRIVING UNSAFE/IMPROPERLY EQUIPPED VEH.

22913

---

WPD1601014B

Court Date 02/16/2016

Defendant EALY, LISA LENNELL

WALTHOURVILLE MUNICIPAL COURT

Court Time 3:00 P.M.

DOB
DL#

SEX F   RACE B

GA-05159671?

T00022913

**GEORGIA**
**UNIFORM TRAFFIC CITATION, SUMMONS AND ACCUSATION**

22908

WPD1601 0004    SS NR-GA0B90500
Court Code Number    NCIO Number    Citation Number

**CITY OF WALTHOURVILLE POLICE DEPARTMENT**

SECTION I - IDENTIFICATION

Date/Month/Year: January 2016    Time: 0830    ☑ A.M. ☐ P.M.

Operator License No:

License Class or Type: C    State: GA    Endorsements: NONE    Expires: 11-4-20/6

Name: Kenney Brian Lloyd

Address: P.O. Box 4541

City: Walthourville    State: GA    Zip Code: 313te

Race: W    Sex: M    Height: 5'11    Weight: 314    Eyes: Brown

Veh. Yr.: 2015    Make: NISSAN    Style: Versa    Year: 2015    State: GA

Registration No: PQE 0887

☐ COL   ☐ YES ☐ NO   ACCIDENT   ☐ YES ☑ NO   INJURIES ☐ YES ☑ NO   FATALITIES ☐ YES ☑ NO

SECTION II - VIOLATION

☐ 2-LANE ROAD    ☐ DRIVER REQUESTED ACCURACY CHECK    ☐ VASCAR ☐ LASER ☐ RADAR
Within the State of Georgia, did commit the following offense: SPEEDING-Clocked by ☐ PATROL VEHICLE    ☐ OTHER
(Serial #)    Calibration/Check    MPH in a _____ zone

☐ DUI (Test Administered): ☐ BLOOD ☐ BREATH ☐ URINE ☐ OTHER DUI Test Results
TEST ADMINISTERED BY (if Applicable)

OFFENSE (Other than above): fail to stop at stop sign

In Violation of Code Section: 40-6-72

REMARKS: Warning

**PAY ONLINE AT WWW.CITYOFWALTHOURVILLE.COM OR CALL 912-368-6525**

| WEATHER | (A) ROAD | (B) | TRAFFIC | LIGHTING | COMMERCIAL VIOLATION INFORMATION |
| --- | --- | --- | --- | --- | --- |
| ☐ Clear ☑ | ☐ Dry ☑ | ☐ Concrete ☐ | ☐ Light ☑ | ☐ Daylight ☑ | ☐ 15+ Passengers |
| ☐ Cloudy ☐ | ☐ Wet ☐ | ☐ Blacktop ☑ | ☐ Medium ☐ | ☐ Darkness ☐ | ☐ Commercial Vehicle Violation |
| ☐ Raining ☐ | ☐ Ice ☐ | ☐ Dirt ☐ | ☐ Heavy ☐ | ☐ Other ☐ | ☐ Hazardous Material Violation |
| ☐ Other ☐ | ☐ Other ☐ | ☐ Other ☐ | | | |

SECTION III - LOCATION

County of LIBERTY    City of (city): WALTHOURVILLE
on Liberty    WALTHOURVILLE
at (location/area/location) Dunlevie Roads

OFFICER (Print): I. LEE    Badge #: 424    Date: Februany
You are hereby ordered to appear in Court to answer this charge on the 16th day of Februany

at 16:300 ☐ AM ☑ PM in the MUNICIPAL Court
at WALTHOURVILLE    , Georgia 31333

SECTION IV - SUMMONS

NOTICE: This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you shall cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license shall be suspended. (Georgia Code 17-6-11 and 40-5-56) This suspension shall remain in effect until such time as there is a satisfactory disposition in this matter or the Court notifies the Department of Driver Services.

LICENSE DISPLAYED IN LIEU OF BAIL  ☐ YES  ☐ NO  RELEASED TO _____
SIGNATURE/ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

SIGNATURE _____

SECTION V - OFFICER CERTIFICATION

ARRESTING OFFICER'S CERTIFICATION
The undersigned has just and reasonable grounds to believe, and does believe, that the person named herein has committed the offense set forth contrary to law.

SIGNATURE _____    Badge #: 424
Signature of Arresting Officer

AUTHORIZED AND APPROVED PURSUANT TO:
CODE 40-13-1 D.D.S. REG. 375-3-4-.01

**COURT COPY**

PRO SOLUTIONS (770) 567-0585    132528

22908

---

Disposition

Case-No. WPD1601 0004

Ticket-No. T000 22908

Violation 40-6-72

FAILURE TO OBEY STOP SIGN

---

Court Date 02/16/2016

Defendant FENNELL, BRIAN LLOYD

**WALTHOURVILLE MUNICIPAL COURT**

Court Time 3:00 P.M.

DOB _____
DL# _____
GA-022802099

SEX M    RACE W

WPD1601 0004

T000 22908

WPD16020022 | T00021526

# WALTHOURVILLE MUNICIPAL COURT

Court Date 05/17/2016 Court Time 3:00 P.M.

Defendant FREEMAN, WINSTON ELROY DOB [redacted] SEX M RACE B

DL# GA-058975184

| Case-No. | Ticket-No. | Violation | |
|---|---|---|---|
| WPD16020022 | T00021526 | 40-6-72 | FAILURE TO OBEY STOP SIGN |
| | | | Standard Fine: 150.00 |

Disposition ______ Fine ______ Date Paid ______ Receipt ______

Cily0319

DDS-32 (01/10)

## GEORGIA
## UNIFORM TRAFFIC CITATION, SUMMONS AND ACCUSATION

WPD16020022 Court Case Number | SS NR-GA0890500 NCIC Number | 21526 Citation Number

## CITY OF WALTHOURVILLE POLICE DEPARTMENT

SECTION I - VIOLATOR

Upon Month Feb'ruary Day 3 (Year) 2016 at 0718 ☒ A.M. ☐ P.M.

