# United States District Court
## Southern District of Georgia

LATARSHIA LEE,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-90

CITY OF WALTHOURVILLE,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated February 24, 2020, granting Defendant's motion for summary judgment, judgment is hereby entered in favor of Defendant City of Walthourville and against Plaintiff Latarshia Lee. This case is closed.

Approved by: _____

February 27, 2020

*Date*

Scott L. Poff

*Clerk*

_____

*(By) Deputy Clerk*