Operator License No. [redacted]

License Class or Type C State GA. Endorsements NONE Expires 3-19-2019

Name FREEMAN (Last) WINSTON (First) ELROY (Middle)

Address 49 Tamelo

City Allenhurst State GA. Zip Code 31301

DOB [redacted] Hgt 511 Wgt 280 Sex M Race BK Eye Bro

Veh. Yr. 2007 Make GMC Style Yukon Color BK

Registration No. DSX492 Yr. 2007 State GA

CDL ☐ YES ☒ NO ACCIDENT ☐ YES ☒ NO INJURIES ☐ YES ☒ NO FATALITIES ☐ YES ☒ NO

☒ 2-LANE ROAD ☐ DRIVER REQUESTED ACCURACY CHECK ☐ VASCAR ☐ LASER ☐ RADAR

Within the State of Georgia, did commit the following offense: SPEEDING-Checked by ☐ PATROL VEHICLE ☐ OTHER

(Serial # ______ Calibration/Check ______) at ______ MPH in a ______ zone

SECTION II - VIOLATION

☐ DUI (Test Administered; ☐ BLOOD ☐ BREATH ☐ URINE ☐ OTHER) DUI Test Results ______

TEST ADMINISTERED BY (If Applicable): ______

OFFENSE (Other than above) ~~Stop~~ Fail to Stop at Stop Sign

In Violation of Code Section ______ of ☒ State Law ☐ Local Ordinance

REMARKS 40-6-72

PAY ONLINE AT WWW.CITYOFWALTHOURVILLE.COM OR CALL 912-368-6525

SECTION III - LOCATION

| WEATHER | (A) ROAD | (B) | TRAFFIC | LIGHTING | COMMERCIAL VIOLATION INFORMATION |
|---|---|---|---|---|---|
| ☒ Clear | ☒ Dry | ☒ Concrete | ☒ Light | ☒ Daylight | ☐ 10+ Passengers |
| ☐ Cloudy | ☐ Wet | ☐ Blacktop | ☐ Medium | ☐ Darkness | ☐ Commercial Vehicle Violation |
| ☐ Raining | ☐ Ice | ☐ Dirt | ☐ Heavy | ☐ Other | ☐ Hazardous Material Violation |
| ☐ Other | ☐ Other | ☐ Other | | | |

County of LIBERTY ______ miles ______ of (city) WALTHOURVILLE

on Sri Pearl at or near mile post ______, or within (city) WALTHOURVILLE

at/on (secondary location) Lenard

OFFICER (Print) L. LEE Badge # 426 Div. Patrol

You are hereby ordered to appear in Court to answer this charge on the 15th day of March 2016 at 3:00 ☐ AM ☒ PM in the MUNICIPAL Court

at 192B TALMADGE ROAD

City WALTHOURVILLE, Georgia 31333

SECTION IV - SUMMONS

NOTICE: This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you shall cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license shall be suspended. (Georgia Code 17-6-11 and 40-5-56) The suspension shall remain in effect until such time as there is a satisfactory disposition in this matter or the Court notifies the Department of Driver Services.

LICENSE DISPLAYED IN LIEU OF BAIL ☐ YES ☒ NO RELEASED TO

SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

SIGNATURE ______

SECTION V - OFFICER CERTIFICATION

ARRESTING OFFICER'S CERTIFICATION

The undersigned has just and reasonable grounds to believe, and does believe, that the person named herein has committed the offense set forth, contrary to law.

SIGNATURE ______ Signature of Arresting Officer Badge # 426

AUTHORIZED AND APPROVED PURSUANT TO: CODE 40-13-1 D.D.S. REG. 375-3-4-.01

COURT COPY

PRO SOLUTIONS (770) 667-0585 132526

21526

WPD16010217

T00022921

**WALTHOURVILLE MUNICIPAL COURT**

Court Date **02/16/2016**

Court Time **3:00 P.M.**

Defendant **GROOVER, TINA MARIA**

DOB ██████████   SEX **F**   RACE **W**
DL# **GA-053971387**

| Case-No. | Ticket-No. | Violation | |
|---|---|---|---|
| WPD16010217 | T00022921 | 40-6-72 | FAILURE TO OBEY STOP SIGN |

Standard Fine: 150.00

Disposition _____ Fine _____ Date Paid _____ Receipt _____

City0320

---

*(rotated handwritten citation form)*

**UNIFORM TRAFFIC CITATION, SUMMONS AND ACCUSATION**

GEORGIA

SS NR-GA0880500

Citation Number 22921

**CITY OF WALTHOURVILLE POLICE DEPARTMENT**

NCIC NO. SS NR-GA0880500

22921

NCIC Number

Case Number

Officer's License No.

Unnamed or Type

Name GROOVER, TINA MARIA

Address ████████

City ████████   State GA   Zip Code 31316

Veh. Tag #   State GA   Yr. 2015

Registration No.

COL ☐ YES ☐ NO

☐ LANES ☐ US0

In Violation of Code Section 40-6-72

☐ DUI (Test Administered)   ☐ BLOOD   ☐ BREATH   ☐ URINE

OFFENSE (Other than above)

REMARKS:

20 to 200

☐ PAY ONLINE AT WWW.CITYOFWALTHOURVILLE.COM OR CALL 912-368-8625

COMMERCIAL VIOLATION INFORMATION

☐ 16+ Passengers
☐ Commercial Vehicle Violation
☐ Hazardous Material Violation

WALTHOURVILLE
WALTHOURVILLE

1928 TALMADGE ROAD

WALTHOURVILLE   Georgia 31333

MUNICIPAL

**NOTICE:** This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you shall cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license shall be suspended. (Georgia Code 17-6-11 and 40-5-56) The suspension shall remain in effect until such time as there is a satisfactory disposition in this matter or the Court notifies the Department of Driver Services.

LICENSE SURRENDERED IN LIEU OF BAIL   ☐ YES   ☐ NO

I HAVE RECEIVED A COPY OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

ARRESTING OFFICER'S CERTIFICATION

**COURT COPY**

PRO SOLUTIONS (770) 957-0553

AUTHORIZED AND APPROVED PURSUANT TO:
CODE 40-13-1  O.C.G.A. REG. 375-3-4-.01

**GEORGIA**
**UNIFORM TRAFFIC CITATION, SUMMONS AND ACCUSATION**

WPDU 010322    SS NR-GA0890500    22923

**CITY OF WALTHOURVILLE POLICE DEPARTMENT**

| Field | Value |
|---|---|
| Upon Month/Day/Year | January 29 2016   0847 ☒ A.M. ☐ P.M. |
| Operator License No. | C |
| License Class or Type | C   State GA   Endorsement ADNE   Expires 1-27-2018 |
| Name | KING   Artillious Xavier L. |
| Address | 1354 Tananmouth Yot C |
| City | Fort Stewart   State GA   Zip Code 31315 |
| DOB | BK 63   Sex M   Hair BLK   Eyes BRO |
| Veh. Yr. 2009   Make NISSAN   Style Altima   Color BLK |
| Registration No. 153303142   Yr. 2009   State GA |

CDL ☐ YES ☐ NO   ACCIDENT ☐ YES ☐ NO   INJURIES ☐ YES ☐ NO   FATALITIES ☐ YES ☐ NO
☒ 2-LANE ROAD   ☐ DRIVER REQUESTED ACCURACY CHECK ☐ VASCAR ☐ LASER ☐ RADAR
Within the State of Georgia, did commit the following offense: SPEEDING-Clocked by ☐ PATROL VEHICLE ☐ OTHER
(Serial #                    Calibration/Check                ) at                 MPH in a                 zone

☐ DUI (Test Administered)   ☐ BLOOD   ☐ BREATH   ☐ URINE   ☐ OTHER DUI Test Results
TEST ADMINISTERED BY (if Applicable)
OFFENSE (Other than above): failed to stop at stop sign
In Violation of Code Section   40-6-72   of ☐ State Law ☐ Local Ordinance
REMARKS   40-6-72

**PAY ONLINE AT WWW.CITYOFWALTHOURVILLE.COM OR CALL 912-368-8525**

| WEATHER (A) | ROAD (B) | TRAFFIC | LIGHTING | COMMERCIAL VIOLATION INFORMATION |
|---|---|---|---|---|
| ☒ Clear ☐ Cloudy ☐ Raining ☐ Other | ☒ Dry ☐ Wet ☐ Ice ☐ Other | ☐ Concrete ☐ Blacktop ☐ Dirt ☐ Other | ☒ Light ☐ Medium ☐ Heavy | ☒ Daylight ☐ Darkness ☐ Other | ☐ 16+ Passengers ☐ Commercial Vehicle Violation ☐ Hazardous Material Violation |

County of LIBERTY   Georgia 31333
versus:   KING...   rules.... of (city)   WALTHOURVILLE
when (reason/any) location   XAVIER   , or within (city)   WALTHOURVILLE
(Print)   I. LEE   Badge #   4626   Patrol
You are hereby ordered to appear in Court to answer this charge on the   16th   day of   February
20 16   300   ☐ AM ☒ PM to   MUNICIPAL
at   192B TALMADGE ROAD
City   WALTHOURVILLE

NOTICE: This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you shall cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license shall be suspended. (Georgia Code 17-6-11 and 40-5-56) The suspension shall remain in effect until such time as there is a satisfactory disposition in this matter or the Court notifies the Department of Driver Services.
LICENSE DEPOSITED IN LIEU OF BAIL   ☐ YES   ☒ NO - RELEASED TO
SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME
SIGNATURE

**ARRESTING OFFICER'S CERTIFICATION**
The undersigned has just and reasonable grounds to believe, and does believe, that the person named herein has committed the offense set forth contrary to law.
SIGNATURE   Signature of Arresting Officer   Badge #   426

AUTHORIZED AND APPROVED PURSUANT TO:
CODE 40-13-1 D.D.S. REG. 570-3-4-.01

**COURT COPY**

PRO SOLUTIONS (770) 887-0565   132526

---

Court Date 02/16/2016

Defendant KING, ARTILLIOUS XAVIER

| | |
|---|---|
| Case-No. | WPDI6010322 |
| Ticket-No. | T00022923 |
| Violation | 40-6-72 |
| | FAILURE TO OBEY STOP SIGN |
| Standard Fine: 150.00 | |

Disposition
Amount
Fine
Date Paid
eipt

WPDI6010322

Ticket-No.
T00022923

**WALTHOURVILLE MUNICIPAL COURT**
**Court Time 3:00 P.M.**

WPDI6010322

DOB
SEX M   RACE B
DL#
GA-054336347

T00022923

City0321

WPD16020059 T00021531

# WALTHOURVILLE MUNICIPAL COURT

Court Date 04/19/2016 Court Time 1:00 P.M.

Defendant NOWELL, RUSSELL ALLEN DOB [redacted] SEX M RACE W

DL# GA-058821606

| Case-No. | Ticket-No. | Violation | |
|---|---|---|---|
| WPD16020059 | T00021531 | 40-8-7 | DRIVING UNSAFE/IMPROPERLY EQUIPPED VEH. |
| | | | Standard Fine: 125.00 |

Disposition Fine Date Paid Receipt

UDS-32 (01/90)

GEORGIA

UNIFORM TRAFFIC CITATION, SUMMONS AND ACCUSATION

WPD16020059 (Court Case Number) SS NR-GA0890500 (NCIC Number) 21531 (Citation Number)

CITY OF WALTHOURVILLE POLICE DEPARTMENT

**SECTION I - VIOLATOR**

Upon Month Febuary (Day) 6 (Year) 2016 at 1047 ☒ A.M. ☐ P.M.

Operator License [redacted]

License Class or Type 6M State GA. Endorsements NONE Expires 12-2018

Name Nowell (Last) Russell Allen (Middle)

Address 2155 Benton Blvd

City Pooler State GA. Zip Code 31322

DOB [redacted] Hgt 5'9 Wgt 180 Sex M. Race W Eyes Gen

Veh. Yr. 2011 Make Chev Style Colorado Color Whi.

Registration No. PVP9015 Yr. 2011 State GA.

CDL ☐ YES ☒ NO ACCIDENT ☐ YES ☒ NO INJURIES ☐ YES ☒ NO FATALITIES ☐ YES ☒ NO

☒ 2-LANE ROAD ☐ DRIVER REQUESTED ACCURACY CHECK ☐ VASCAR ☐ LASER ☒ RADAR

Within the State of Georgia, did commit the following offense: SPEEDING-Clocked by ☐ PATROL VEHICLE ☐ OTHER

(Serial) # ______ Calibration/Check ______ ) at ______ MPH in a ______ zone

☐ DUI (Test Administered: ☐ BLOOD ☐ BREATH ☐ URINE ☐ OTHER) DUI Test Results

**SECTION II - VIOLATION**

TEST ADMINISTERED BY (If Applicable):

OFFENSE (Other than above) fail to make a complete Stop at Stop Sign

In Violation of Code Section ______ of ☒ State Law ☐ Local Ordinance

REMARKS 40 60.72

PAY ONLINE AT WWW.CITYOFWALTHOURVILLE.COM OR CALL 912-368-6525

**SECTION III - LOCATION**

| WEATHER | (A) ROAD | (B) | TRAFFIC | LIGHTING | COMMERCIAL VIOLATION INFORMATION |
|---|---|---|---|---|---|
| ☒ Clear ☐ Cloudy ☐ Raining ☐ Other | ☒ Dry ☐ Wet ☐ Ice ☐ Other | ☒ Concrete ☐ Blacktop ☐ Dirt ☐ Other | ☒ Light ☐ Medium ☐ Heavy | ☒ Daylight ☐ Darkness ☐ Other | ☐ 16+ Passengers ☐ Commercial Vehicle Violation ☐ Hazardous Material Violation |

County of LIBERTY ______ and ______ miles ______ of (city) WALTHOURVILLE

on Griffen at or near mile post Talmadge or within (city) WALTHOURVILLE

given (secondary location)

OFFICER (Print) Lee Badge # 426 Div. Patrol

You are hereby ordered to appear in Court to answer this charge on the 10th day of March 2016 at 300 ☐ AM ☒ PM in the MUNICIPAL Court

at 1928 TALMADGE ROAD

City WALTHOURVILLE, Georgia 31333

**SECTION IV - SUMMONS**

NOTICE: This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you shall cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license shall be suspended. (Georgia Code 17-6-11 and 40-5-56) The suspension shall remain in effect until such time as there is a satisfactory disposition in this matter or the Court notifies the Department of Driver Services.

21531

LICENSE DISPLAYED IN LIEU OF BAIL ☐ YES ☐ NO RELEASED TO

SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

SIGNATURE Russell Nowell

**SECTION V - OFFICER CERTIFICATION**

ARRESTING OFFICER'S CERTIFICATION

The undersigned has just and reasonable grounds to believe, and does believe, that the person named herein has committed the offense set forth, contrary to law.

SIGNATURE ______ Signature of Arresting Officer Badge # 426

AUTHORIZED AND APPROVED PURSUANT TO: CODE 40-13-1 D.O.S. REG. 375-3-4-.01

COURT COPY

PRO SOLUTIONS (770) 667-0585 132528

City0322

DDS-32 (01/10)

**GEORGIA**

## UNIFORM TRAFFIC CITATION, SUMMONS AND ACCUSATION

WPD16010058    SS NR-GA0890500    22909
Court Case Number    NCIC Number    Citation Number

### CITY OF WALTHOURVILLE POLICE DEPARTMENT

Upon: January 6 (Day) (Year) 2016 0835 ☐ A.M. ☐ P.M.

Operator License #: _____ D. State TN Endorsements NONE Expires 1·5·2016

Name: RAGSDALE BRIAN Matthew

Address: 7885 DRY CREEK

MOUNT PLEASANT State TN Zip Code 38474

DOB: _____ Hair ___ Hgt 6·2 Wgt ___ Sex ___ Race W Eyes BRO

Veh. Yr 2005 Make PONTIAC Style VIBE Color Blue

Registration #: K4DDI Yr 2005 State

COL ☐ YES ☑ NO    ACCIDENT ☐ YES ☑ NO    INJURIES ☐ YES ☑ NO    FATALITIES ☐ YES ☐ NO

☑ 2-LANE ROAD    ☐ DRIVER REQUESTED ACCURACY CHECK    ☐ VASCAR ☐ LASER ☐ RADAR
(Within the State of Georgia, did commit the following offense: SPEEDING-Clocked by ☐ PATROL VEHICLE ☐ OTHER
(Serial #) _____ Calibration/Check _____ MPH in a _____ zone

☐ DUI (Test Administered)    ☐ BLOOD ☐ BREATH ☐ URINE    ☐ OTHER DUI Test Results

TEST ADMINISTERED BY (if Applicable):

OFFENSE (Other than above): Fail to stop for stop sign
In Violation of Code Section 40·6·72 of ☐ State Law ☐ Local Ordinance
REMARKS

### PAY ONLINE AT WWW.CITYOFWALTHOURVILLE.COM OR CALL 912-368-6525

| WEATHER | (A) ROAD | (A) TRAFFIC | LIGHTING | COMMERCIAL VIOLATION INFORMATION |
|---|---|---|---|---|
| ☐ Clear | ☐ Dry | ☐ Concrete | ☐ Light | ☐ Daylight | ☐ 16+ Passengers |
| ☐ Cloudy | ☑ Wet | ☐ Blacktop | ☐ Medium | ☐ Darkness | ☐ Commercial Vehicle Violation |
| ☐ Raining | ☐ Ice | ☐ Dirt | ☐ Heavy | ☐ Other | ☐ Hazardous Material Violation |
| ☐ Other | ☐ Other | ☐ Other | | | |

County of LIBERTY    and    miles    of (city)    WALTHOURVILLE
LITTEAL AIRPORT , or within (city)    WALTHOURVILLE

at (an intersecting location)

Officer I. LEE    Badge # 426    by Patrol

You are hereby ordered to appear in Court to answer this charge on the 10th day of February

20 16 at 800 ☐ AM ☑ PM in the MUNICIPAL    Court
1928 TALMADGE ROAD
City WALTHOURVILLE    , Georgia 31333

NOTICE! This citation shall constitute official notice to you that **failure to appear in Court** at the date and time stated on this citation to dispose of the cited charges against you shall cause the designated Court to forward your driver's license number to the Department of Driver Services, and **your driver's license shall be suspended.** (Georgia Code 17-6-11 and 40-5-56) The suspension shall remain in effect until such time as there is a satisfactory disposition in this matter or the Court notifies the Department of Driver Services.

LICENSE DISPLAYED IN LIEU OF BAIL    ☐ YES    ☐ NO    RELEASED TO
SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

SIGNATURE

### ARRESTING OFFICER'S CERTIFICATION
The undersigned has just and reasonable grounds to believe, and does believe, that the person named herein has committed the offense set forth contrary hereto.

SIGNATURE _____    Badge # 426

AUTHORIZED AND APPROVED PURSUANT TO:
CODE 40-13-1 D.D.S. REG. 3753-4-.01

### COURT COPY

PRO SOLUTIONS (770) 857-0585    132526

22909

---

WPD16010058

T00022909

**WALTHOURVILLE MUNICIPAL COURT**

Court Date 02/16/2016    Court Time 3:00 P.M.

Defendant RAGSDALE, BRIAN MATTHEW

Case-No. WPD16010058

Ticket-No. T00022909

Violation 40-6-72

FAILURE TO OBEY STOP SIGN

Standard Fine: 160.00

DOB _____    TN-109069480    SEX M    RACE W

DL#

Disposition

Fine

Date Paid

Receipt

NCIC NO. SS NR-GA0890500

City0323

DDS-32 (0/11)

## GEORGIA
## UNIFORM TRAFFIC CITATION, SUMMONS AND ACCUSATION

SS NR-GA0890500    22907

WPD1601

Court Case Number    NCIC Number    Citation Number

### CITY OF WALTHOURVILLE POLICE DEPARTMENT

Year, Month, Day: 2016    at 0819    ☑ A.M.  ☐ P.M.

Operator License No.    C    State GA    Endorsements NONE    Expires 11-17-2020

Name: SHINHOLSTER COREY VONSHA

Address: 1954 Talmadge Rd.

City: Allenhurst    State GA    Zip Code 31301

DOB    Hgt 6'5"    Wgt 140    Sex M    Race BlK    Eyes BRO

Veh. Yr. 2002    Make Chevy    Style Trailblazer    Color WH

Registration No. PTN2057    Yr. 2002    State GA

COL ☐YES ☑NO   ACCIDENT ☐YES ☑NO   INJURIES ☐YES ☑NO   FATALITIES ☐YES ☑NO

☑ 2-LANE ROAD
WITH the State of Georgia, did commit the following offense: SPEEDING-Clocked by _____ at _____ MPH in a _____ zone

☐DUI (Test Administered)  ☐BLOOD  ☐BREATH  ☐URINE  ☐OTHER) DUI Test Results

TEST ADMINISTERED BY (if applicable)

OFFENSE (Other than above): Failed to make a complete
In Violation of Code Section: Road Stop Sign    of ☑State Law  ☐Local Ordinance

REMARKS: 40-6-72

### PAY ONLINE AT WWW.CITYOFWALTHOURVILLE.COM OR CALL 912-368-6525

| WEATHER | (A) ROAD (B) | TRAFFIC | LIGHTING | COMMERCIAL VIOLATION INFORMATION |
|---|---|---|---|---|
| ☐Clear | ☐Dry ☐Concrete | ☐Light | ☑Daylight | ☐16+ Passengers |
| ☐Cloudy | ☑Wet ☐Blacktop | ☐Medium | ☐Darkness | ☐Commercial Vehicle Violation |
| ☐Raining | ☐Ice ☐Dirt | ☐Heavy | ☐Other | ☐Hazardous Material Violation |
| ☐Other | ☐Other ☐Other | | | |

County of LIBERTY    WALTHOURVILLE
ation (expressway location)    WALTHOURVILLE
(Print) Talmadge ROAD

OFFICER LEE    Badge # 426    Patrol

You are hereby ordered to appear in Court to answer this charge on the 11th day of February

20 16 , 3:00 ☐AM ☑PM in the _____ MUNICIPAL Court
City WALTHOURVILLE    192E TALMADGE ROAD
_____ , Georgia 31333

22907

NOTICE: This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you shall cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license shall be suspended. (Georgia Code 17-6-11 and 40-5-56) The suspension shall remain in effect until such time as there is a satisfactory disposition in this matter or the Court notifies the Department of Driver Services.

LICENSE DISPLAYED IN LIEU OF BAIL  ☐YES  ☐NO  RELEASED TO _____
SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

SIGNATURE: Corey Shinholster

### ARRESTING OFFICER'S CERTIFICATION
The undersigned has just and reasonable grounds to believe, and does believe, that the person named herein has committed the offense set forth contrary to law.

SIGNATURE: _____    Badge # 426
Signature of Arresting Officer

COURT COPY

AUTHORIZED AND APPROVED PURSUANT TO:
CODE 40-13-1  D.D.S. REG. 375-3-4-.01

PRO SOLUTIONS (770) 667-0565    132526

---

Court Date 02/16/2016

Defendant SHINHOLSTER, COREY VONSHA

Disposition

Case-No.
WPD1601

Ticket-No.
T00022907

Violation
40-6-72

WPD1601

NCIC SS NR-GA0890500

Court Time 3:00 P.M.

WALTHOURVILLE MUNICIPAL COURT

FAILURE TO OBEY STOP SIGN

Standard Fine: 150.00

Fine    Date Paid    Receipt

DOB
SEX M    RACE B
DL#
GA-049704099

T00022907

City0324

WPD16010110     T00022912

**WALTHOURVILLE MUNICIPAL COURT**

City0325

**Court Date** 02/16/2016     **Court Time** 3:00 P.M.

**Defendant** STRICKLAND, EMMA J     DOB ~~████~~   **SEX** F   **RACE** W

DL#   GA-021497691

| Case-No. | Ticket-No. | Violation | |
|---|---|---|---|
| WPD16010110 | T00022912 | 40-6-72 | FAILURE TO OBEY STOP SIGN |
| | | | Standard Fine: 150.00 |

**Disposition** _____   **Fine** _____   **Date Paid** _____   **Receipt** _____

NCIC NO. SS NR-GA0890500    22912   Court

PAY ONLINE AT WWW.CITYOFWALTHOURVILLE.COM OR CALL 912-368-6525

NOTICE: This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you shall cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license shall be suspended. (Georgia Code 17-6-11 and 40-6-50) The suspension shall remain in effect until such time as there is a satisfactory disposition in this matter or the Court notifies the Department of Driver Services.

COURT COPY

PRO SOLUTIONS (770) 887-0585   13526

208-32 (9/10)

GEORGIA
UNIFORM TRAFFIC CITATION, SUMMONS AND ACCUSATION
SS NR-GA0890500
22912

CITY OF WALTHOURVILLE POLICE DEPARTMENT

WPD16010205

T00022917

**WALTHOURVILLE MUNICIPAL COURT**

City0326

**Court Date** 02/16/2016                    **Court Time** 3:00 P.M.

**Defendant** UNDERWOOD, MARY SIMS          DOB ▓▓▓▓▓   SEX **F**   RACE **B**
                                            DL#        GA-051738736

| Case-No. | Ticket-No. | Violation | |
|---|---|---|---|
| WPD16010205 | T00022917 | 40-6-72 | FAILURE TO OBEY STOP SIGN |

Standard Fine: 150.00

Fine _____    Date Paid _____    Receipt _____

SID# _____

COURT COPY

PRO SOLUTIONS (770) 697-0533

PAY ON LINE AT WWW.CITYOFWALTHOURVILLE.COM OR CALL 912-368-5525

NCIC NO. SS NR-GA0890500

22917

T00021530

WALTHOURVILLE MUNICIPAL COURT

**Court Date** 04/19/2016          **Court Time** 1:00 P.M.

**Defendant** WORTHEN, KAREN RENEE

| | |
|---|---|
| DOB | SEX F   RACE B |
| DL# | GA-052406746 |

**Ticket-No.**          **Violation**

T00021530          40-8-7          DRIVING UNSAFE/IMPROPERLY EQUIPPED VEH.

**Case-No.**          Standard Fine: 125.00

WPD16020057

**Disposition**          Fine _____  Date Paid _____  Receipt _____

WPD16020057

Cliy0327

DDS-32 (01/01)

**GEORGIA**
**UNIFORM TRAFFIC CITATION, SUMMONS AND ACCUSATION**

WPD1601 0449      SS NR-GA0890500      22914
Court Case No.      NCIC Number      Citation Number

**CITY OF WALTHOURVILLE POLICE DEPARTMENT**

Upon [Jannah]   15 (Day)   2016 (Year)   at 0822   ☐ A.M. ☑ P.M.
Month

Operator License   GA.   Endorsements NONE   Expires 3-14-2017
License Class or Type

Name   Young   C   Shauncy   Lolita
Address   410   Berry Oak Ln.   Zip Code 31313
Hinesville   GA.   Eyes Bro.
                    Sex F   Race B

Veh. Yr. 2016   Make Buick   510   Style Lacrosse   Color GA.

Registration No. PVR   State GA.

CDL ☐ YES ☑ NO   ACCIDENT ☐ YES ☑ NO   INJURIES ☐ YES ☑ NO   FATALITIES ☐ YES ☑ NO

☑ 2-LANE ROAD   ☐ DRIVER REQUESTED ACCURACY CHECK   ☐ VASCAR ☐ LASER   ☐ RADAR ☐ OTHER
                                                        ☐ PATROL VEHICLE

Within the State of Georgia, did commit the following offense: SPEEDING--Clocked by _____ at _____ MPH in a _____ zone

CalSortConvCheck

(Serial #)
☐ DUI (Test Administered):   ☐ BLOOD   ☐ BREATH   ☐ URINE   ☐ OTHER) DUI Test Results _____

TEST ADMINISTERED BY (If Applicable): _____

OFFENSE (Other than above)   Fail to stop at stop sign
In Violation of Code Section   40-6-72   of ☑ State Law ☐ Local Ordinance

REMARKS _____

**PAY ONLINE AT WWW.CITYOFWALTHOURVILLE.COM OR CALL 912-368-6525**

| WEATHER | (A) ROAD | TRAFFIC | LIGHTING | COMMERCIAL VIOLATION INFORMATION |
|---|---|---|---|---|
| ☐ Clear | ☐ Dry | ☑ Concrete | ☑ Light | ☑ Daylight | ☐ 16+ Passengers |
| ☐ Cloudy | ☐ Wet | ☐ Blacktop | ☐ Medium | ☐ Darkness | ☐ Commercial Vehicle Violation |
| ☐ Raining | ☐ Ice | ☐ Dirt | ☐ Heavy | ☐ Other | ☐ Hazardous Material Violation |
| ☐ Other | ☐ Other | ☐ Other |  |  |  |

County of   LIBERTY   at or near   _____   miles or within (city)   WALTHOURVILLE
ation (secondary location) _____   Badge # 420   [Patrol]
OFFICER I. LEE   10th day of February   Court

You are hereby ordered to appear in Court to answer this charge on the

20 16 at 3:00   ☐ AM ☑ PM in the   MUNICIPAL   Court
at   192B TALMADGE ROAD
City   WALTHOURVILLE   , Georgia 31333

NOTICE: This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you shall cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license shall be suspended. (Georgia Code 17-6-11 and 40-5-56) The suspension shall remain in effect until such time as there is a satisfactory disposition in this matter or the Court notifies the Department of Driver Services.

LICENSE ACCEPTED IN LIEU OF BAIL   ☐ YES   ☐ NO   RELEASED TO: _____
SIGNATURE OF NON FORCES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

SIGNATURE _____

ATTESTING OFFICER'S CERTIFICATION
The undersigned has read and reasonable grounds to believe, and does believe, that the person named herein has committed the offense set forth contrary to law.

SIGNATURE _____   Signature of Arresting Officer   Badge # 420

AUTHORIZED AND APPROVED PURSUANT TO:
CODE 40-13-1 D.D.S. REG. 375-3-4-.01

**COURT COPY**

PRO SOLUTIONS (770) 667-0585   182520

---

**WPD1601 0449**

| Court Date 02/16/2016 | WALTHOURVILLE MUNICIPAL COURT | WPD1601 0449 |
|---|---|---|
| Defendant YOUNG, SHAUNCY LOLITA | | |

Case-No.  WPD1601 0449

Ticket-No.  T00022914

Violation  40-6-72

FAILURE TO _____

Court Time 3:00 P.M.

DOB _____

DL# _____

SEX F   RACE B

GA-051950512

22914

T00022914

receipt

City0328

 **GMail**
by Google

Melissa A. Jones <mjones@cityofwalthourville.com>

## LATARCHIA MARSHA' LEE
4 messages

---

**Jeff Miller <jmiller@gapost.org>**
To: mjones@cityofwalthourville.com

Wed, Jan 10, 2018 at 2:31 PM

See attached.

--
Jeff Miller
Director-Certification & Training Standards
Georgia Peace Officer Standards and Training Council
Post Office Box 349
Clarkdale, Georgia 30111-0349
770-732-5788 office
770-842-5707 cell
jmiller@gapost.org

📄 **Letter to Melissa Jones re Latarchia Lee.pdf**
91K

---

**Melissa A. Jones <mjones@cityofwalthourville.com>**
To: Jeff Miller <jmiller@gapost.org>

Wed, Jan 10, 2018 at 2:37 PM

Thank you so much Mr. Miller for the prompt response. Are you able to see who signed to attest Lee's waiver for 2015?

Melissa A. Jones
City Clerk/HR Administrator
P. O. Box K
Walthourville, GA 31333
*Office:* (912) 368-7501
*Cell:* (912) 532-3375
*Fax:* (912) 368-2803
[Quoted text hidden]

---

**Jeff Miller <jmiller@gapost.org>**
To: "Melissa A. Jones" <mjones@cityofwalthourville.com>

Wed, Jan 10, 2018 at 2:39 PM

BERNIE QUARTERMAN
[Quoted text hidden]

---

**Melissa A. Jones <mjones@cityofwalthourville.com>**
To: Jeff Miller <jmiller@gapost.org>

Wed, Jan 10, 2018 at 2:42 PM

Thank you.

Melissa A. Jones
City Clerk/HR Administrator
P. O. Box K
Walthourville, GA 31333
*Office:* (912) 368-7501
*Cell:* (912) 532-3375
*Fax:* (912) 368-2803

[Quoted text hidden]

City0329

City0330

Start | Admin | Report | Training | Officers | Applications | Help | Logout

## Officer Career Training Deficiency

[ Close Window ]

Name O211974 LATARCHIA MARSHA' LEE

## Deficient Training Years

| Year | Firearms | Deadly Force | De-escalation | Community Policing | Total Training |
|------|----------|--------------|---------------|--------------------|----------------|
| 2017 | 1        | 0            | 0             | 4                  | 24             |

Logout | Profile

The current time is 11:20 a.m. Your session will expire after 30 minutes of inactivity.

Copyright 2018 gpassociates.com

**01.23.18**

On 12.29.17 I was told by Sgt. Wright that Ofc. Lee would not be in to work. Sgt. Wright told me that she was under Doctor Care and she would be out for three days. I called Ofc. Lee and she stated that she was sick and she would keep us inform of her status. After Ofc. Lee did not come in to work on 01.03.18 I tried to call her and did not get a hold of her. I left messages on her answer machine and Sgt. Wright briefed me that he had been leave message for her. On 01.22.18 I got in touch with Ofc. Lee and she stated that she will be going in told her to bring her keys and equipment in.. Nothing further.

Sgt. Jerald Burgess

Walthourville, GA Police department.



# POLICE OFFICER

## Job Summary
This is the first rank of the Walthourville Police force that includes sworn peace officers. Sworn officers are expected to demonstrate competency in law enforcement procedures. Officers work under the general supervision of an assigned Sergeant. They perform a wide range of law enforcement functions including making arrests, issuing traffic tickets, crowd control and investigative work to promote public safety and security, crime prevention and general enforcement of the law.

## Minimum Requirements:
- Must be a U.S. Citizen
- Must have a high school diploma or GED equivalent
- Must possess a valid Georgia Class C driver's license
- Must be 21 years of age
- No felony convictions during your lifetime
- No discharge from any military organization less than an honorable discharge
- No termination for cause from a local, state or federal civil service or merit system job
- No current financial obligations/contract to any law enforcement agency or department
- Candidate must have been previously certified by Georgia Peace Officers Standards and Training as a Peace Officer in good standing or a recent graduate of Basic Mandate.

*The above requirements are not all-inclusive. *

## License Required
- Possession of a valid Georgia Driver's License

## Work Functions and Responsibilities
1) Provide for public safety by maintaining order, responding to emergencies, protecting people and property, enforcing motor vehicle and criminal laws, and promoting good community relations.
2) Identify, pursue, and arrest suspects and perpetrators of criminal acts.
3) Record facts to prepare reports that document incidents and activities.
4) Review facts of incidents to determine if criminal act or statute violations were involved.
5) Render aid to accident victims and other persons requiring first aid for physical injuries.
6) Testify in court to present evidence or act as witness in traffic and criminal cases.
7) Evaluate complaint and emergency-request information to determine response requirements.
8) Patrol specific area on foot, horseback, or motorized conveyance, responding promptly to calls for assistance.



EXHIBIT
X 29

City0335

9) Investigate traffic accidents and other accidents to determine causes and to determine if a crime has been committed.
10) Photograph or draw diagrams of crime or accident scenes and interview principals and eyewitnesses.
11) Monitor traffic to ensure motorists observe traffic regulations and exhibit safe driving procedures.
12) Relay complaint and emergency-request information to appropriate agency dispatchers.
13) Issue citations or warnings to violators of motor vehicle ordinances.
14) Direct traffic flow and reroute traffic in case of emergencies.
15) Inform citizens of community services and recommend options to facilitate longer-term problem resolution.
16) Monitor, note, report, and investigate suspicious persons and situations, safety hazards, and unusual or illegal activity in patrol area.
17) Provide road information to assist motorists.
18) Process prisoners, and prepare and maintain records of prisoner bookings and prisoner status during booking and pre-trial process.
19) Inspect public establishments to ensure compliance with rules and regulations.
20) Enforces vehicle parking and operating laws; uses radar and/or lidar units to enforce speed laws, concentrating efforts on high-accident locations, citizen complaint locations, and locations where officers have observed high speed issuing traffic summons for violations

This list is not inclusive, other duties may be assigned. The City of Walthourville wants to ensure the safety of all residents, continuous training and certifications will be obtained by all City of Walthourville officers.

## Special Requirements

Must be available to work morning, evenings, weekends, holidays, and overtime when required to meet operational needs. Positions within this class will require employees to work during inclement weather, regardless of the City's operational status.

## Knowledge-Skills Abilities Required to Perform Satisfactorily

### Knowledge of:

1. Law and government- knowledge of laws, legal codes, court procedures, precedents, government Regulations, executive orders, and agency rules.
2. Public safety and security- knowledge of relevant equipment, policies, procedures, and strategies to promote effective local, state, or national security operations for the protection of people, date property, and institutions.
3. Customer and personal service-knowledge of principles and processes for providing customer and personal service; this includes customer needs assessment, meeting quality standards for services, and evaluation of customer satisfaction.

### Ability to:

1. Listen to and understand information and ideas presented through spoken words and sentences.
2. Combine pieces of information to form general rules or conclusions (inductive reasoning.)
3. Communicate information and ideas in speaking so others will understand.
4. To see details at a close range (within a few feet of the observer).
5. To see details at a distance.

6. Identify and understand the speech of another person.
7. Speak clearly so others can understand you.
8. Apply general rules to specific problems to produce answers that make sense.
9. Tell when something is wrong or is likely to go wrong. It does not involve solving the problem, only recognizing there is a problem.
10. Identify or detect a known pattern that is hidden in other distracting material.
11. Choose quickly between two or more movements in response to two or more different signals (lights, sounds, pictures). It includes the speed with which the correct response is started with the hand, foot, or other body part.
12. Quickly respond to a signal when it appears.
13. Shift back and forth between two or more activities or sources of information.
14. Quickly make sense of, combine, and organize information into meaningful patterns.
15. Quickly and repeatedly adjust the controls of a machine or a vehicle to exact positions.
16. Coordinate two or more limbs while sitting, standing, or lying down. It does not involve performing the activities while the whole body is in motion.
17. Time your movements or the movement of a piece of equipment in anticipation of changes in the Speed and/or direction of a moving object or scene.
18. Arrange things or actions in a certain order or pattern according to a specific rule or set of rules.
19. Communicate information and ideas in writing so others will understand.
20. Read and understand information and ideas presented in writing.
21. Concentrate on a task over a period of time without being distracted.
22. Quickly and accurately compare similarities and differences among sets of letters, numbers, objects, pictures or patterns. The things to be compared may be presented at the same time or one after the other. The ability also includes comparing a presented object with a remembered object.
23. Know your location in relation to the environment or to know where other objects are in relation to you.
24. Generate or use different sets of rules for combining or grouping things in different ways.
25. Quickly move the arts and legs.
26. Judge which of several objects is closer or farther away from you, or to judge the distance between you and an object.
27. Exert yourself physically over long periods of time without getting winded or out of breath.
28. Exert maximum force to lift, push, pull, or carry objects.
29. See under low light conditions.
30. See objects or movements of objects to one's side when the eyes are looking ahead.

**Job Description Acknowledgement Form**
I have received, reviewed and fully understand the job description for a Police Officer. I further understand that I am responsible for the satisfactory execution of the essential functions described therein, under any and all conditions as described.

Employee Name: _____     Date: _____

Employee Signature: _____

Work/School Excuse Letter

LMC Emergency
Department

2720 Sunset
Boulevard
West Columbia SC
29169
Phone: 803-791-2350
Fax: 803-939-4578

Patient:        Latarshia Marajia Lee
Date of Birth: 2/16/1978
Date of Visit:  1/3/2018

To Whom It May Concern,

Latarshia Lee was seen and treated at LMC Emergency Department on 1/3/2018.
She has the following restriction(s): no work for two days.

She may return to work or school on 01/05/18

Sincerely,

Hobbs, Brittany A. LPN

**LEXINGTON**
**MEDICAL CENTER**
Emergency Department

2720 Sunset Boulevard
West Columbia, SC 29169
(803) 791-2350

Mr/Mrs/Ms ___Latashia Lee___ was examined and treated in

the Lexington Medical Center Emergency Department on __12/28__ and is advised

to remain at rest on (dates) __12/28, 12/24, 12/23__

In the event that a return to work/school note is required please follow-up with your company/personal physician.

Sincerely,
Wm. Shuler, M.D. - Medical Director



**Patty Paul**

| | |
|---|---|
| **From:** | Patty Paul |
| **Sent:** | Monday, July 30, 2018 5:40 PM |
| **To:** | Charles Herman |
| **Subject:** | FW: Final document |
| **Attachments:** | Lee Final document.pdf |

**From:** Melissa A. Jones <mjones@cityofwalthourville.com>
**Sent:** Wednesday, January 17, 2018 3:17 PM
**To:** Latarchia Lee <llee@cityofwalthourville.com>
**Subject:** Final document

Good afternoon Officer Lee,

Please review the attached document. You submitted several doctor excuses; however, I do not have one for December 31st. Will you submit that so we can prepare payroll?

Your payroll check will be printed and available for you to pick up once I receive the doctor note for December 31st. If you do not have an excuse for that day, please let me know. I will need you to bring in your gun, uniforms, car/office keys, and badge before I can release your payroll check.

Please let me know if you have any questions.

Melissa A. Jones
City Clerk/HR Administrator
P. O. Box K
Walthourville, GA 31333
*Office*: (912) 368-7501
*Cell*: (912) 532-3375
*Fax*: (912) 368-2803

1

**LEXINGTON MEDICAL CENTER**
Emergency Department
2720 Sunset Boulevard
West Columbia, SC 29169
(803) 791-2350

Mr./Mrs./Ms. _D. Rashaun Lee_ _____ was examined and treated in
the Lexington Medical Center Emergency Department on _12/28_ _____, and is advised
to remain at rest on (dates) _12/28, 12/29, 12/30, 12/3_ .
In the event that a return to work/school note is required, please follow-up with your company/personal physician.

Sincerely,
Wes Shuler, M.D. ~ Medical Director

VOID VOID VOID
VOID VOID VOID

# GMail
*by Google*

Melissa A. Jones <mjones@cityofwalthourville.com>

---

## (no subject)

**Latarchia Lee <llee@cityofwalthourville.com>**                                    Mon, Jan 22, 2018 at 12:21 PM
To: "Melissa A. Jones" <mjones@cityofwalthourville.com>, Lucinia Lovette <llovette@cityofwalthourville.com>, Larry Baker
<lbaker@cityofwalthourville.com>, Patricia Green <pgreen@cityofwalthourville.com>

---

📎 **Lee Response 1-22-2017 (1).docx**
    11K

City083

Mrs. Jones

I have been under medical since December 26th 2017. I have not conducted any law enforcement duties since this date. During this time I was short (2) hours my annual training and did not complete it by 31st December 2017 which placed me in a suspended status until the (2) hours are completed and the wavier fee is paid. This is a normal procedure that POST has put in place for officers who do not meet their training due to different circumstances.

I have now completed the (2) training and in the process of paying the wavier fee.  Maam I am still under medical. I will pay the wavier and inform you before my return to work.  I asked about my pay earlier but did not get a response. Can you inform me if I will be paid or not.  The last few month has been really work related stress with the issue you seem to involve me in particularly. I don't feel that the threat to my employment is necessary for something that is being corrected by me. I ask for this pressure to stop.

Thank You

Officer L. Lee